EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,214,210**

**Registered Sep. 25, 2012**

**Int. Cls.: 9, 16, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; PLUG AND PLAY GAME UNITS FOR PLAYING VIDEO AND COMPUTER GAMES WITH THE USE OF AN EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2004; IN COMMERCE 11-19-2004.

FOR: PRINTED MATTER, NAMELY, POSTERS, STICKERS; USER AND INSTRUCTION MANUALS FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 1,050,153, 3,173,508, AND OTHERS.

THE MARK CONSISTS OF THE WORD "ATARI" WITH A FUJI DESIGN ABOVE THE WORD WITHIN A BOX.

THE ENGLISH TRANSLATION OF "ATARI" IS SUCCESS OR LUCK.

SN 77-609,882, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# EXHIBIT  2

# United States of America

## United States Patent and Trademark Office

# PONG

**Reg. No. 4,324,638**

**Registered Apr. 23, 2013**

**Int. Cls.: 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: PRINTED MATTER, NAMELY, STICKERS; USER AND INSTRUCTION MANUALS FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,611,782.

SN 77-609,902, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# EXHIBIT  3

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Perf...
U...
RE...

**PA 1-112-811**

PA | PAU

**EFFECTIVE DATE OF REGISTRATION**
2 - 19 - 02
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Centipede ( MAC )

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Interactive Audio-Visual Work

---

**2**

**a**

**NAME OF AUTHOR ▼**

Infogrames Interactive, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2001 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 24   Year ▶ 2001
U.S.A. ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Infogrames Interactive, Inc.
50 Dunham Road
Beverly, MA 01915

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB 19, 2002   APR 04, 2002
**ONE DEPOSIT RECEIVED**
FEB 19, 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM PA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼
_Unknown_

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

_based on arcade game._
_Contains pre existing audio visual Material_

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_all other audiovisual Material_

**6**
a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼

Infogrames Interactive, Inc.                        DA 071617

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Karen Moreau
Infogrames, Inc.
417 Fifth Avenue
New York, NY 10016

Area code and daytime telephone number ▶ ( 212 ) 726-6570        Fax number ▶ ( 212 ) 726-4214

Email ▶

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Infogrames Interactive, Inc.**
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Karen Moreau                                        Date ▶ 2/13/02

Handwritten signature (X) ▼
x _Karen Moreau_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Karen Moreau - Infogrames, Inc.
Number/Street/Apt ▼
417 Fifth Avenue
City/State/ZIP ▼
New York, NY 10016

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000        ✿ PRINTED ON RECYCLED PAPER        ✿U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

# ERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TC 3 465 947

TX         TXU

EFFECTIVE DATE OF REGISTRATION

OCT 1 5 1991
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

2600 Centipede

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**a** NAME OF AUTHOR ▼

Atari Corporation

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ a Nevada corporation
Domiciled in ▶ California

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire text of computer program

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1982 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 21    Year ▶ 1985
United States of America        ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Atari Corporation
1196 Borregas Avenue
Sunnyvale, CA 94089

APPLICATION RECEIVED
OCT. 15 1991
ONE DEPOSIT RECEIVED
OCT. 15. 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.

DO NOT WRITE HERE

E0409060

EXAMINED BY _____ /en_____

CHECKED BY _____

CORRESPONDENCE
☑ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Margaret A. Samaniego, Atari Corporation,
1196 Borregas Avenue, Sunnyvale, CA 94089

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶ **(408) 745-8839**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Atari Corporation                                    date ▶ 10/10/91

Handwritten signature (X) ▼
_____ MKansala _____          Vice President

MAIL
CERTIFI-
CATE TO

Name ▼ Margaret A. Samaniego
         Atari Corporation
Number Street Apartment Number ▼
         1196 Borregas Avenue
City State ZIP ▼
         Sunnyvale, CA 94089

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, DC 20559

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

TX    3 448-961

| TX | | TXU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

**JUN 24 1991**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Centipede

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

---

**NAME OF AUTHOR ▼**

**a** Atari Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ a Nevada corporation
{ Domiciled in ▶ California

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 16   Year ▶ 1986
United States of America

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Atari Corporation
1196 Borregas Avenue
Sunnyvale, CA 94089

APPLICATION RECEIVED
JUN 24 1991
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 24 1991

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 10.

Page

Additional Certificate (17 U.S.C. 706)

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

**REGISTRATION NUMBER**

TX   **770 011**

TX     TXU

**EFFECTIVE DATE OF REGISTRATION**

*Aug*   *4*   *1981*
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:**

CENTIPEDE Operation, Maintenance and Service Manual (TM-182)

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol. ...... No. ...... Issue Date ...................

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ................................ Vol. ...... No. ...... Date ................ Pages ........

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** Atari, Inc.

Was this author's contribution to the work a "work made for hire"? Yes. XX No. ....

**DATES OF BIRTH AND DEATH:**
Born ......... Died ......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......... (Name of Country) } or { Domiciled in ...U.S.A.... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No XX
Pseudonymous? Yes ...... No ....

If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire text and illustrations

**2**

**NAME OF AUTHOR:** ---

Was this author's contribution to the work a "work made for hire"? Yes..... No..

**DATES OF BIRTH AND DEATH:**
Born ......... Died ......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......... (Name of Country) } or { Domiciled in ......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:** ---

Was this author's contribution to the work a "work made for hire"? Yes. .... No ...

**DATES OF BIRTH AND DEATH:**
Born ......... Died ......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......... (Name of Country) } or { Domiciled in .. (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date. June 12 1981
(Month) (Day) (Year)

Nation ...U.S.A....
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

Atari, Inc.
P. O. Box 427
Sunnyvale, Calif. 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• Follow detailed instructions attached

**DO NOT WRITE HERE**

| | EXAMINED BY MLTAB | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | 28. SEP. 1981  04 AUG 1981 | FOR |
| TX  770 011 | CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: 04 AUG 1981 | COPYRIGHT OFFICE |
| | | 04 AUG 1981 | USE |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes....... No.. **XX** .
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................        Year of Registration ..........

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.) .........

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Atari, Inc. (typeset in-house) | P. O. Box 427, Sunnyvale, CA 94086 |
| Consolidated Publications, Inc. (printer) | 1127 Sonora Ct., Sunnyvale, CA 94086 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:.. Atari, Inc./Coin-Op Engineering ...

Account Number:.... DA055360 ...........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:.. Andrea Dencker / Atari, Inc. ...

Address:.... P. O. Box 427 ................... (Apt.)

........ Sunnyvale, California 94086 .....
(City)                    (State)                (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: .. Atari, Inc. ......
                                          (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Andrea M. Dencker_

Typed or printed name. Andrea M. Dencker        Date .. 7/22/81

**⑩ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

... Andrea Dencker / Atari, Inc. ....
(Name)

... P. O. Box 427 ...........
(Number, Street and Apartment Number)

... Sunnyvale, California 94086 .....
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**

*United States of America*

| REGISTRATION NUMBER |
|---|
| VAu 27-871 |
| VA VAU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| 04 AUG 1981 |
| (Month) (Day) (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**① Title**

TITLE OF THIS WORK:
CENTIPEDE Printed-Circuit Board (Component Side) 037242-01

NATURE OF THIS WORK: (See instructions)
Technical Drawing

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............... Vol. ..... No. ..... Date. ............... Pages ...........

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: Atari, Inc.
Was this author's contribution to the work a "work made for hire"? Yes. XX No. ......

DATES OF BIRTH AND DEATH:
Born .......... Died .........
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... --- ........... } or { Domiciled in .. U.S.A. .......
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No. XX
Pseudonymous? Yes ..... No. XX
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Technical Drawing

**2**

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes. .... No. ....

DATES OF BIRTH AND DEATH:
Born .......... Died .........
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........... } or { Domiciled in ...........
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes..... No ......
Pseudonymous? Yes..... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes. .... No. ....

DATES OF BIRTH AND DEATH:
Born .......... Died .........
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........... } or { Domiciled in ...........
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No ......
Pseudonymous? Yes ..... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year. 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date. ...........
(Month) (Day) (Year)
Nation ...........
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

*Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
*Follow detailed instructions attached • Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of ..... pages

VAu  27-871

EXAMINED BY:

CHECKED BY:

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED:
☒

APPLICATION RECEIVED:

DEPOSIT RECEIVED:
04 AUG 1981

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No .. X ...

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number.......................... Year of Registration ................

**⑤**
Previous
Registra-
tion

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

.....................................................................................................................
.....................................................................................................................
.....................................................................................................................
.....................................................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

.....................................................................................................................
.....................................................................................................................
.....................................................................................................................
.....................................................................................................................

**⑥**
Compilation
or
Derivative
Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Atari, Inc./Coin-Op Engineering

Account Number: DA055360

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrea M. Dencker/Atari, Inc.

Address: P. O. Box 427

Sunnyvale,   California   94086
(City)          (State)       (ZIP)

**⑦**
Fee and
Correspond-
ence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Atari, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Andrea M. Dencker*

Typed or printed name: Andrea M. Dencker          Date: 7/22/81

**⑧**
Certification
(Application
must be
signed.)

MAIL
CERTIFICATE
TO

Andrea Dencker / Atari, Inc.
(Name)

P. O. Box 427
(Number, Street and Apartment Number)

Sunnyvale, CA 94086
(City)      (State)    (ZIP code)

(Certificate will
be mailed in
window envelope)

**⑨**
Address
For Return
of
Certificate

✱ 17 U.S.C. § 506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/4

Jan. 1978—300,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER | | |
|---|---|---|
| VAu | | 27-873 |
| VA | | (VAU) |

**EFFECTIVE DATE OF REGISTRATION**
04 AUG 1981
(Month)     (Day)     (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**(1) Title**

TITLE OF THIS WORK:
CENTIPEDE Printed-Circuit Board  (Circuit Side)
037242-01

NATURE OF THIS WORK: (See Instructions)
Technical Drawing

Previous or Alternative Titles: .......................................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: ................................ Vol. .... No...... Date................ Pages........

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Atari, Inc.
Was this author's contribution to the work a "work made for hire"?   Yes XX   No......

DATES OF BIRTH AND DEATH:
Born ........ Died .........
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........ --- ........ } or { Domiciled in ..U.S.A..........
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No XX
Pseudonymous?   Yes......   No XX
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Technical Drawing

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes.   No.

DATES OF BIRTH AND DEATH:
Born ......... Died .........
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........ } or { Domiciled in ........
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes......   No......
Pseudonymous?   Yes......   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?   Yes   No.....

DATES OF BIRTH AND DEATH:
Born ......... Died .........
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........ } or { Domiciled in ........
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes.....   No......
Pseudonymous?   Yes.....   No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year..1981....
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date.. ........
(Month)     (Day)     (Year)
Nation ........
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

Complete all applicable spaces (numbers 5-9) on the reverse side of this page
Follow detailed instructions attached   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ..... pages

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX  744-978**

TX                    TXU

EFFECTIVE DATE OF REGISTRATION

7 ..... 2.7. ..... 81.....
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

## 1 · Title

**TITLE OF THIS WORK:**

CENTIPEDE/CABARET Operation, Maintenance and Service Manual        (TM-189)

If a periodical or serial give Vol ..... No ..... Issue Date

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared.)

Title of Collective Work ..................        Vol ..... No ..... Date ..... Pages .....

## 2 · Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**    Atari, Inc.

Was this author's contribution to the work a "work made for hire"?    Yes  X    No

**DATES OF BIRTH AND DEATH:**
Born ..... (Year)    Died ..... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .....  } or {  Domiciled in  U.S.A.
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes    No  X
Pseudonymous?    Yes    No  X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire text and illustrations

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes    No

**DATES OF BIRTH AND DEATH:**
Born ..... (Year)    Died ..... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .....  } or {  Domiciled in .....
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes    No
Pseudonymous?    Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes    No

**DATES OF BIRTH AND DEATH:**
Born ..... (Year)    Died ..... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .....  } or {  Domiciled in .....
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes    No
Pseudonymous?    Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

## 3 · Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year  1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date        July 2,        1981
(Month)        (Day)        (Year)

Nation        U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

## 4 · Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ..2... pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED. ☑

APPLICATION RECEIVED:
27 JUL 1981

DEPOSIT RECEIVED:
27 JUL 1981        27 JUL 1981

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX    744-978

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes ____     No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form
  ☐ This is the first application submitted by this author as copyright claimant
  ☐ This is a changed version of the work, as shown by line 6 of this application
- If your answer is "Yes," give: Previous Registration Number ____     Year of Registration ____

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

NAMES OF MANUFACTURERS
Atari, Inc. (typeset in-house)
Consolidated Publications, Inc.(printer)

PLACES OF MANUFACTURE
P. O. Box 427, Sunnyvale, CA 94086
1127 Sonora Ct., Sunnyvale, CA 94086

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both:
  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Atari, Inc./Coin-Op Engineering
Account Number: DA055360

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrea Dencker / Atari, Inc.
Address: P. O. Box 427
Sunnyvale, California 94086

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of:
Atari, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Andrea Dencker*

Typed or printed name    Andrea Dencker          Date 7/24/81

**⑩ Certification (Application must be signed)**

Andrea M. Dencker / Atari, Inc.
(Name)
P. O. Box 427
(Number, Street and Apartment Number)
Sunnyvale, California 94086
(City)          (State)          (ZIP Code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER | | |
|---|---|---|
| TX | **744-956** | |
| (TX) | | TXU |

EFFECTIVE DATE OF REGISTRATION
**0 3 AUG 1981**
Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:**
CENTIPEDE/COCKTAIL Operation, Maintenance
and Service Manual     (TM-188)

If a periodical or serial give: Vol........ No........ Issue Date............

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ............................ Vol....... No....... Date ................... Pages...........

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** Atari, Inc.

Was this author's contribution to the work a "work made for hire"? Yes XX. No......

**DATES OF BIRTH AND DEATH:**
Born........... Died...........
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...---............ } or { Domiciled in ..U.S.A........
(Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes......  No X....
Pseudonymous?  Yes......  No X....
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire text and Illustrations

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born........... Died...........
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... } or { Domiciled in .....................
(Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes.... No......

**DATES OF BIRTH AND DEATH:**
Born........... Died...........
(Year)     (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... } or { Domiciled in .....................
(Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes......  No......
Pseudonymous?  Yes......  No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.... July 17, 1981
(Month) (Day) (Year)
Nation.... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

| EXAMINED BY: RLC | APPLICATION RECEIVED: AUG 03 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: AUG 03     AUG 03 1981 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE | |

**TX 744-956**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes......... No ..XX.
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . .

**⑤** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥** Compilation or Derivative Work

---

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Atari, Inc. (typeset in-house) | P. O. Box 427, Sunnyvale, CA 94086 |
| Consolidated Publications, Inc. (printer) | 1127 Sonora Ct., Sunnyvale, CA 94086 |

**⑦** Manufacturing

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**⑧** License For Handicap

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Atari, Inc./Coin-Op Engineering

Account Number: DA055360

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrea Dencker / Atari, Inc.

Address: P. O. Box 427

Sunnyvale, California 94086

(City)     (State)     (Apt.)     (ZIP)

**⑨** Fee and Correspondence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Atari, Inc.

(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Andrea Dencker*

Typed or printed name: Andrea Dencker     Date 7/28/81

**⑩** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

Andrea Dencker / Atari, Inc.

(Name)

P. O. Box 427

(Number, Street and Apartment Number)

Sunnyvale, California 94086

(City)     (State)     (ZIP code)

(Certificate will be mailed in window envelope)

**⑪** Address For Return of Certificate

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   1-214-298

TX · · · · · · TXU

EFFECTIVE DATE OF REGISTRATION

11 – 16 – 83
Month · · Day · · Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

CENTIPEDE (Computer Program for Atari 2600 Video Computer System)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Atari, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Computer Program -- See space 6

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given In all cases.
1982 ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ February  Day ▶ 1  Year ▶ 1983
ONLY if this work has been published.       U.S.A.       ◄ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California  94086

APPLICATION RECEIVED
16 NOV 1983
ONE DEPOSIT RECEIVED
16 NOV 1983
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

KIN Notice - 1982.

**FORM TX**

EXAMINED BY
CHECKED BY

☑ CORRESPONDENCE
    Yes

☑ DEPOSIT ACCOUNT
    FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX   1-214-298

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX: 727-817 - 1981 and TXU: 98-901 - 1982

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

Centipede, computer programs for coin-op video game and for personal computer system.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised text of computer instructions.

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                    Places of Manufacture ▼

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords         b ☐ Copies Only         c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

Brylawski & Cleary                         DA: 050385

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Brylawski & Cleary

316 Pennsylvania Avenue, S.E., Ste. 202

Washington, D.C.

ttn: Edwin Komen          Area Code & Telephone Number ▶         (202) 543-8972

**9**

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Atari, Inc.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Edwin Komen                                    date▶ 11/15/83

Handwritten signature (X) ▼

*Edwin Komen*

**10**

**MAIL
CERTIFICATE
TO**

Name ▼  Brylawski & Cleary

Number/Street/Apartment Number ▼  316 Pennsylvania Ave., S.E., Ste. 202

City/State/Zip ▼  Washington, D.C.  20003

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  10?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION Additional Certificate (17 U.S.C. 706)

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | |
|---|---|
| TXu | 98-901 |
| TX | (TXU) |

**EFFECTIVE DATE OF REGISTRATION**

7 . . 20 . 82
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

TITLE OF THIS WORK:
Centipede (Computer Program for Personal Computer System)

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol . . . . . . No . . . . . . Issue Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . No . . . . . . Date . . . . . . . . . . . Pages . . . . . . . . .

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:
Atari, Inc.

Was this author's contribution to the work a "work made for hire"?   Yes X   No . . . . . .

DATES OF BIRTH AND DEATH:
Born . . . . . . . . Died . . . . . . . .
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . U.S.A. . . . . . . } or { Domiciled in . . . . . . . . . . . . . . .
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . . No X
Pseudonymous?   Yes . . . . . No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Computer Program

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes . . . . . . No . . . . . .

DATES OF BIRTH AND DEATH:
Born . . . . . . . . Died . . . . . . . .
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . .
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . . No . . . . . .
Pseudonymous?   Yes . . . . . No . . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes . . . . . . No . . . . . .

DATES OF BIRTH AND DEATH:
Born . . . . . . . . Died . . . . . . . .
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . .
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . . No . . . . . .
Pseudonymous?   Yes . . . . . No . . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year . . 1982 . .

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month) (Day) (Year)

Nation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California   94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

*Complete all applicable spaces (numbers 5-11) on the reverse side of this page*

DO NOT WRITE HERE

| EXAMINED BY:......... | APPLICATION RECEIVED: | FOR |
| CHECKED BY:............ | 20 JUL 1982 | COPYRIGHT |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 20 JUL 1982 | OFFICE USE |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 303051 4BSPEC. | ONLY |

**TXu     98-901**

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes......... No....**X**.
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................................ Year of Registration ...............

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ ...........................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ ...........................................................................................

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| ......................... | ......................... |
| ......................... | ......................... |
| ......................... | ......................... |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...........................................................

Account Number: ...............................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Edwin Komen, Esq.....................................

Address: Brylawski & Cleary...............................
224 East Capitol Street......(Apt.)
Washington, D.C.  20003..............
(City)          (State)          (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: Atari, Inc.................
                                                                    (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Edwin Komen*............................................

Typed or printed name.... Edwin Komen......................... Date... 7/20/82

**⑩ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Brylawski & Cleary........................................
(Name)
224 East Capitol Street.........................
(Number, Street and Apartment Number)
Washington, D.C.  20003.........................
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

Additional Certificate (17 U.S.C. 706)

**FORM PA**

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFIC

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



*David Ladd*

**REGISTER OF COPYRIGHTS**
United States of America

| REGISTRATION NUMBER |
| --- |
| PA **108-068** |
| PA PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| June 30 1981 |
| Month Day Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

---

**① Title**

**TITLE OF THIS WORK:**
CENTIPEDE

**NATURE OF THIS WORK:**
(See instructions)
Audio-Visual Work

**PREVIOUS OR ALTERNATIVE TITLES:**

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** ATARI, INC.
Was this author's contribution to the work a "work made for hire"? Yes. X No......

**DATES OF BIRTH AND DEATH:**
Born...... Died......
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.................. } or { Domiciled in.. United States
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No. X...
Pseudonymous? Yes...... No. X...
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire Audio Visual work.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes.. No...

**DATES OF BIRTH AND DEATH:**
Born...... Died......
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.................. } or { Domiciled in..
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes.. No....

**DATES OF BIRTH AND DEATH:**
Born...... Died......
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.................. } or { Domiciled in..........
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year..1981..
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date...... June 15 ...... 1981
(Month) (Day) (Year)
Nation ...... United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
ATARI, INC.
1265 Borregas Avenue
Sunnyvale, California 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Special Relief granted under 202.20(d)
of the Copyright Office regulations.

| | EXAMINED BY: ~W~ | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | June 30, 1981 | FOR |
| | CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: June 30, 1981 | COPYRIGHT |
| PA 108-068 | | * July 22 1981 | OFFICE |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . No . . X

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)
    - ☐ This is the first published edition of a work previously registered in unpublished form.
    - ☐ This is the first application submitted by this author as copyright claimant.
    - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . Year of Registration . . . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK: (See Instructions)**

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . N/A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . TOWNSEND and TOWNSEND . . . . . . . . . .

Account Number: . . . DA 013986

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Warren P. Kujawa
TOWNSEND and TOWNSEND
Address: One Market Plaza
Steuart Street Tower (Apt.)
San Francisco, CA 94105
(City) (State) (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: . . . ATARI, INC. . . .
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X) *Warren P. Kujawa*

Typed or printed name . . . . Warren P. Kujawa . . . . . . Date . 6/24/81 . . . .

**⑧ Certification (Application must be signed)**

TOWNSEND and TOWNSEND
One Market Plaza (Name)
Steuart Street Tower
San Francisco, CA 94105 (Number, Street and Apartment Number)
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

17 U.S.C. §506(e): FALSE REPRESENTATION

# FORM VA

**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**VA   109-343**

VA          VAU

EFFECTIVE DATE OF REGISTRATION

**13 OCT 1982**

(Month)          (Day)          (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**(1) Title**

**TITLE OF THIS WORK:**

Centipede

Previous or Alternative Titles:

**NATURE OF THIS WORK:** (See instructions)

Artwork

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work _____   Vol ___   No. ___   Date ___   Pages ___

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**  Atari, Inc.

Was this author's contribution to the work a "work made for hire"?  Yes **X**  No.

**DATES OF BIRTH AND DEATH:**
Born ___  Died ___

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country) } or { Domiciled in **U.S.A.** (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  Yes  No. **X**
Pseudonymous?  Yes  No. **X**

**AUTHOR OF:** (Briefly describe nature of this author's contribution)  Completely revised and additional artwork.

**2**

**NAME OF AUTHOR:** ___

Was this author's contribution to the work a "work made for hire"?  Yes  No.

**DATES OF BIRTH AND DEATH:**
Born ___  Died ___

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country) } or { Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  Yes  No.
Pseudonymous?  Yes  No.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:** ___

Was this author's contribution to the work a "work made for hire"?  Yes  No.

**DATES OF BIRTH AND DEATH:**
Born ___  Died ___

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country) } or { Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  Yes  No.
Pseudonymous?  Yes  No.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year **1982**

This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION:**

Date **May   3,   1982**

Nation **U.S.A.**

Complete this block ONLY if this work has been published.

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

Atari, Inc.
1265 Borregas Avenue, Sunnyvale, California  94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 8

**DO NOT WRITE HERE**

Page 1 of **2** pages

| | | EXAMINED BY *E-K* | APPLICATION RECEIVED | |
|---|---|---|---|---|
| | | CHECKED BY | **13 OCT 1982** | FOR COPYRIGHT OFFICE USE ONLY |
| WA | 109-343 | CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED **13 OCT 1982   13 OCT 1982** | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE **006204**   *US Special* | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes **X**    No

- If your answer is "Yes" why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - **X** This is a changed version of the work, as shown by line 6 of this application

- If your answer is "Yes" give. Previous Registration Number **PA: 108-068**    Year of Registration **1981**

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: Identify any preexisting work or works that this work is based on or incorporates.
**Audiovisual work.**

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
**Completely revised and additional artwork.**

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name *Brylawski & Cleary*

Account Number *DA 056 385*

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Brylawski & Cleary**
Address **224 East Capitol Street**

**Washington,    D.C.    20003**
City    State    Zip

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) **X** authorized agent of    **Atari, Inc.**
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Edwin Komen*

Typed or printed name    **Edwin Komen**    Date **10/11/82**

**⑧ Certification (Application must be signed)**

**Brylawski & Cleary**
Name
**224 East Capitol Street**
Number Street and Apartment Number
**Washington, D.C.   20003**
City    State    Zip Code

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

Additional Certificate (17 U.S.C. 706)

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
**United States of America**

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VAu   29-718

VA      (VAU)

**EFFECTIVE DATE OF REGISTRATION**

OCT      15      1981
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**(1) Title**

TITLE OF THIS WORK:
CENTIPEDE

NATURE OF THIS WORK: (See Instructions)
34 photographs

Previous or Alternative Titles: ...........................

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ................... Vol........ No....... Date.............. Pages .................

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Atari, Inc.
Was this author's contribution to the work a "work made for hire"? Yes..... X No.....

DATES OF BIRTH AND DEATH:
Born ............ Died ............
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................ } or { Domiciled in ..... U.S.A.......
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No..X
Pseudonymous? Yes...... No..X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Photographs

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................ } or { Domiciled in ................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ................ } or { Domiciled in ................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ....................
(Month)    (Day)    (Year)
Nation ....................
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California   94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

| EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|
| CHECKED BY: | 15. OCT. 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☑ Yes | DEPOSIT RECEIVED: OCT 15 1981 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

VAu — 29-718

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........No..x...

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number...................... Year of Registration..............

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

Character of centipede was included in a video game entitled CENTIPEDE.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Photographs of specific series of poses.

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: .....Brylawski & Cleary.....

Account Number: ....DA: 050385................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Edwin Komen, Esq.
Brylawski & Cleary
Address: 224 East Capitol Street
(Apt.)
Washington, D.C. 20003
(City)        (State)        (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Atari, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))
the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Edwin Komen

Typed or printed name: ........ Edwin Komen ........ Date: 10/14/81

**⑧** Certification
(Application must be signed)

....Brylawski & Cleary.................
(Name)
224 East Capitol Street......
(Number, Street and Apartment Number)
Washington, D.C. 20003......
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨** Address For Return of Certificate

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-865-564

**Effective date of registration:**

May 8, 2013

---

## Title

**Title of Work:** Centipede: Infestation (3DS)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 25, 2011    **Nation of 1st Publication:** United States

## Author

■   **Author:** Atari Interactive, Inc.

**Author Created:** Audio-Visual Work

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Atari Interactive, Inc.

475 Park Avenue South, 12th Floor, New York, NY, 10016, United States

## Limitation of copyright claim

**Material excluded from this claim:** Based on Centipede: Infestation Wii game.

**Previous registration and year:** Pending Wii    2011

**New material included in claim:** Different graphics and instructional materials.

## Rights and Permissions

**Organization Name:** Atari, Inc.

**Name:** Kimberly  Ingersoll

**Email:** kimberly.ingersoll@atari.com    **Telephone:** 212-726-6937

**Address:** 475 Park Avenue South

12th Floor

New York, NY 10016  United States

## Certification

**Name:**   Kimberly Ingersoll

**Date:**   May 6, 2013

**Registration #:**   PA0001865564
**Service Request #:**   1-931387061



Atari, Inc.
Kimberly Ingersoll
475 Park Avenue South
12th Floor
New York, NY 10016  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-865-567

**Effective date of
registration:**

May 8, 2013

## Title

**Title of Work:** Centipede: Infestation (Wii)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 24, 2011          **Nation of 1st Publication:** United States

## Author

- **Author:** Atari Interactive, Inc.

  **Author Created:** Audio-Visual Work

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Atari Interactive, Inc.

475 Park Avenue South, 12th Floor, New York, NY, 10016, United States

## Rights and Permissions

**Organization Name:** Atari Interactive, Inc.

**Name:** Kimberly Ingersoll

**Email:** kimberly.ingersoll@atari.com          **Telephone:** 212-726-6937

**Address:** 475 Park Avenue South

12th Floor

Nw York, NY 10016  United States

## Certification

**Name:** Kimberly Ingersoll

**Date:** May 3, 2013

**Registration #:**  PA0001865567
**Service Request #:**  1-930391731



Atari Interactive, Inc.
Kimberly Ingersoll
475 Park Avenue South
12th Floor
New York, NY 10016  United States