EXHIBIT  4

# FORM PA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**71-701**

PA     PA     PAU

EFFECTIVE DATE OF REGISTRATION

June    17    1980
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

**TITLE OF THIS WORK:**

ASTEROIDS

**NATURE OF THIS WORK:** (See instructions)

*MOTION PICTURE*

**PREVIOUS OR ALTERNATIVE TITLES:**

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**
Atari, Inc.
Was this author's contribution to the work a "work made for hire"?   Yes X.   No ......

**DATES OF BIRTH AND DEATH**
Born ......   Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of { _____ } or { Domiciled in ... U.S.A. ......
(Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes    No
Pseudonymous?   Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
ENTIRE ....... CINEMATOGRAPHIC WORK

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

**DATES OF BIRTH AND DEATH**
Born ......   Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of { _____ } or { Domiciled in ......
(Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes    No
Pseudonymous?   Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes ...   No ......

**DATES OF BIRTH AND DEATH**
Born ......   Died ......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of { _____ } or { Domiciled in ......
(Name of Country)     (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes    No
Pseudonymous?   Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1979
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date September    12    1979
(Month)    (Day)    (Year)
Nation United States of America
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ...... pages

**FORM T**

UNITED STATES COPYRIGHT OFFI

REGISTRATION NUMBER

**462-689**

TX ── TXU

EFFEC ─ T OF REGISTRATION

79  80
(Mo) (Da) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

TITLE OF THIS WORK:

COCKTAIL ASTEROIDS™ Operation, Maintenance and Service Manual  (TM-150)

If a periodical or serial give: Vol ..... No ..... Issue Date

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ..........

Vol ....  No. ....  Date ....  Pages ....

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:  Atari, Inc.

Was this author's contribution to the work a "work made for hire"?  Yes  X  No

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ............  (Name of Country)  or  Domiciled in  U.S.A.  (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

Entire text

DATES OF BIRTH AND DEATH

Born ....  (Year)  Died ....  (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

Anonymous?  Yes  No  XX
Pseudonymous?  Yes  No

If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

NAME OF AUTHOR: ────

Was this author's contribution to the work a "work made for hire"?  Yes  No

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ............  (Name of Country)  or  Domiciled in ....  (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH

Born ....  (Year)  Died ....  (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

Anonymous?  Yes  No
Pseudonymous?  Yes  No

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

NAME OF AUTHOR: ────

Was this author's contribution to the work a "work made for hire"?  Yes  No

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ............  (Name of Country)  or  Domiciled in ....  (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH

Born ....  (Year)  Died ....  (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

Anonymous?  Yes  No
Pseudonymous?  Yes  No

If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year.. 1980

(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:

Date  April  21  1980
      (Month)  (Day)  (Year)

Nation  U.S.A.  (Name of Country)

(Complete this block ONLY if this work has been published)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Atari, Inc.
P. O. Box 427
1272 Borregas Avenue
Sunnyvale, CA 94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached      • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

TX   ...   462-689

| BRANCH:  | | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- | --- |
| CHECKED BY ☑ | APR 29 1980 | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: APR 29 1980   APR 29 1980 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work or for an earlier version of this work already been made in the Copyright Office?   Yes **XX**   No
- If your answer is "Yes" why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number **364 242**   Year of Registration **1979**

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates.)
ASTEROIDS™ Operation, Maintenance, and Service Manual (TM-143)

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Changed almost all figures; also about 60% of the text.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

NAMES OF MANUFACTURERS
Printing:
Consolidated Publications Inc.

PLACES OF MANUFACTURE
3400 Bayshore Road, Palo Alto, CA 94303

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name   **Atari Inc. / Coin-Op Engineering**
Account Number   **DA 055360**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name   **Andrea Dencker / Atari, Inc.**
Address   **P. O. Box 427**
(City) **Sunnyvale, Ca** (State) **94086** (Apt)
(ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights(s) ☒ authorized agent of   **Atari, Inc.**
(Name of author or other copyright claimant or owner of exclusive rights(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Andrea Dencker_

Typed or printed name   **Andrea Dencker / Atari, Inc.**   Date   **4/23/80**

**⑩ Certification (Application must be signed)**

MAIL CERTIFICATE TO

**Andrea Dencker / Atari, Inc.**
(Name)
**P. O. Box 427, 1272 Borregas Avenue**
(Number, Street and Apartment Number)
**Sunnyvale, CA   94086**
(City)   (State)   (ZIP code)

MAY 22 1980
(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
☆ U.S. GOVERNMENT PRINTING OFFICE: 1978-261-022/16

April 1978—500,000

# FORM TX

**UNITED STATES COPYRIGHT OFFICE**

---

REGISTRATION NUMBER

TX ___683-133

TX          TXU

EFFECTIVE DATE OF REGISTRATION

*April 22, 1981*
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

### ① Title

**TITLE OF THIS WORK:**

ASTEROIDS/CABARET Operation, Maintenance and
Service Manual      (TM-155)

If a periodical or serial give Vol ... No .... Issue Date ....

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work .................. Vol ...... No .... Date ...... Pages ........

### ② Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** Atari, Inc.

Was the author's contribution to the work a "work made for hire"? Yes XX No.

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ___ ... } or { Domiciled in U.S.A. ....
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ..... No. X
Pseudonymous? Yes ..... No..X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire text and illustrations

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes. No..

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................. } or { Domiciled in ................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ..... No .....
Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes.. No ......

**DATES OF BIRTH AND DEATH:**
Born .......... Died ..........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................. } or { Domiciled in ................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ..... No .....
Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

### ③ Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1980 ....

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date    June 9, 1980
        (Month)   (Day)   (Year)

Nation  U.S.A.
        (Name of Country)

(Complete this block ONLY if this work has been published.)

### ④ Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached      • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ........ pages

| * Added by C.O. authority telephone conversation of 5/13/81 with Anrea M. Dencker of Atari, Inc.<br><br>TX   683-133 | EXAMINED BY<br>CHECKED BY | APPLICATION RECEIVED<br>22 APR 1981 | |
|---|---|---|---|
| | CORRESPONDENCE<br>☐ Yes | DEPOSIT RECEIVED<br>22 APR 1981     22 APR 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED<br>☑ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**
- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes    No **XX**
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☐ This is a changed version of the work, as shown by line 6 of this application
- If your answer is "Yes," give Previous Registration Number ___    Year of Registration ___

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates)

*{ ........ Previously published 1979 edition

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed)

*{ ........ New Illustrations, additional text and editorial revisions

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Atari, Inc. (typeset in-house) | P. O. Box 427, Sunnyvale, CA 94086 |
| Consolidated Publications, Inc. (printer) | 1127 Sonora Ct., Sunnyvale, CA 94086 |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)
- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

  a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**⑧** License For Handicapped

| **DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)<br><br>Name: Atari, Inc./Coin-Op Engineering<br>Account Number: DA055360 | **CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent)<br>Name   Andrea Dencker / Atari, Inc.<br>Address   P. O. Box 427<br>   Sunnyvale, Calif. 94086<br>   (City)        (State) | **⑨** Fee and Correspondence |
|---|---|---|

**CERTIFICATION:** ❋ I, the undersigned, hereby certify that I am the (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☒ authorized agent of   Atari, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Andrea Dencker*

Typed or printed name   Andrea Dencker     Date 4/16/81

**⑩** Certification (Application must be signed)

| ........ Andrea M. Dencker / Atari, Inc.<br>           (Name)<br>........ P. O. Box 427<br>           (Number Street and Apartment Number)<br>........ Sunnyvale, CA 94086<br>           (City)        (State)        (ZIP Code) | **MAIL CERTIFICATE TO**<br><br>(Certificate will be mailed in window envelope) | **⑪** Address For Return of Certificate |
|---|---|---|

❋ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1978-261-022/16

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX    676-860

TX          TXU

EFFECTIVE DATE OF REGISTRATION

April 22 1981

(Month)      (Day)      (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**(1) Title**

**TITLE OF THIS WORK:**
ASTEROIDS DELUXE/CABARET Operation, Maintenance
and Service Manual          (TM-173)

If a periodical or serial give: Vol . . . . . . No . . . . . . Issue Date . . . . . . . . . . . . . . . . . . .

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . No . . . . . Date . . . . . . . . . . Pages . . . . . . .

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** Atari, Inc.

Was this author's contribution to the work a "work made for hire"?   Yes XX   No . . .

**DATES OF BIRTH AND DEATH:**
Born . . . . . . Died . . . . . .
(Year)      (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . . . . . . . } or { Domiciled in   U.S.A.
(Name of Country)                        (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire text and illustrations

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes . . . No . X
Pseudonymous?   Yes . . . No . . X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes . . .   No . . .

**DATES OF BIRTH AND DEATH:**
Born . . . . . . Died . . . . . .
(Year)      (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . .
(Name of Country)                        (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes . . . No . . .
Pseudonymous?   Yes . . . No . . .
If the answer to either of these questions is "Yes," see detailed instructions attached

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes . . .   No . . .

**DATES OF BIRTH AND DEATH:**
Born . . . . . . Died . . . . . .
(Year)      (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . . .
(Name of Country)                        (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes . . . No . . .
Pseudonymous?   Yes . . . No . . .
If the answer to either of these questions is "Yes," see detailed instructions attached

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1981

(This information must be given in all cases)

**DATE AND NATION OF FIRST PUBLICATION:**

Date   March   26, 1981
(Month)      (Day)      (Year)

Nation   U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached     • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of . . . . . . . pages

| EXAMINED BY ~193~ | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | 22 APR 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED | |
| TX   676-860 | 22 APR 1981   22 APR 1981 | |
| DEPOSIT ACCOUNT FUNDS USED | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes   ⚊ XX
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☐ This is a changed version of the work, as shown by line 6 of this application
- If your answer is "Yes," give Previous Registration Number _____   Year of Registration _____

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates )

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed)

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details )

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Atari, Inc. (typesetting in-house) | P. O. Box 427, Sunnyvale, CA 94086 |
| Consolidated Publications, Inc. (printing) | 1127 Sonora Ct., Sunnyvale, CA 94086 |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office   (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or   (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☐ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name:  Atari, Inc./Coin-Op Engineering

Account Number:   DA055360

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent )

Name   Andrea Dencker / Atari, Inc.

Address   P. O. Box 427

Sunnyvale, Calif.  94086
(City)        (State)        (Zip)

**⑨** Fee and Correspondence

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive rights  ☒ authorized agent of   Atari, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Andrea Dencker*

Typed or printed name   Andrea Dencker        Date   4/16/81

**⑩** Certification (Application must be signed)

| Andrea M. Dencker / Atari, Inc. | MAIL |
|---|---|
| (Name) | CERTIFICATE |
| P. O. Box 427 | TO |
| (Number, Street and Apartment Number) | |
| Sunnyvale, Calif. 94086 | (Certificate will be mailed in window envelope) |
| (City)        (State)        (ZIP code) | |

**⑪** Address For Return of Certificate

✱17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE   1978-261-022/16

# FORM TX

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TX    744-954

TX          TXU

**EFFECTIVE DATE OF REGISTRATION**

0 3 AUG 1981

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**(1) Title**

TITLE OF THIS WORK:
ASTEROIDS DELUXE/COCKTAIL Operation, Maintenance and Service Manual    (TM-174)

If a periodical or serial give: Vol . . . .No. . . . . Issue Date . . . . . . . . . .

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work . . . . . . . . . . . Vol . . . . No . . . . Date . . . . . . . Pages . . . . . . .

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: Atari, Inc.

Was this author's contribution to the work a "work made for hire"?    Yes XX    No

DATES OF BIRTH AND DEATH:
Born . . . . . . .    Died . . . . . . .
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . } or { Domiciled in U.S.A.
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes . . .    No X
Pseudonymous?    Yes . . .    No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire text and illustrations

2

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes    No

DATES OF BIRTH AND DEATH:
Born . . . . . . .    Died . . . . . . .
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . } or { Domiciled in
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes . . .    No
Pseudonymous?    Yes . . .    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes    No

DATES OF BIRTH AND DEATH:
Born . . . . . . .    Died . . . . . . .
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of . . . . . . . . . . } or { Domiciled in
(Name of Country)          (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes . . .    No
Pseudonymous?    Yes . . .    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. 1981 . . . .

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date    February    26,    1981
(Month)    (Day)    (Year)

Nation    U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
P. O. Box 427
Sunnyvale, Calif. 94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of . . . . . . . pages

| EXAMINED BY | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY: PLC | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED: | |

**TX    744-954**

| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE |
|---|---|

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes ......   No XX
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................   Year of Registration ............

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Atari, Inc. (tyneset in-house) | P. O. Box 427, Sunnyvale, CA. 94086 |
| Consolidated Publications, Inc. (printer) | 1127 Sonora Ct., Sunnyvale, CA 94086 |

**⑦** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

  a ☐ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**⑧** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Atari, Inc./Coin-Op Engineering
Account Number: DA055360

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name    Andrea Dencker / Atari, Inc.
Address    P. O. Box 427
Sunnyvale, Calif. 94086
(City)          (State)          (ZIP)

**⑨** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☒ authorized agent of    Atari, Inc.
(Name of author or other copyright claimant, or owner of exclusive rights)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)    *Andrea M. Dencker*

Typed or printed name.    Andrea M. Dencker    Date 7/28/81

**⑩** Certification (Application must be signed)

Andrea M. Dencker / Atari, Inc.
(Name)
P. O. Box 427
(Number, Street and Apartment Number)
Sunnyvale, California 94086
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑪** Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977 O - 249-441

# FORM VA
### UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VAu    24-510

VA    VAu

EFFECTIVE DATE OF REGISTRATION

2 0 APR 1981
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**① Title**

**TITLE OF THIS WORK:**
ASTEROIDS DELUXE PC Board Fabrication (036472-01)

**NATURE OF THIS WORK:** (See instructions)
Technical drawing

Previous or Alternative Titles:

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work    Vol    No    Date    Pages

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** Atari, Inc.

Was this author's contribution to the work a "work made for hire"?    Yes XX    No

**DATES OF BIRTH AND DEATH:**
Born (Year)    Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ___ (Name of Country) or { Domiciled in U.S.A. (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes    No X
Pseudonymous?    Yes    No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Technical drawing

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes    No

**DATES OF BIRTH AND DEATH:**
Born (Year)    Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of (Name of Country) or { Domiciled in (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes    No
Pseudonymous?    Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes    No

**DATES OF BIRTH AND DEATH:**
Born (Year)    Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of (Name of Country) or { Domiciled in (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?    Yes    No
Pseudonymous?    Yes    No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date (Month) (Day) (Year)
Nation (Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• **Complete all applicable spaces** (numbers 5-9) on the reverse side of this page
• **Follow detailed instructions attached**    • **Sign the form at line 8**

DO NOT WRITE HERE
Page 1 of ... 2 ... pages

| EXAMINED BY | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED **20 APR 1981** | |
| VAu  24-510 | DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes __ No **XX**

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form
  ☐ This is the first application submitted by this author as copyright claimant
  ☐ This is a changed version of the work, as shown by line 6 of the application

- If your answer is "Yes," give: Previous Registration Number _____   Year of Registration _____

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL. Identify any preexisting work or works that this work is based on or incorporates.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name  Atari, Inc./Coin-Op Engineering

Account Number  DA055360

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  Andrea Dencker / Atari, Inc.

Address  P. O. Box 427

Sunnyvale, Calif.  94086

**⑦ Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of  Atari, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Andrea Dencker*

Typed or printed name  Andrea Dencker   Date  4/15/81

**⑧ Certification (Application must be signed)**

Andrea M. Dencker / Atari, Inc.
(Name)

P. O. Box 427
(Number, Street and Apartment Number)

Sunnyvale,  CA  94086
(City)  (State)  (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

✱ 17 U.S.C § 506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE 1978—261-027/4

Jan. 1978—300,000

# FORM TX

**UNITED STATES COPYRIGHT OFFICE**

**REGISTRATION NUMBER**

TX        756-750

(TX)        TXU

**EFFECTIVE DATE OF REGISTRATION**

8        19 81

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

## 1 Title

**TITLE OF THIS WORK:**

"ASTEROIDS" IV Computer Program (coin-op)

If a periodical or serial give: Vol...... No...... Issue Date........

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work........                    Vol...... No...... Date............ Pages..........

## 2 Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** ATARI, INC.

Was this author's contribution to the work a "work made for hire"?    Yes  X    No

**DATES OF BIRTH AND DEATH:**
Born (Year)    Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in  U.S.A. ........
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ...  No . X
Pseudonymous?  Yes ...  No . X
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

Entire Computer Program - See Space 6

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes    No

**DATES OF BIRTH AND DEATH:**
Born (Year)    Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ...........
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ...  No .
Pseudonymous?  Yes ...  No .
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes    No

**DATES OF BIRTH AND DEATH:**
Born (Year)    Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ...........
(Name of Country)                        (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ...  No .
Pseudonymous?  Yes ...  No .
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

## 3 Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year...... 1979

(This information must be given in all cases)

**DATE AND NATION OF FIRST PUBLICATION:**

Date  June  14,  1979
(Month)  (Day)  (Year)

Nation  U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published)

## 4 Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

ATARI, INC.
1265 Borregas Avenue
Sunnyvale, Calfiornia  94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

**DO NOT WRITE HERE**

Page 1 of ...... pages

| EXAMINED BY: | APPLICATION RECEIVED 12 AUG 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED 12 AUG 1981 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE | |

**TX   756-750**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes .. X .. No ..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☒ This is a changed version of the work, as shown by line 6 of this application
- If your answer is "Yes," give: Previous Registration Number .**Pending** .......... Year of Registration **1981**

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK: (See instructions)**

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ ASTEROIDS I and ASTEROIDS II Computer Programs.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Additions, changes and revisions.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| ATARI, INC. | United States of America |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords          b ☒ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **TOWNSEND and TOWNSEND**

Account Number: **DA-013986**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name   **Warren P. Kujawa**

Address   **TOWNSEND and TOWNSEND**          (Apt)

**One Market Plaza**

**Steuart Street Plaza, 20th floor**

**San Francisco, CA.   94105**

**⑨ Fee and Correspondence**

**CERTIFICATION: * I, the undersigned, hereby certify that I am the: (Check one)**

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of   **ATARI, INC.**

(Name of author or other copyright claimant or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Warren P. Kujawa*

Typed or printed name   **Warren P. Kujawa**          Date   **7/2/81**

**⑩ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Warren P. Kujawa
TOWNSEND and TOWNSEND
One Market Plaza
Steuart Street Tower, 20th floor
San Francisco, CA.   94105

(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX ... 756-751

TX | TXU

EFFECTIVE DATE OF REGISTRATION

8 | 19 | 81
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

TITLE OF THIS WORK:

ASTEROIDS DELUXE I COMPUTER PROGRAM
(Coin-Op)
If a periodical or serial give: Vol ..... No ..... Issue Date ....

PREVIOUS OR ALTERNATIVE TITLES:

N/A

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: .......... Vol ... No ... Date .......... Pages ..........

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR:

1    ATARI, INC.
Was this author's contribution to the work a "work made for hire"?    Yes . X   No ....

DATES OF BIRTH AND DEATH:
Born ........ (Year)    Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in U.S.A. ........
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ....   No X
Pseudonymous?   Yes ....   No X
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Computer Program - See Space 6

NAME OF AUTHOR:

2
Was this author's contribution to the work a "work made for hire"?   Yes ....   No ....

DATES OF BIRTH AND DEATH:
Born ........ (Year)    Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ....   No ....
Pseudonymous?   Yes ....   No ....
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

3
Was this author's contribution to the work a "work made for hire"?   Yes ....   No ....

DATES OF BIRTH AND DEATH:
Born ........ (Year)    Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........
(Name of Country)    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ....   No ....
Pseudonymous?   Yes ....   No ....
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year   1980
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date   August 1, 1980
(Month)   (Day)   (Year)

Nation   U.S.A.
(Name of Country)

Complete this block ONLY if this work has been published.

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

ATARI, INC.
1265 Borregas Avenue
Sunnyvale, California 94086

TRANSFER: If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ... pages

| EXAMINED BY | APPLICATION RECEIVED 19. AUG. 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | DEPOSIT RECEIVED 19. AUG. 1981 | |
| DEPOSIT ACCOUNT FUNDS USED. ☑ | REMITTANCE NUMBER AND DATE | |

TX    756-751

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

* Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes  X    No
* If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  □ This is the first published edition of a work previously registered in unpublished form
  □ This is the first application submitted by this author as copyright claimant
  ☑ This is a changed version of the work, as shown by line 6 of this application
* If your answer is "Yes," give Previous Registration Number   **Pending**   Year of Registration   **1981**

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates)
**ASTEROIDS I, ASTEROIDS II and ASTEROIDS IV Computer Programs.**

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
**Additions, revisions and changes.**

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| ATARI, INC. | United States of America |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

* Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a □ Copies and phonorecords          b ☒ Copies Only          c □ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name   **TOWNSEND and TOWNSEND**
Account Number   **DA-013986**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name   **Warren P. Kujawa**
Address   **TOWNSEND and TOWNSEND**
**One Market Plaza**   (Apt)
**Steuart Street Tower, 20th floor**
**San Francisco, CA.   94105**

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

□ author  □ other copyright claimant  □ owner of exclusive rights  ☑ authorized agent of   **ATARI, INC.**
Name of author or other copyright claimant, or owner of exclusive rights▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Warren P. Kujawa*

Typed or printed name.   **Warren P. Kujawa**          Date  **7/2/81**

**⑩ Certification (Application must be signed)**

| Warren P. Kujawa TOWNSEND and TOWNSEND One Market Plaza Steuart Street Tower, 20th floor San Francisco, CA.   94105 | MAIL CERTIFICATE TO (Certificate will be mailed in window envelope) | **⑪ Address For Return of Certificate** |
|---|---|---|

* 17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM TX

**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

TX- **756-752**

(TX)          TXU

EFFECTIVE DATE OF REGISTRATION

8        19        81
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1) Title**

TITLE OF THIS WORK:

ASTEROIDS DELUXE" II Computer Program
(Coin-op)

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol .... No...... Issue Date ....

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........................................ Vol .... No .... Date .... Pages....

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: ATARI, INC.

Was this author's contribution to the work a "work made for hire"?    Yes. X .. No.

DATES OF BIRTH AND DEATH:
Born ....    Died ....
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ...... U.S.A. ......
(Name of Country)                        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes .... No X
Pseudonymous?  Yes .... No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Work - See Space 6

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes .... No ....

DATES OF BIRTH AND DEATH:
Born ....    Died ....
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ....  No ....
Pseudonymous?  Yes ....  No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes . . No

DATES OF BIRTH AND DEATH:
Born ....    Died ....
(Year)      (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ....  No ....
Pseudonymous?  Yes ....  No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year.. 1980.

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date  August  1,  1980
(Month)  (Day)  (Year)
Nation  U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California  94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached  • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of .... pages

| | | |
|---|---|---|
| EXAMINED BY: *J.T.* | APPLICATION RECEIVED: 19 AUG 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | | |
| CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: 19 AUG 1981 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**TX  756-752**

---

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes.  **X**   No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☑ This is the first application submitted by this author as copyright claimant
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give Previous Registration Number ▶ **Pending**        Year of Registration ▶ **1981**

**⑤** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK: (See instructions)**

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
...ASTEROIDS, I, ASTEROIDS II, ASTEROIDS IV, and ASTEROIDS DELUXE I Computer Programs.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
...Additions, changes and revisions.

**⑥** Compilation or Derivative Work

---

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| ATARI, INC. | United States of America |

**⑦** Manufacturing

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office:  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or  (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords        b ☑ Copies Only        c ☐ Phonorecords Only

**⑧** License For Handicapped

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name ... **TOWNSEND and TOWNSEND**
Account Number ... **DA-013986**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name ... Warren P. Kujawa
Address ... TOWNSEND and TOWNSEND        (Apt)
One Market Plaza        (Num)
Steuart Street Tower, 20th floor
San Francisco, CA.  94105

**⑨** Fee and Correspondence

---

**CERTIFICATION:** ✴ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of ... ATARI, INC.
        (Name of author or other copyright claimant or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) *Warren P. Kujawa*

Typed or printed name ... Warren P. Kujawa        Date 7/2/81

**⑩** Certification (Application must be signed)

---

| | |
|---|---|
| Warren P. Kujawa TOWNSEND and TOWNSEND One Market Plaza Steuart Street Tower, 20th floor San Francisco, Ca.  94105 *(City)        (State)        (ZIP code)* | **MAIL CERTIFICATE TO**  (Certificate will be mailed in window envelope) |

**⑪** Address For Return of Certificate

---

● 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

● U.S. GOVERNMENT PRINTING OFFICE: 1980: 341-279/1        Jan. 1980—500,000

# FORM VA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu    27-872**

VA    (VAU)

EFFECTIVE DATE OF REGISTRATION

**04 AUG 1981**

(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

## ① Title

**TITLE OF THIS WORK:**
ASTEROIDS DELUXE Printed-Circuit Board (Component Side)    036472-01

Previous or Alternative Titles

**NATURE OF THIS WORK:** (See instructions)
Technical Drawing

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work:

## ② Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** Atari, Inc.
Was this author's contribution to the work a "work made for hire"? Yes  YX  No
**DATES OF BIRTH AND DEATH:**
Born    Died

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ {Name of Country} or Domiciled in U.S.A. {Name of Country}
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes  No  XX
Pseudonymous? Yes  No  XX
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Technical Drawing

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes  No
**DATES OF BIRTH AND DEATH:**
Born    Died

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ {Name of Country} or Domiciled in {Name of Country}
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes  No
Pseudonymous? Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes  No
**DATES OF BIRTH AND DEATH:**
Born    Died

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ {Name of Country} or Domiciled in {Name of Country}
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes  No
Pseudonymous? Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

## ③ Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year  1980
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Month    Day    Year
Nation
(Name of Country)
(Complete this block ONLY if this work has been published.)

## ④ Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED 04 AUG 1981 | |
| DEPOSIT ACCOUNT FUNDS USED | REMITTANCE NUMBER AND DATE | |

**VAu    27-872**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ___ No **X**

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form
  ☐ This is the first application submitted by this author as copyright claimant
  ☐ This is a changed version of the work, as shown by line 6 of this application

- If your answer is "Yes," give: Previous Registration Number ___ Year of Registration ___

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Atari, Inc./Coin-Op Engineering**
Account Number **DA055360**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Andrea Dencker / Atari, Inc.**
Address **P. O. Box 427**
**Sunnyvale, Calif. 94086**

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of **Atari, Inc.**
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Andrea Dencker*
Typed or printed name **Andrea Dencker**    Date **7/22/81**

**⑧ Certification (Application must be signed)**

**Andrea Dencker / Atari, Inc.**
**P. O. Box 427**
**Sunnyvale, California 94086**

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

Jan. 1978—300,000

# FORM PA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA     100-722

PA     PAU

EFFECTIVE DATE OF REGISTRATION

1981

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**(1) Title**

TITLE OF THIS WORK:

ASTEROIDS DELUXE

NATURE OF THIS WORK:

audio-visual work

PREVIOUS OR ALTERNATIVE TITLES:
none

**(2) Author(s)**

IMPORTANT: Under the law, the author of a "work made for hire" is generally the employer, not the employee. If this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR:
Atari, Inc.          X

DATES OF BIRTH AND DEATH:

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of                  Domiciled in    U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK          X

AUTHOR OF: Briefly describe nature of this author's contribution:
entire audio-visual work

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of                  Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF: Briefly describe nature of this author's contribution:

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of                  Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF: Briefly describe nature of this author's contribution:

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year    1980

DATE AND NATION OF FIRST PUBLICATION:
August 8, 1980
United States of America

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
1265 Borregas Avenue
Sunnyvale, CA 94086

TRANSFER: If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE
Page 1 of       pages

| | EXAMINED BY RW | APPLICATION RECEIVED MAY 15 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| PA  100-722 | CHECKED BY | DEPOSIT RECEIVED MAY 15 1981 | |
| | CORRESPONDENCE ☐ Yes | | |
| | DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes   **XXX**   No

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☑ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number   **PA71-701**   Year of Registration   **1980**

⑤ Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that the work is based on or incorporates.)

ASTEROIDS audio-visual work

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

New symbols and event sounds added to basic work.
Relocation of same symbols to different portions of
image frame.  Symbol choreography somewhat altered.

⑥ Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name   Townsend and Townsend

Account Number   DA-013986

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name   Warren P. Kujawa
       Townsend and Townsend
Address   Steuart Street Tower
       One Market Plaza
       San Francisco, CA 94105

⑦ Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☒ authorized agent

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Atari, Inc.

Handwritten signature   ☞   *(signature)*

Typed or printed name   Charles S. Paul   Date 5/5/81

⑧ Certification (Application must be signed)

Warren P. Kujawa
Townsend and Townsend
Steuart Street Tower
One Market Plaza
San Francisco, CA 94105

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑨ Address For Return of Certificate

* 17 U.S.C. §506(e): FALSE REPRESENTATION: Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM TX
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| TX        364-242 |
| (TX)                     TXU |

EFFECTIVE DATE OF REGISTRATION

1 3 NOV 1979
Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**1** Title

TITLE OF THIS WORK:

ASTEROIDS Operation, Maintenance and Service Manual
Complete with Illustrated Parts Catalog  TM-143

PREVIOUS OR ALTERNATIVE TITLES:

None

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: **None**          Vol.          No.          Date . . . . . . . . . . . . . . . . . .          Pages . . . . . . . . . .

**2** Author(s)

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR:     ATARI, INC.

Was this author's contribution to the work a "work made for hire"?     Yes   X     No:

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  U.S.A.  (Name of Country)   or  { Domiciled in . . . . . . . . . . (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Text

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)          (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . . . No . .
Pseudonymous?   Yes . . . No  X . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

2

NAME OF AUTHOR:     - - - - - - - - - - -

Was this author's contribution to the work a "work made for hire"?     Yes . .     No .

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  (Name of Country)   or  { Domiciled in . . . . . . . . . . (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)          (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . No . . .
Pseudonymous?   Yes . . . No . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

3

NAME OF AUTHOR:     - - - - - - - - - - -

Was this author's contribution to the work a "work made for hire"?     Yes . .     No .

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  (Name of Country)   or  { Domiciled in . . . . . . . . . . (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born . . . . . . . Died . . . . . . .
(Year)          (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes . . . . No . . .
Pseudonymous?   Yes . . . No . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3** Creation and Publication

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year  1979

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date  October 22, 1979
(Month)          (Day)          (Year)

Nation  U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

**4** Claimant(s)

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Atari, Inc.
P.O. Box 427
1265 Borregas Ave.
Sunnyvale, Calif.  94086

TRANSFER: (If the copyright claimant is named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

None

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE

| EXAMINED BY 1953 | APPLICATION RECEIVED 13 NOV 1979 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY .......... | | |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED 13 NOV 1979    13 NOV 1979 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

TX    364-242

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes ....   No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☐ This is a changed version of the work, as shown by line 6 of this application
- If your answer is "Yes," give: Previous Registration Number ............    Year of Registration ............

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates.)

None

MATERIAL ADDED TO THIS WORK (Give a brief general statement of the material that has been added to the work and in which copyright is claimed)

None

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Typeset in-house Sierra Lithograph, Inc. (printer) | 162 San Lazaro Ave., Sunnyvale, CA 94086 |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille or similar tactile symbols; or (2) phonorecords embodying a fixation of a reading of that work; or both.
  - ☐ Copies and phonorecords     ☐ Copies Only     ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name    Atari, Inc./Coin-Op Engineering
Account Number    DA055360

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Andrea Dencker/Atari, Inc.
Address P.O. Box 427
Sunnyvale, California 94086    (Apt)
(City)    (State)    (Zip)

**⑨ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of:    Atari, Inc.

(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Andrea Dencker*

Typed or printed name    Andrea Dencker/Atari, Inc.    Date 11/8/79

**⑩ Certification (Application must be signed)**

| | **⑪ Address For Return of Certificate** |
|---|---|
| Andrea Dencker/Atari, Inc. | **MAIL CERTIFICATE TO** |
| P.O. Box 427 | |
| (Number, Street and Apartment Number) | 1 0 DEC 1979 |
| Sunnyvale, Calif. 94086 | (Certificate will |
| (City)    (State)    (Zip Code) | be mailed in window envelope) |

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX **676-855**

TX                    TXU

EFFECTIVE DATE OF REGISTRATION

_April 22 1981_
(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:**
ASTEROIDS DELUXE Operation, Maintenance
and Service Manual          (TM-165)

If a periodical or serial give: Vol. ..... No. ..... Issue Date..................

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work...................... Vol.....No..... Date ............... Pages.......

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** Atari, Inc.

Was this author's contribution to the work a "work made for hire"?   Yes XX   No ...

**DATES OF BIRTH AND DEATH:**
Born ...... Died ......
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... } of { Domiciled in ....... U.S.A. .....
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ....   No ..X..
Pseudonymous?   Yes ....   No ..X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire text and illustrations

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ...   No ...

**DATES OF BIRTH AND DEATH:**
Born ...... Died ......
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... } or { Domiciled in .......................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ....   No ....
Pseudonymous?   Yes ....   No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ...   No ....

**DATES OF BIRTH AND DEATH:**
Born ...... Died ......
(Year)        (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..................... } or { Domiciled in .......................
(Name of Country)                    (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ....   No ....
Pseudonymous?   Yes ....   No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year... 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date    February 13, 1981
(Month)        (Day)        (Year)
Nation    U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Atari, Inc.
P. O. Box 427
Sunnyvale, CA 94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ...... pages

| EXAMINED BY: *LPb* | APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY *MD* | 22 APR 1981 | | |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED 22 APR 1981   22 APR 1981 | | |
| DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE | | |

**TX** **676-855**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office ·     Yes     No. **XX**
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number                     Year of Registration

**⑤**
Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: Identify any preexisting work or works that this work is based on or incorporates

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed

**⑥**
Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Atari, Inc. (typeset. In-house) | P. O. Box 427, Sunnyvale, CA 94086 |
| Consolidated Publications, Inc. (printer) | 1127 Sonora Ct., Sunnyvale, CA 94086 |

**⑦**
Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work or (3) both.

a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧**
License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name   **Atari, Inc./Coin-Op Engineering**

Account Number   **DA055360**

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name   **Andrea Dencker / Atari, Inc.**

Address   **P. O. Box 427**
**Sunnyvale,   CA   94086**
(City)          (State)          (Zip)

**⑨**
Fee and Correspondence

**CERTIFICATION:** ＊ I, the undersigned, hereby certify that I am the (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☒ authorized agent of   **Atari, Inc.**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X):   *Andrea Dencker*

Typed or printed name   **Andrea Dencker**          Date   **4/16/81**

**⑩**
Certification (Application must be signed)

| **Andrea Dencker / Atari, Inc.** (Name) | **MAIL CERTIFICATE TO** |
|---|---|
| **P. O. Box 427** (Number Street and Apartment Number) | |
| **Sunnyvale, California   94086** (City)          (State)          (ZIP code) | (Certificate will be mailed in window envelope) |

**⑪**
Address For Return of Certificate

＊17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1978-261-022/16

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX      756-748

(TX)                    TXU

EFFECTIVE DATE OF REGISTRATION

8          19          81
Month      Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

---

**(1) Title**

**TITLE OF THIS WORK:**

"ASTEROIDS" I Computer Program (Coin-op)

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol ...... No. ...... Issue Date ... . . . . .

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ....................... Vol .... No. .... Date .............. Pages ......

---

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** ATARI, INC.

Was this author's contribution to the work a "work made for hire"?   Yes  X    No

**DATES OF BIRTH AND DEATH:**
Born ........ (Year)    Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ...... U.S.A. ...
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes   No. X
Pseudonymous?  Yes   No. X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire Computer Program

**2**

**NAME OF AUTHOR:**

Was the author's contribution to the work a "work made for hire"?   Yes   No

**DATES OF BIRTH AND DEATH:**
Born ...... (Year)    Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ......
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes   No
Pseudonymous?  Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was the author's contribution to the work a "work made for hire"?   Yes   No

**DATES OF BIRTH AND DEATH:**
Born ...... (Year)    Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ......
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes   No
Pseudonymous?  Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year .1979..

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date    June   .14, 1979
(Month)      (Day)      (Year)

Nation    U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

ATARI, INC.
1265 Borregas Avenue
Sunnyvale, California  94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

**DO NOT WRITE HERE**

Page 1 of ... pages

| | EXAMINED BY: | APPLICATION RECEIVED | |
|---|---|---|---|
| | CHECKED BY: | 19. APR 1981 | |
| | CORRESPONDENCE: | DEPOSIT RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| | ☐ Yes | 19. AUG 1981 | |
| **TX   756-748** | DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes        No  **X**
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . .        Year of Registration . . . . . . . . . . .

**(5)**
Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

{  PREEXISTING MATERIAL: Identify any preexisting work or works that this work is based on or incorporates ▾
   **N/A**

   MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed) ▾

**(6)**
Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Atari, Inc. | United States of America |

**(7)**
Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords        b ☒ Copies Only        c ☐ Phonorecords Only

**(8)**
License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:  **TOWNSEND and TOWNSEND**

Account Number:  **DA-013986**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  **Warren P. Kujawa**
Address  **TOWNSEND and TOWNSEND**
**One Market Plaza**                                   (Apt)
**Steuart Street Tower, 20th floor**
**San Francisco, CA.   94105**

**(9)**
Fee and Correspondence

**CERTIFICATION: ✳** I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive rights(s)  ☒ authorized agent of:  **ATARI, INC.**
                                                                      (Name of author or other copyright claimant or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Warren P. Kujawa*

Typed or printed name  **Warren P. Kujawa**                    Date **7/2/81**

**(10)**
Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Warren P. Kujawa
TOWNSEND and TOWNSEND
One Market Plaza
Steuart Street Plaza, 20th floor
San Francisco, CA.  (Zip code) 94105

(Certificate will be mailed in window envelope)

**(11)**
Address For Return of Certificate

✳ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX    756-749

TX                    TXU

EFFECTIVE DATE OF REGISTRATION

8    19    81
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET

**① Title**

TITLE OF THIS WORK:

"ASTEROIDS" II Computer Program (Coin-op)

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol...No...... Issue Date...........

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ........................... Vol ... No . Date ............. Pages ...........

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1  NAME OF AUTHOR: ATARI, INC.

Was this author's contribution to the work a "work made for hire"?   Yes X   No

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of.................. } or { Domiciled in ...... U.S.A.
(Name of Country)                      (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

Entire Computer Program -- See Space 6

DATES OF BIRTH AND DEATH:
Born (Year)   Died (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No X
Pseudonymous?   Yes   No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

2  NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes   No

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of.................. } or { Domiciled in ......
(Name of Country)                      (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born (Year)   Died (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

3  NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes   No

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of.................. } or { Domiciled in ......
(Name of Country)                      (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born (Year)   Died (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year.... 1979

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date   June    14,    1979
(Month)   (Day)   (Year)

Nation   United States of America
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

ATARI, INC.
1265 Borregas Avenue
Sunnyvale, California  94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of .... pages

| | EXAMINED BY | JA | APPLICATION RECEIVED | 19 AUG 1981 | |
|---|---|---|---|---|---|
| | CHECKED BY: | | | | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ Yes | | DEPOSIT RECEIVED 19 AUG 1981 | | |
| **TX    756-749** | DEPOSIT ACCOUNT FUNDS USED: ☒ | | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

---

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes  **X**   No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number  **Pending**       Year of Registration  **1981**

**⑤ Previous Registration**

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
ASTEROIDS  I  Computer Program

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Additions, changes and revisions.

**⑥ Compilation or Derivative Work**

---

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| ATARI, INC. | United States of America |

**⑦ Manufacturing**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords        b ☒ Copies Only        c ☐ Phonorecords Only

**⑧ License For Handicapped**

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name  TOWNSEND and TOWNSEND

Account Number  DA-013986

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  Warren P. Kujawa
Address  TOWNSEND and TOWNSEND
One Market Plaza
Steuart Street Tower, 20th floor   (Apt)
San Francisco, CA   94105

**⑨ Fee and Correspondence**

---

**CERTIFICATION: ⁕** I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of:
ATARI, INC.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  Warren P. Kujawa

Typed or printed name  Warren P. Kujawa       Date  7/2/81

**⑩ Certification (Application must be signed)**

---

| Warren P. Kujawa
TOWNSEND and TOWNSEND
One Market Plaza
Steuart Street Tower, 20th floor
San Francisco, CA  94105 | **MAIL CERTIFICATE TO** |
|---|---|
| (Name) | (Certificate will be mailed in window envelope) |
| (Street) | |
| (City) (State) (ZIP code) | |

**⑪ Address For Return of Certificate**

---

⁕ 17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT  5

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-086-529

EFFECTIVE DATE OF REGISTRATION

2 / 15 / 02

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Pong - The Next Level (MAC)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Interactive Audio-Visual Work

---

**2**

**a**

**NAME OF AUTHOR ▼**

Infogrames Interactive, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.

2001

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 13   Year ▶ 2001
U.S.A.   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Infogrames Interactive, Inc.
50 Dunham Road
Beverly, MA 01915

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB 15 2002 APR 04 2002
**ONE DEPOSIT RECEIVED**
FEB 15 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**       **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

*Contains some preexisting audiovisual - (arcade game)*

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*all other audiovisual material*

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

Infogrames Interactive, Inc.                  DA 071617

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Karen Moreau
Infogrames, Inc.
417 Fifth Avenue
New York, NY 10016

Area code and daytime telephone number ▶ ( 212 ) 726-6570       Fax number ▶ ( 212 ) 726-4214
Email ▶

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Infogrames Interactive, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Karen Moreau                                        Date ▶ 2/13/02

Handwritten signature (X) ▼
x _Karen Moreau_

Certificate
will be
mailed in
window
envelope
to this
address:
Name ▼
Karen Moreau - Infogrames, Inc.
Number/Street/Apt ▼
417 Fifth Avenue
City/State/ZIP ▼
New York, NY 10016

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

**9**

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999   ☺ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

# EXHIBIT  6

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA   610 716

PA            PAU

EFFECTIVE DATE OF REGISTRATION

FEB 06 1987

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

BREAKOUT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

## 2

**a**

**NAME OF AUTHOR ▼**

Atari, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Audiovisual Work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1975 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May     Day ▶ 15*     Year ▶ 1976
United States ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Atari Games Corporation
675 Sycamore, P.O. Box 361110
Milpitas, California 95035

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Assignment

**APPLICATION RECEIVED**
FEB 06 1987
**ONE DEPOSIT RECEIVED**
FEB 06 1987
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE

PA   610 716

*Information added by C.O. authority Sidney
Katz in phone call of 5/12/93.

| EXAMINED BY   J √ | FORM PA |
|---|---|
| CHECKED BY | |
| ☑ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

PREVIOUS REGISTRATION   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**6**

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

*See instructions before completing this space.*

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

A. Sidney Katz
Welsh & Katz, Ltd.
135 South LaSalle Street, Suite 1625
Chicago, Illinois  60603

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶ (312) 781-9470

**8**

CERTIFICATION*   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Atari Games Corporation
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

A. Sidney Katz                                          date ▶ 3/5/87

Handwritten signature (X) ▼

**9**

MAIL CERTIFI-CATE TO

| Name ▼ |
|---|
| A. Sidney Katz |
| Welsh & Katz, Ltd. |
| Number/Street/Apartment Number ▼ |
| 135 South LaSalle Street, Suite 1625 |
| City/State/ZIP ▼ |
| Chicago, Illinois  60603 |

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-306                                        Nov. 1981-700,000

# FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA          175-216

PA          PAU

EFFECTIVE DATE OF REGISTRATION

JUN        9        83

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Breakout

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼**
Audiovisual work

## 2

**a**

**NAME OF AUTHOR ▼**
Atari, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Entire work - See space 6

**NOTE**

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1978 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
November ▶ 9 ▶ 1978
U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California  94086

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
2 4 JUN 1983        9 JUN 1983
ONE DEPOSIT RECEIVED
9 JUN 1983
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
230881  U.R.Special

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**

DO NOT WRITE HERE
Page 1 of _____ pages

y. "Special relief granted under
252.20 (d) of the C.O. reg."

PA     175-216

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Arcade versions of Breakout (pub. 1976) and Super Breakout
(pub. 1978).

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New sounds in audiovisual work and new artwork and text on
package and instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.        ▼

Brylawski & Cleary
224 East Capitol Street
Washington, D.C.  20003
Attn:  Edwin Komen

Area Code & Telephone Number                (202) 54-133]

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

**8**

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Atari, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Edwin Komen                                              June 23, 1983

👈  Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

**9**

Brylawski & Cleary

224 East Capitol Street

Certificate
will be
mailed in
window
envelope

Washington, D.C.  20003

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982  359-901

# FORM PA
## UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    **610 716**

PA                                    PAU

EFFECTIVE DATE OF REGISTRATION

**FEB. 06. 1987**
Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

BREAKOUT

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

---

**2** NAME OF AUTHOR ▼

**a** Atari Inc.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire Audiovisual Work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

other person for whom the work was prepared as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1975 ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 15*   Year ▶ 1976
United States                            ◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Atari Games Corporation
675 Sycamore, P.O. Box 361110
Milpitas, California  95035

APPLICATION RECEIVED
FEB. 06. 1987
ONE DEPOSIT RECEIVED
FEB. 06. 1987
TWO DEPOSITS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Assignment

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

PA 610 716

*Information added by C.O. authority Sidney
Katz in phone call of 5/12/93.

| | |
|---|---|
| EXAMINED BY | ☑ JV |
| CHECKED BY | |
| ☑ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

**FORM PA**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
A. Sidney Katz
Welsh & Katz, Ltd.
135 South LaSalle Street, Suite 1625
Chicago, Illinois 60603
Area Code & Telephone Number ▶ (312) 781-9470

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Atari Games Corporation___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
A. Sidney Katz                                    date ▶ 2/5/87

Handwritten signature (X) ▼

| | |
|---|---|
| MAIL CERTIFI-CATE TO | **Name** ▼ A. Sidney Katz Welsh & Katz, Ltd. |
| Certificate will be mailed in window envelope | **Number/Street/Apartment Number** ▼ 135 South LaSalle Street, Suite 1625 **City/State/ZIP** ▼ Chicago, Illinois 60603 |

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-306

Nov. 1981-700,000

**FORM VA**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA    **15-994**

VA                VAU

EFFECTIVE DATE OF REGISTRATION

**27 OCT 1978**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**(1) Title**

TITLE OF THIS WORK:
PRINTED CARTON, BREAKOUT, VIDEO COMPUTER SYSTEM GAME PROGRAM (No. C011822-22)

Previous or Alternative Titles:

NATURE OF THIS WORK: (See instructions)
ACRYLIC PAINTING ON FOLDING CARTON

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ........................ Vol. ... No ... Date ... Pages ...

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: ATARI INC.
Was this author's contribution to the work a "work made for hire"?  Yes X  No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .. U.S.A. } or Domiciled in .. U.S.A.
AUTHOR OF: (Briefly describe nature of this author's contribution)
PAINTING AND PACKAGE DESIGN

DATES OF BIRTH AND DEATH:
Born ... Died ...
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes .. No X
Pseudonymous? Yes .. No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes ... No....
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....... } or { Domiciled in ......
AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born ... Died ...
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes .. No
Pseudonymous? Yes .. No
If the answer to either of these questions is "Yes," see detailed instructions attached.

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes ... No
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....... } or { Domiciled in ......
AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born ... Died ...
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes .. No
Pseudonymous? Yes .. No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1978
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date JANUARY 2, 1978
(Month) (Day) (Year)
Nation U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
ATARI INC.
P.O. BOX 9027, 1272 BORREGAS AVE.
SUNNYVALE, CA 90486

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
NONE

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ... pages

| EXAMINED BY: | APPLICATION RECEIVED: | FOR |
|---|---|---|
| CHECKED BY: | OCT 27 1978    DEC 2 2 1978 | COPYRIGHT |
| CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: OCT 27 1978 | OFFICE |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 29073 OCT 27 78 | USE ONLY |

VA    15-994

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes .... No. X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number............... Year of Registration...

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

N/A

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

N/A

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

NONE

Name

Account Number

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name   WILLIAM HAMBLIN c/o ATARI INC.

Address   P.O. BOX 9027, 1272 BORREGAS AVE.
(Apt.)

SUNNYVAL,     CALIF.     94086
(City)          (State)          (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☒ author   ☐ other copyright claimant   ☐ owner of exclusive right(s)   ☐ authorized agent of _____
(Name of author, or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) [signature]

Typed or printed name   WILLIAM HAMBLIN          Date 9/27/78

**⑧ Certification (Application must be signed)**

WILLIAM HAMBLIN c/o ATARI INC.
(Name)

P.O. BOX 9027, 1272 BORREGAS AVE.
(Number, Street and Apartment Number)

SUNNYVALE,          CALIF.     94086
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**

2 6 JAN 1979

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

☆ U.S. GOVERNMENT PRINTING OFFICE: 1977   O—248-638

Nov. 1977  300,000

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX  58-926

TX  TXU

EFFECTIVE DATE OF REGISTRATION

6   29   78
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**(1) Title**

TITLE OF THIS WORK:

BREAKOUT GAME PROGRAM INSTRUCTIONS, Model CX2622    No. CO11402-22

If a periodical or serial give: Vol ...... No ...... Issue Date ......

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ...... Vol ...... No ...... Date ...... Pages ......

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: Atari Inc.

Was this author's contribution to the work a "work made for hire"?   Yes X   No ......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... U.S.A. ...   or   Domiciled in ... U.S.A. ...
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ...... X
Pseudonymous?   Yes X   No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Text

2

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......   or   Domiciled in ......
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

DATES OF BIRTH AND DEATH:
Born ...... Died ......
(Year)   (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ......   or   Domiciled in ......
(Name of Country)   (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1978

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date June ...... 26 ...... 1978
(Month)   (Day)   (Year)
Nation ... U.S.A. ...
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Atari Inc.
155 Moffett Pk. Dr., Suite 108
Sunnyvale, Calif. 94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ...... 2 ...... pages

| EXAMINED BY: | APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE  244316  JUN 29 78 | |

**TX 58-926**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes    No **X**
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................. Year of Registration .................

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ .................................... N/A ................................... }

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ .................................... N/A ................................... }

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Printer: California Printing | San Francisco, Calif. |
| Typeset: Atari Inc. | Sunnyvale, Calif. |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: .................................

Account Number: .................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Stephen R. Harding c/o Atari Inc.
Address: 155 Moffett Pk. Dr., Suite 108 (Apt)
Sunnyvale, Calif. 94086 (City) (State) (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☐ authorized agent of: ATARI INC.
(Name of author or other copyright claimant or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _[signature]_

Typed or printed name: Stephen R. Harding  / Date June 26, 1978

**⑩ Certification (Application must be signed)**

Stephen R. Harding c/o Atari Inc.
(Name)
155 Moffett Pk. Dr., Suite 108
(Number, Street and Apartment Number)
Sunnyvale, Calif. 94086
(City)        (State)      (ZIP code)

**MAIL CERTIFICATE TO**

4 h.b.

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Page 1

# Application
## for Registration of a Claim to Copyright
### in a published book manufactured in
### the United States of America

FORM A

REGISTRATION NO.

A   752133

DO NOT WRITE HERE

CLASS

A

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 10 and the AFFIDAVIT (line 11) must be COMPLETED AND NOTARIZED. The application should not be submitted until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name       Atari, Inc.

Address     14600 Winchester Boulevard, Los Gatos, CA 95030

Name

Address

**2. Title:**       "Breakout" Operation·Maintenance·Service Manual
(Give the title of the book as it appears on the title page)

(Atari # TM-058)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers, translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name     Atari, Inc.                                        Citizenship     U.S.A.
(Give legal name followed by pseudonym if latter appears on the copies)                     (Name of country)

Domiciled in U.S.A. Yes XX No ........ Address  14600 Winchester Blvd., Los Gatos, CA 95030

Name                                                         Citizenship
(Give legal name followed by pseudonym if latter appears on the copies)                     (Name of country)

Domiciled in U.S.A. Yes ......... No ........ Address

Name                                                         Citizenship
(Give legal name followed by pseudonym if latter appears on the copies)                     (Name of country)

Domiciled in U.S.A. Yes ......... No ........ Address

**4. Date of Publication of This Edition:** Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. **NOTE:** The full date (month, day, and year) must be given. For further information, see page 4.

May       27       1976
(Month)     (Day)     (Year)

➤➤ **(NOTE: Leave line 5 blank unless the following instructions apply to this work.)** ◄◄

**5. New Matter in This Version:** If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

➤➤ **NOTE:** Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language. ◄◄

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ........................
(Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ......... No .........

If your answer is "Yes," give registration number ........................

EXAMINER

*Complete all applicable spaces on next page*

**7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:**

NONE

**8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name  Andrea Dencker / Atari, Inc.          Address  477 Division St., Campbell, CA 95008

**9. Send certificate to:**

(Type or
print     Name        Andrea Dencker / Atari, Inc.
name and
address)  Address     477 Division Street
                       (Number and street)
                      Campbell        CA           95008
                       (City)        (State)      (ZIP code)

**10. Certification:**  (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Andrea Dencker*
(Signature of copyright claimant or duly authorized agent)

**11. Affidavit (required by law).** Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) Sign the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer sign and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which it states. The affidavit *must* be signed by an individual.

STATE OF  California

COUNTY OF  Santa Clara                    } ss:

I, the undersigned, depose and say that I am the
☐ Person claiming copyright in the book described in this application;
☒ Duly authorized agent of the person or organization claiming copyright in the book described in this application;
☐ Printer of the book described in this application.

That the book was published or the printing was completed on: (X)   May 27, 1976
                                                                  (Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein; or the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States, and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such typesetting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:

**(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC.)**

Typesetting:

Names (X)          The Bookmakers, Inc.    Addresses (X) 1928-A Old Middlefield Way,
                                                          Mountain View, CA 94043

Printing:   Printing Express               3032 Coronado Drive, Santa Clara, CA 95051

*Andrea Dencker*
(Signature of affiant)

**(Sign and notarize only on or after date given above)**

Subscribed and ~~sworn to~~ affirmed before me this ___

day of _____, 19__

_____
(Signature of notary)

OFFICIAL SEAL
ROBERTA H. KENDALL
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Commission Expires April 28, 1980

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received | |
| JUN 11 1976 | |
| Two copies received | |
| JUN 11 1976 | |
| Fee received | |
| 247421 JUN 11 76 | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 662-697

EFFECTIVE DATE OF REGISTRATION

*Oct. 7, 1988*

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

# 1

**TITLE OF THIS WORK ▼**

SUPER BREAKOUT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Audiovisual work

# 2

**a** **NAME OF AUTHOR ▼**

Atari, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire Audiovisual Work - See space 6.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire"

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

# 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1978 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 15*   Year ▶ 1978
United States
◀ Nation

# 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Atari Games Corporation
675 Sycamore, P.O. Box 361110
Milpitas, California  95035

APPLICATION RECEIVED
OCT 0 7 1988
ONE DEPOSIT RECEIVED
OCT. 0 7 1988
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

Assignment

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

*Added by C.O. authority A. Sidney Katz
in phone call.

EXAMINED BY  JV                          FORM P.

CHECKED BY

☑ CORRESPONDENCE          FOR
  Yes                     COPYRIGHT
                          OFFICE
☐ DEPOSIT ACCOUNT         USE
  FUNDS USED              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

Arcade version of Breakout (pub. 1976)

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New sounds and images in audiovisual work.

**6**

See instructions
before complet-
ing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

A. Sidney Katz
Welsh & Katz
135 S. LaSalle Street, Suite 1625
Chicago, Il  60603
                    Area Code & Telephone Number ► (312) 781-9470

Be sure to
give your
daytime phone
number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Atari Games Corporation
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

A. Sidney Katz                                          date ► 10/4/81

                    ✒ Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼

A. Sidney Katz, Welsh & Katz, Ltd.
Number/Street/Apartment Number ▼
135 S. LaSalle Street, Suite 1625
City/State/ZIP ▼
Chicago, Illinois  60603

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-306                                    Nov. 1981-700,000

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA          175-215

PA          PAU

EFFECTIVE DATE OF REGISTRATION

JUN          9          83
Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Super Breakout

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Audiovisual work

**2**

**a**  NAME OF AUTHOR ▼

Atari, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?          ☐ Yes ☒ No
Pseudonymous?          ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work - See space 6

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?          ☐ Yes ☐ No
Pseudonymous?          ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?          ☐ Yes ☐ No
Pseudonymous?          ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1981 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January          Day ▶ 8          Year ▶ 1982 **
U.S.A.          ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California  94086

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
2 4 JUN 1983          9 JUN 1983
ONE DEPOSIT RECEIVED
9 JUN 1983          *
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
230851 U.B. Special

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.          DO NOT WRITE HERE

*Special relief granted under
202.20 (d) of the C.O. reg.⁴

**In notice on label: "1978."
**In notice on package and instructions:
"1981."
PA       175-215

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ Pending        **Year of Registration** ▼ 1983

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Audiovisual work entitled Breakout published in 1978.   Arcade versions
of Breakout (pub. 1976) and Super Breakout (pub. 1978).

See instructions
before completing
this space.

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New sounds in audiovisual work and new artwork and text on package
and instructions.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼ ·

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Brylawski & Cleary
224 East Capitol Street
Washington, D.C.  20003
Attn:  Edwin Komen

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶                    (202) 547-1331

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___Atari, Inc.___
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Edwin Komen                                          date ▶ June 23, 1983

Handwritten signature (X) ▼

_Edwin Komen_

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Brylawski & Cleary

**Number/Street/Apartment Number** ▼
224 East Capitol Street

**Certificate
will be
mailed in
window
envelope**

**City/State/ZIP** ▼
Washington, D.C.  20003

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

✩ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-307

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX     180-834
        TXU

EFFECTIVE DATE OF REGISTRATION

.......... 2 2 JAN 1979 ..........
        Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:**
SUPER BREAKOUT Operation, Maintenance and Service
Manual Complete with Illustrated Parts Catalog TM-118

If a periodical or serial give: Vol....... No .... Issue Date

**PREVIOUS OR ALTERNATIVE TITLES:**
NONE

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared)
Title of Collective Work: NONE ............................... Vol ... No .. Date ........................ Pages .......

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** Atari, Inc.
Was this author's contribution to the work a "work made for hire"?  Yes X  No
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ... U.S.A. .......... } or { Domiciled in .............
(Name of Country)                              (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .... Died ....
(Year)    (Year)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ... No ....
Pseudonymous?  Yes ... No. X ..
If the answer to either of these questions is "Yes, see detailed instructions attached

**2**
**NAME OF AUTHOR:** ----------------
Was this author's contribution to the work a "work made for hire"?  Yes .. No.....
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........... } or { Domiciled in .............
(Name of Country)                           (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .... Died ....
(Year)    (Year)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ... No......
Pseudonymous?  Yes ... No......
If the answer to either of these questions is "Yes, see detailed instructions attached

**3**
**NAME OF AUTHOR:** ----------------
Was this author's contribution to the work a "work made for hire"?  Yes .. No.....
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........... } or { Domiciled in .............
(Name of Country)                           (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born .... Died ....
(Year)    (Year)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes ... No......
Pseudonymous?  Yes ... No......
If the answer to either of these questions is "Yes, see detailed instructions attached

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year...1978.
(This information must be given in all cases)

**DATE AND NATION OF FIRST PUBLICATION:**
Date    September    9    1978
        (Month)    (Day)    (Year)
Nation    U.S.A.
        (Name of Country)
(Complete this block ONLY if this work has been published)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Atari, Inc.
P.O. Box 9027
1272 Borregas Ave.
Sunnyvale, California  94086

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright)
NONE

---

- Complete all applicable spaces (numbers 5-11) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 10

i

DO NOT WRITE HERE
Page 1 of .... pages

EXAMINED BY

CHECKED BY:

CORRESPONDENCE: ☐ Yes

DEPOSIT ACCOUNT FUNDS USED

APPLICATION RECEIVED
JAN 22 79

DEPOSIT RECEIVED
JAN 22 79     JAN 22 79

REMITTANCE NUMBER AND DATE
118871 JAN 22 79

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX    180-834

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes ......     No   XX
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........................     Year of Registration ......................

**5**
Previous
Registra-
tion

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates.)

{ .... NONE

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ .... NONE

**6**
Compilation
or
Derivative
Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| CBM Type....... (typesetter) | 549-A Weddell Drive, Sunnyvale, CA 94086 |
| Sierra Lithograph Inc. (printer) | 162 San Lazaro Ave., Sunnyvale, CA 94086 |

**7**
Manufactur-
ing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**
License
For
Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name ....   NONE

Account Number ........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrea Dencker/Atari, Inc.

Address P.O. Box 9027, 1272 Borregas Ave.
(Apt.)
Sunnyvale, California    94086
(City)          (State)          (ZIP)

**9**
Fee and
Correspond-
ence

**CERTIFICATION:** ❋ I, the undersigned, hereby certify that I am the: (Check one)

☒ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of ........
(Name of author or other copyright claimant or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Andrea Dencker*

Typed or printed name   Andrea Dencker/Atari, Inc.   Date 12/4/78

**10**
Certification
(Application
must be
signed)

Andrea Dencker/Atari, Inc.
(Name)

P.O. Box 9027, 1272 Borregas Ave.
(Number, Street and Apartment Number)

Sunnyvale, California 94086
(City)          (State)          (ZIP code)

**MAIL
CERTIFICATE
TO**

2 6 FEB 1979
(Certificate will
be mailed in
window envelope)

**11**
Address
For Return
of
Certificate

❋ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.