EXHIBIT  7







1 - 108 of 2,905 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=1&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Atari: Gifts & Merchandise | Redbubble

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here

USD$ · English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup









< Previous     1   2   3   4   5   ...   Last     Next >

109 - 216 of 2,916 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom-made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=2&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and must ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here

USD$ - English    Mature content: Hidden

VISA

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE    App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble non-spoken Cookie Policy    © Redbubble. All rights reserved.







High quality Atari inspired T Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=3&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro, Nintendo, Comic, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE    App Store

User Agreement  |  Privacy Policy  |  Copyright  |  Affiliates  |  Guidelines  |  Redbubble uses cookies. Cookie Policy    © Redbubble All Rights Reserved







425 - 452 of 2,913 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=4&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro Nintendo Game Gaming Gamer Nerd Sega 80s Video Games Geek Vintage Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ · English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Sign up

**REDBUBBLE**   App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses cookies Cookie Policy          © Redbubble. All Rights Reserved.





Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home › Atari

**Atari** 2,915 Results

Works ˅ Most Relevant ˅

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address

Atari: Gifts & Merchandise | Redbubble



‹ Previous      1  2  3  4  5  6  7  …  Last      Next ›

433 - 540 of 2,915 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE    App Store

User Agreement | Privacy Policy | Copyright | Affiliate | Guidelines | Redbubble uses cookies Cookie Policy        © Redbubble. All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home / Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.
Your email address
Let's go!

High quality Atari inspired T Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=6&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Atari: Gifts & Merchandise | Redbubble

Related searches: Retro, Nintendo, Camo, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ · English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE     App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble.com dotcom Cookie Policy      © Redbubble. All Rights Reserved.

Atari: Gifts & Merchandise | Redbubble







High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE

App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses cookies. Cookie Policy

© Redbubble. All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address

Let's go!

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=8&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro · Nintendo · Game · Gaming · Gamer · Nerd · Sega · 80s · Video Games · Geek · Vintage · Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USDS · English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble does cookies. Cookie Policy     Redbubble. All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address Let's go!

< Previous          First   7   8   9   10   11  ..  Last                    Next >

865 - 972 of 2,935 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Atari: Gifts & Merchandise | Redbubble

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USDS - English   Mature content: Hidden

VISA   MasterCard   AMEX   PayPal   Apple Pay   pay

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble does not sell... Cookie Policy        © Redbubble All Rights Reserved







975 - 1,080 of 2,915 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=10&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English　Mature content: Hidden

About Us　|　Blog　|　Delivery　|　Investor Centre　|　Jobs　|　Returns　|　Contact Us　|　Help　|　Login　|　Signup

REDBUBBLE　　App Store







< Previous     First   9   10   11   12   13   ..   Last     Next >

1 of 1 - 1,188 of 2,911 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Atari: Gifts & Merchandise | Redbubble

Related searches: Retro, Nintendo, Game, Gamers, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

**All orders are custom made and most ship worldwide within 24 hours.**
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

VISA   MasterCard   AMEX   PayPal   Apple Pay   pay

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses cookies. Cookie Policy

© Redbubble. All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address

Let's go!

< Previous     First   10   11   12   13   14   ...   Last     Next >

1265 - 1296 of 2,916 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Jethalal | Guidelines | Redbubble uses cookies. Cookie Policy    © Redbubble All Rights Reserved







< Previous      First   11   12   **13**   14   15   ...   Last      Next >

1,297 - 1,404 of 2,378 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

VISA   MasterCard   Amex   PayPal   Apple Pay  

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE    App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses cookies. Cookie Policy    © Redbubble. All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address Let's go!

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English  Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Anti-Bot | Guidelines | RedBubble.com Student Cookie Policy    © Redbubble. All Rights Reserved.







High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=15&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro   Nintendo   Game   Gaming   Gamer   Nerd   Sega   80s   Video Games   Geek   Vintage   Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English    Mature content: Hidden

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE    App Store

User Agreement | Privacy Policy | Copyright | Affiliate | Guidelines | Redbubble wiki (Global) Cookie Policy

© Redbubble. All Rights Reserved.

Sell your art    Login    Signup

REDBUBBLE    atari

Men's    Women's    Kids & Babies    Device Cases    Stickers    Wall Art    Home Decor    Stationery    Bags    Gifts

Home / Atari

**Atari** 2,915 Results

Works ∨    Most Relevant ∨

**Department**

All Departments
Men's
Women's
Kids
Device Cases
Wall Art
Home Decor
Stationery
Bags

**Product**

All Products
Acrylic Blocks
Art Boards
Art Prints
Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address    Let's go!





‹ Previous          First  14  15  16  17  18  …  Last          Next ›

1,621 - 1,726 of 2,895 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=16&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

VISA  MasterCard  VISA  PayPal  Apple Pay  pay

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Sign up

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Artists | Guidelines | Resources and Cookies Cookie Policy          © Redbubble. All Rights Reserved

Sell your art   Login   Signup

**REDBUBBLE**   atari

Men's    Women's    Kids & Babies    Device Cases    Stickers    Wall Art    Home Decor    Stationery    Bags    Gifts

Home / Atari

**Atari** 2,915 Results

Works ∨   Most Relevant ∨

**Department** ∧

**All Departments**
Men's
Women's
Kids
Device Cases
Wall Art
Home Decor
Stationery
Bags

**Product** ∧

**All Products**
Acrylic Blocks
Art Boards
Art Prints
Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address

Let's go!





High quality Atari inspired T-Shirts Posters Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=17&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE   App Store

Sell your art   Login   Signup

REDBUBBLE   atari

Men's    Womens    Kids & Babies    Device Cases    Stickers    Wall Art    Home Decor    Stationery    Bags    Gifts

Home   Atari

**Atari** 2,915 Results     Works ∨   Most Relevant ∨

**Department** ^

All Departments
Men's
Women's
Kids
Device Cases
Wall Art
Home Decor
Stationery
Bags

**Product** ^

All Products
Acrylic Blocks
Art Boards
Art Prints
Calendars



Get **10% off** when you sign up for super fun emails.   Your email address   Let's go!





High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Retro · Nintendo · Game · Gaming · Gamer · Nerd · Sega · 80s · Video Games · Geek · Vintage · Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

VISA · MasterCard · AMEX · PayPal · Apple Pay · pay

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

**REDBUBBLE**   App Store

User Agreement | Privacy Policy | Copyright | Affiliate | Guidelines | Redbubble uses cookies. Cookie Policy      © Redbubble. All rights reserved.

Sell your art   Login   Signup

REDBUBBLE     atari

Men's       Women's       Kids & Babies       Device Cases       Stickers       Wall Art       Home Decor       Stationery       Bags       Gifts

Home   Atari

**Atari** 2,915 Results

Works ∨   Most Relevant ∨

Department ∧

All Departments
Men's
Women's
Kids
Device Cases
Wall Art
Home Decor
Stationery
Bags

Product ∧

All Products
Acrylic Blocks
Art Boards
Art Prints
Calendars



**Get 10% off** when you sign up for super fun emails.

Your email address

Let's go!





High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=19&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English　Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses cookies Cookie Policy　　　© Redbubble. All Rights Reserved







High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=20&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

VISA   MasterCard   AMEX   PayPal   Apple Pay   pay

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE    App Store

User Agreement  |  Privacy Policy  |  Copyright  |  Affiliate  |  Guidelines  |  Redbubble uses cookies  Cookie Policy          © Redbubble. All Rights Reserved







2,101 - 2,200 of 2,918 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Cool  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE    App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | RedbubbleXmas Zombie Cookie Policy    © Redbubble. All Rights Reserved

Atari: Gifts & Merchandise | Redbubble

Sell your art   Login   Signup

REDBUBBLE   atari

Men's    Women's    Kids & Babies    Device Cases    Stickers    Wall Art    Home Decor    Stationery    Bags    Gifts

Home   Atari

**Atari** 2,915 Results

Works ∨    Most Relevant ∨

**Department** ∧

All Departments
Men's
Women's
Kids
Device Cases
Wall Art
Home Decor
Stationery
Bags

**Product** ∧

All Products
Acrylic Blocks
Art Boards
Art Prints
Calendars



Get **10% off** when you sign up for super fun emails.

Your email address   Let's go!





High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=22&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Atari: Gifts & Merchandise | Redbubble

Related searches Retro Nintendo Game Gaming Gamer Nerd Sega 80s Video Games Geek Vintage Arcade

**All orders are custom made and most ship worldwide within 24 hours.**
Search results and related search terms are automatically generated from information provided by users

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Affiliate | Guidelines | Redbubble uses cookies Cookie Policy    © Redbubble. All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address

Let's go!

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=23&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE        App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses cookies Cookie Policy          © Redbubble. All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Womens Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address

Let's go!

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Atari Gifts & Merchandise | Redbubble

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users

**RSS Feed**



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ · English   Mature content: Hidden

About Us | Blog | Delivery | Investor Centre | Jobs | Returns | Contact Us | Help | Login | Signup

**REDBUBBLE**    App Store





Atari: Gifts & Merchandise | Redbubble

High quality Atari inspired T Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=25&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English   Mature content: Hidden

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE   App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble also knows Cookie Policy                © Redbubble All Rights Reserved







Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- **All Departments**
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- **All Products**
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address Let's go!

High-quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=26&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

Related searches: Retro  Nintendo  Game  Gaming  Gamer  Nerd  Sega  80s  Video Games  Geek  Vintage  Arcade

**All orders are custom made and most ship worldwide within 24 hours.**
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English    Mature content: Hidden                    VISA  MasterCard  AMEX  PayPal  Apple Pay  pay

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE        App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses Cookies. Cookie Policy        © Redbubble. All Rights Reserved



Sell your art Login Signup

REDBUBBLE atari

Men's Women's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

Home · Atari

**Atari** 2,915 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards
- Art Prints
- Calendars

**Get 10% off** when you sign up for super fun emails.

Your email address Let's go!

Atari Shirts & Merchandise | Redbubble



Atari: Gifts & Merchandise | Redbubble



2,909 - 2,918 of 2,918 results

High quality Atari inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

https://www.redbubble.com/shop/atari?page=27&rbs=169a8a85-9699-42ee-b1c7-4a341fb6134d

THIS PAGE

Atari: Gifts & Merchandise | Redbubble

Related searches: Retro, Nintendo, Game, Gaming, Gamer, Nerd, Sega, 80s, Video Games, Geek, Vintage, Arcade

All orders are custom made and most ship worldwide within 24 hours.
Search results and related search terms are automatically generated from information provided by users.

RSS Feed



10% off, promos, and
the best indie art
ever!

Your funky email goes here



USD$ - English    Mature content: Hidden

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE    App Store

User Agreement | Privacy Policy | Copyright | Attitudes | Guidelines | Redbubble says please. Cookie Policy    © Redbubble, All Rights Reserved.