KENNETH B. WILSON (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone:     (650) 440-4211

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>REDBUBBLE INC.,<br><br>               Defendant. | CASE NO. 3:18-CV-03451-JST<br><br>**DEFENDANT REDBUBBLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Redbubble Limited, parent company.

Dated: August 8, 2018                          COASTSIDE LEGAL


                                               By:   /s/ Kenneth B. Wilson
                                                     KENNETH B. WILSON

                                               Attorneys for Defendant
                                               REDBUBBLE INC.