BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Eric C. Lauritsen (State Bar No. 301219)
  elauritsen@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REDBUBBLE, INC., <br><br> Defendant. <br><br> AND RELATED ACTIONS | Case No. 3:18-cv-03451-JST <br> [*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; and 4:18-cv-04949-JST*] <br><br> Hon. Jon S. Tigar <br><br> **NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11; DECLARATION OF ERIC C. LAURITSEN IN SUPPORT** |

1186848.1

Case No. 3:18-cv-03451-JST

NOTICE OF RELATED CASE

Plaintiff Atari Interactive, Inc., ("Atari") hereby respectfully submits this Notice of Related Case, Pursuant to Civil L.R. 3-12 and the required Administrative Motion to Consider Whether Cases Should be Related, Pursuant to Civil L. R. 7-11.

## I.   APPLICABLE STANDARD UNDER CIVIL L.R. 3-12

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action that is or was pending in the Northern District, such party "must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). That motion must include: "(1) The title and case number of each apparently related case; [and] (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)." Civil L.R. 3-12(d).

## II.   RELATED CASES

On July 2, 2018, Atari filed a Notice of Related Case Pursuant to Civil L.R. 3-12 and Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 7-11 ("First Motion to Relate Case"). In the First Motion to Relate Case, Atari asked this Court to find *Atari Interactive, Inc. v. Redbubble, Inc.*, Case No. 3:18-cv-03451-JST, filed on June 11, 2018, and *Atari Interactive, Inc. v. Zazzle, Inc.*, Case No. 3:18-cv-03843-SBA,[1] filed on June 27, 2018, related on the basis that both cases involve the same plaintiff and that most of the factual

---

[1] The case number for *Atari Interactive, Inc. v. Zazzle, Inc.* is now 3:18-cv-03843-JST in light of this Court's July 10, 2018 order granting the First Motion to Relate Case.

allegations, causes of action, legal issues, and legal arguments are the same. On July 10, 2018, this Court granted the First Motion to Relate Case.

On July 16, 2018, Atari filed a second Notice of Related Case Pursuant to Civil L.R. 3-12 and Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 7-11 ("Second Motion to Relate Case"). In the Second Motion to Relate Case, Atari asked this Court to find *Atari Interactive, Inc. v. TP APPAREL, LLC dba TeePublic; Brain Buster Enterprises, LLC dba TeePublic*, Case No. 3:18-cv-04115-JD,[2] filed on July 10, 2018, related to *Atari Interactive, Inc. v. Redbubble, Inc.* on substantially the same grounds. On July 25, 2018, this Court granted the Second Motion to Relate Case.

On August 23, 2018, Atari filed a third Notice of Related Case Pursuant to Civil L.R. 3-12 and Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 7-11 ("Third Motion to Relate Case"). In the Third Motion to Relate Case, Atari asked this Court to find *Atari Interactive, Inc. v. SunFrog, LLC*, Case No. 3:18-cv-04949-JSW,[3] filed on August 15, 2018, related to *Atari Interactive, Inc. v. Redbubble, Inc.* on substantially the same grounds. On August 29, 2018, this Court granted the Third Motion to Relate Case.

Plaintiff now respectfully requests that this Court also find *Atari Interactive, Inc. v. Ooshirts, Inc.*, Case No. 3:19-cv-00264-WHO, filed on January 15, 2019 (the "Ooshirts Case"), related to *Atari Interactive, Inc. v. Redbubble, Inc.* for the following reasons:

---

[2] The case number for *Atari Interactive, Inc. v. TP APPAREL, LLC dba TeePublic; Brain Buster Enterprises, LLC dba TeePublic* is now 3:18-cv-04115-JST in light of this Court's order granting the Second Motion to Relate Case.

[3] The case number for *Atari Interactive, Inc. v. TP APPAREL, LLC dba TeePublic; Brain Buster Enterprises, LLC dba TeePublic* is now 3:18-cv-04949-JST in light of this Court's order granting the Third Motion to Relate Case.

1. Like the previously related cases, the Ooshirts Case involves the same plaintiff.

2. Most of the factual allegations, causes of action, legal issues, and legal arguments are the same in the Ooshirts Case and the previously related cases.

The Ooshirts Case and the previously related cases all involve federal trademark and copyright infringement claims by Atari against corporate defendants that operate similar business models and provide similarly infringing products. Accordingly, there will be unduly burdensome duplication of labor and expense and a risk of conflicting results if the Ooshirts Case is litigated separately from the previously related cases before a different judge.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court deem *Atari Interactive, Inc. v. Redbubble, Inc.*, Case No. 3:18-cv-03451-JST, and *Atari Interactive, Inc. v. Ooshirts, Inc.*, Case No. 3:19-cv-00264-WHO, related.

Dated: January 16, 2019         BROWNE GEORGE ROSS LLP
                                  Keith J. Wesley
                                  Eric C. Lauritsen


                                By:    /s/*Eric C. Lauritsen*
                                       Eric C. Lauritsen
                                Attorneys for Plaintiff Atari Interactive, Inc.

## DECLARATION OF ERIC C. LAURITSEN

I, Eric C. Lauritsen, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Atari Interactive, Inc. in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. A stipulation relating to Atari's Administrative Motion to Consider Whether Cases Should Be Related could not be obtained because the defendants in the putative related case, *Atari Interactive, Inc. v. Ooshirts, Inc.*, Case No. 3:19-cv-00264-WHO, have not yet appeared.

Executed this 16th day of January 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        /s/*Eric C. Lauritsen*
                                        Eric C. Lauritsen