KENNETH B. WILSON (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
jmasur@zuberlaw.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 434-8538
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>REDBUBBLE INC.,<br><br>          Defendant. | CASE NO. 3:18-CV-03451-JST<br>[*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST, and 3:19-cv-00264-JST*]<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC. LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiff Atari Interactive, Inc. and defendant Redbubble Inc. hereby stipulate and agree that Redbubble should be granted leave to file an Amended Answer to Plaintiff's Complaint, a copy of which is attached to this Stipulation and [Proposed] Order as Exhibit A.

Dated: April 15, 2019　　　　　　　　　　BROWNE GEORGE ROSS LLP

By: */s/ Keith J. Wesley*
　　　KEITH J. WESLEY

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

Dated: April 15, 2019　　　　　　　　　　ZUBER LAWLER & DEL DUCA LLP

By: */s/ Joshua M. Masur*
　　　JOSHUA M. MASUR

Attorneys for Defendant
REDBUBBLE INC.

## ORDER

Pursuant to Stipulation of the parties, IT IS HEREBY ORDERED that defendant Redbubble Inc. is granted leave to file ~~the~~ an Amended Answer to Plaintiff's Complaint ~~that is attached to this Stipulation and Order as Exhibit A~~. Redbubble Inc. shall file its amended answer on or before April 19, 2019.

IT IS SO ORDERED.

Dated: April 17, 2019

_____
THE HONORABLE JON S. TIGAR
United States District Court Judge