1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ATARI INTERACTIVE, INC., | Case No. 4:18-cv-03451-JST |
| --- | --- |
| Plaintiff, | [*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*] |
| vs. | |
| REDBUBBLE, INC., | **[PROPOSED] ORDER SETTING A BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| Defendant. | |
| AND RELATED ACTIONS | Judge:   Hon. Jon S. Tigar |

Before the Court is the Joint Stipulation Setting a Briefing and Hearing Schedule on Cross-Motions for Summary Judgment, filed jointly by Plaintiff Atari Interactive, Inc. ("Atari") and Defendant Redbubble, Inc. ("Redbubble"). The Court hereby **GRANTS** the Joint Stipulation. The Court sets the following dates:

1. Atari shall file its opening brief on or before April 29, 2020.

2. Redbubble shall file its opening/opposition brief on or before May 20, 2020.

3. Atari shall file its opposition/reply brief on or before June 3, 2020.

4. Redbubble shall file its reply brief on or before June 17, 2020.

5. The hearing shall be set for July 8, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: April ___, 2020

_____
Honorable Jon S. Tigar
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2020, I electronically filed the foregoing **[PROPOSED] ORDER SETTING A BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

# SERVICE LIST

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Zachary S. Davidson<br>ZUBER LAWLER &<br>  DEL DUCA LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>         zdavidson@zuberlawler.com<br>         Debora Sanfelippo<br>         dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |

_____
Andrea A. Augustine