BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
Milin Chun (State Bar No. 262674)
  mchun@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ATARI INTERACTIVE, INC., | Case No. 4:18-cv-03451-JST |
|---|---|
| Plaintiff, | [*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*] |
| vs. | |
| REDBUBBLE, INC., | **[PROPOSED] ORDER GRANTING PLAINTIFF ATARI INTERACTIVE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 79-5** |
| Defendant. | |
| AND RELATED ACTIONS | |
| | Judge:  Hon. Jon S. Tigar<br>Date:   July 8, 2020<br>Time:   2:00 pm<br>Crtrm.:  9 |

1537319.1

Case No. 4:18-cv-03451-JST

[PROPOSED] ORDER GRANTING PLAINTIFF ATARI INTERACTIVE INC.'S ADMINISTRATIVE MOTION
FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT
PURSUANT TO L.R. 79-5

The Court has reviewed plaintiff Atari Interactive, Inc.'s ("Atari") Administrative Motion for Leave to File Under Seal Portions of Its Motion for Summary Judgment ("Administrative Motion"), and any opposition or support thereto, and good cause appearing, the Administrative Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Atari may file the following unredacted documents in support of its Motion for Summary Judgment:

| Document | Portions to be Filed Under Seal |
|---|---|
| Declaration of Frederic Chesnais | • That portion of Paragraph 20 disclosing Atari's licensing revenue.<br>• The licensing agreements attached as Exhibit E. |
| Declaration of Keith J. Wesley | • The chart produced by Redbubble, attached as Exhibit A-2.<br>• Excerpts from the deposition of Arnaud Deshais, attached as Exhibit B.<br>• Excerpts and exhibits 1044, 1049, and 1054 from the deposition of James N. Toy, attached as Exhibit D. |
| Atari's Motion for Summary Judgment | • Those portions quoting and/or paraphrasing the sealed portions of the Declaration of Frederic Chesnais and the Declaration of Keith J. Wesley. |

Dated: _____, 2020

_____
Hon. Jon S. Tigar
Judge of the United States District Court

1537319.1

-1-   Case No. 4:18-cv-03451-JST

[PROPOSED] ORDER GRANTING PLAINTIFF ATARI INTERACTIVE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 79-5

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2020, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF ATARI INTERACTIVE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 79-5** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SERVICE LIST

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST;
and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:  (650)440-4211<br>Fax:  (650)440-4851<br>ken@coastsidelegal.com | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Zachary S. Davidson<br>ZUBER LAWLER &<br>  DEL DUCA LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>          zdavidson@zuberlawler.com<br><br>Debora Sanfelippo<br>dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |

_____
Andrea A. Augustine