# REDACTED
## To Be Filed Under Seal

# EXHIBIT A-2

# ENTIRE EXHIBIT REDACTED