# EXHIBIT B

## REDACTED

To Be Filed Under Seal

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

3    _____

4    ATARI INTERACTIVE, INC.,          )

5                 Plaintiff,           )

6          v.                          ) Case No.

7    REDBUBBLE, INC.,                  ) 4:18-cv-03451-JST

8                 Defendant.           )

9    _____)

10   AND RELATED ACTIONS               )

11   _____)

12

13

14         CONFIDENTIAL DEPOSITION OF ARNAUD DESHAIS

15                San Francisco, California

16               Tuesday, December 10, 2019

17                        Volume I

18

19

20

21   Reported by:

22   CHRIS TE SELLE

23   CSR No. 10836

24   Job No. 3795818

25   PAGES 1 - 118

                                              Page 1

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

3     _____

4     ATARI INTERACTIVE, INC.,          )

5                  Plaintiff,           )

6            v.                         ) Case No.

7     REDBUBBLE, INC.,                  ) 4:18-cv-03451-JST

8                  Defendant.           )

9     _____)

10    AND RELATED ACTIONS               )

11    _____)

12

13

14         Confidential Deposition of ARNAUD DESHAIS,

15    Volume I, at the offices of Brown George Ross LLP, 44

16    Montgomery Street, Suite 1280, San Francisco,

17    California, beginning at 10:33 a.m. and ending at 2:46

18    p.m., on Tuesday, December 10, 2019, before Chris

19    Te Selle, Certified Shorthand Reporter No. 10836.

20

21

22

23

24

25

                                            Page  2



Page 20



Page 21





Page 43



Page  44



Page 45



Page 49



Page 50

CONFIDENTIAL



Veritext Legal Solutions
866 299-5127



Page  56



Page 62



Page 63



Page  64

CONFIDENTIAL



65

CONFIDENTIAL



Page 66



Page 98

1    I, ARNAUD DESHAIS, do hereby declare under penalty

2  of perjury that I have read the foregoing transcript,

3  volume I; that I have made any corrections as appear

4  noted, in ink, initialed by me; that my testimony as

5  contained herein, as corrected, is true and correct.

6         EXECUTED this _02_ day of _February_ ,

7  20_20_ , at _SAN FRANCISO_ , _CALIFORNIA_ .

8              (City)              (State)

9

10

11

12  _____

13           ARNAUD DESHAIS

14           VOLUME I

15

16

17

18

19

20

21

22

23

24

25

                                    Page 117

1      I, the undersigned, a Certified Shorthand Reporter

2  of the State of California, do hereby certify:

3      That the foregoing proceedings were taken before me

4  at the time and place herein set forth; that any

5  witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand which

8  was thereafter transcribed under my direction; that the

9  foregoing transcript is a true record of the testimony

10  given.

11      Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [ ] was [ ] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or party to this action.

18      IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20      Dated: December 26, 2019

21

22

23  _Chris Te Selle_

24  CHRIS TE SELLE

25  CSR No. 10836

Page 118

DESHAIS EXH. 1068

7/24/2018      FireShot Capture 96 - Sell Art Online I Redbubble - https___www.redbubble.com_about_selling

 REDBUBBLE   Find your thing      Sell Your Art   Log In   Sign Up

Men's   Women's   Kids & Babies   Device Cases   Stickers   Wall Art   Home Decor   Stationery   Bags   Gifts

# A GLOBAL MARKETPLACE FOR INDEPENDENT ARTISTS



Welcome to Redbubble, a free marketplace that helps thousands of artists reach new audiences and sell their work more easily. RB gives you access to a wide range of high quality products, just waiting for your designs to make them more amazing. We coordinate everything from printing and shipping through to ongoing customer service, giving you more time to focus on creating great art and design (and occasionally watching cat videos on the internet).

**GET STARTED, IT'S FREE**

## PRODUCT RANGE

We value quality and we know it matters to you and your customers, so a lot of effort goes into finding awesome products that will do justice to your work

            

T-SHIRTS    VINYL STICKERS    DEVICE CASES    POSTERS    & MANY MORE

## YOUR ART ALWAYS BELONGS TO YOU

Most importantly, your work always belongs to you. You choose which products your work appears on and set your own pricing. No matter how many t-shirts, cases, prints or stickers you upload and sell, you retain ownership and control of your work.

OUR USER AGREEMENT

## OUR PRICING SYSTEM

Unlike many other sites, Redbubble gives you total control over what you sell your art for. Current Redbubble artists actually earn an average margin of 17% of the retail price, but whether it is 10% or 30%, you get to decide

HOW OUR BASE PRICES WORK



**EXHIBIT**
Deshais 1068
C.T. 12-10-19

AT00005892
1068



## HOW DOES IT WORK?

**YOU CREATE & UPLOAD**

Once you've finished your latest masterpiece, simply upload it to your RB profile, choose your products and set your pricing. Products can be found by the millions of people who visit RB each month, or you can direct your customers to your very own shop

**WE HANDLE THE TRANSACTIONS**

When people purchase your products, we handle payment for you. No need for fancy card readers or your very own cash register, although that could be fun

**WE COORDINATE THE PRINTING**

You could make the products yourself, but the machines are huge and would probably fill your lounge room. Best to keep your lounge room clear for, you know, lounging

**WE ARRANGE FOR DELIVERY**

We wouldn't want you licking too many stamps or getting paper cuts so we arrange all of this for you, from collecting shipping info to making sure your products get to your customers safely

**WE HANDLE ANY ISSUES FOR YOU**

In the unlikely event that something goes awry, we have a world class Customer Service team at the ready to handle any issues you or your customers might have

## SOUNDS GOOD, DOESN'T IT?

GET STARTED. IT'S FREE

Mature Content: Hidden United States - US$ - English

Subscribe for special offers & updates

SUBSCRIBE

ABOUT US BLOG DELIVERY INVESTOR CENTRE JOBS RETURNS CONTACT US HELP