# REDACTED
## To Be Filed Under Seal

# EXHIBIT E

# ENTIRE EXHIBIT REDACTED