BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
Milin Chun (State Bar No. 262674)
  mchun@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:    (310) 274-7100
Facsimile:    (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REDBUBBLE, INC., <br><br> Defendant. <br><br> AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST <br> [*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*] <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATARI INTERACTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge:  Hon. Jon S. Tigar <br> Date:  July 8, 2020 <br> Time:  2:00 pm <br> Crtrm.:  9 |

1528313.1

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to FED. R. EVID. 201, as well as the authority cited herein, and in support of its Motion for Summary Judgment, Atari Interactive, Inc. ("Atari") hereby requests that the Court take judicial notice of the following items:

- The oral arguments made by counsel, on March 12, 2020, in *The Ohio State University v Redbubble, Inc.*, Case No. 19-3388, before the Sixth Circuit Court of Appeals. A true and correct copy of the Sixth Circuit's audio recording from this oral argument is attached hereto as "**Exhibit A**."

- The Australian Federal Court decision *Hells Angels Motorcycle Corp. (Aust.) Pty Ltd. v Redbubble Ltd.*, [2019] FCA 355. A true and correct copy of this decision, obtained from the Australian Federal Court's website, is attached hereto as "**Exhibit B**."

- The Australian Federal Court decision *Pokémon Co. Int'l, Inc. v Redbubble Ltd.*, [2017] FCA 1541. A true and correct copy of this decision, obtained from the Australian Federal Court's website, is attached hereto as "**Exhibit C**."

## I. LEGAL STANDARD

Pursuant to FED. R. EVID. 201(b), judicial notice is appropriate for facts "not subject to reasonable dispute" because they are either: "(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Courts must take judicial notice upon request if the court is supplied with the necessary information. *Id.* at (c)(2).

## II. THE COURT MAY TAKE JUDICIAL NOTICE OF THE ORAL ARGUMENT BEFORE THE SIXTH CIRCUIT IN THE OHIO STATE UNIVERSITY V. REDBUBBLE, INC. CASE

Federal courts may take judicial notice of the oral arguments made at hearings. *See, e.g., Engine Mfrs. Ass'n v. S. Coast Air Quality Mgmt. Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007) (taking judicial notice of oral argument before the Supreme Court); *see also, e.g., Reyn's Pasta Bella, LLC vs. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("[The Court] may take judicial notice of court filings and other matters of public record.").

Here, as explained in the Wesley Decl., the audio recording of the oral argument before the Sixth Circuit in *The Ohio State University v Redbubble, Inc.* is maintained by the Sixth Circuit, and publicly available on the Sixth Circuit's website. Thus, the Court may take judicial notice of

1  **Exhibit A**.

2  **III.   THE COURT MAY TAKE JUDICIAL NOTICE OF FOREIGN COURT**
3  **DECISIONS CONCERNING REDBUBBLE**

4  Federal courts can and routinely do take judicial notice of decisions made in foreign courts.
5  *See, e.g., Cerner Middle E. Ltd. v. iCapital, LLC*, 939 F.3d 1016, 1023 n.8 (9th Cir. 2019) (taking
6  judicial notice of French trial court decision); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-CV-
7  00220-LHK, 2018 WL 5848999, at *6 (N.D. Cal. Nov. 6, 2018) (taking judicial notice of decision
8  from United Kingdom High Court of Justice); *Tahaya Misr Inv., Inc. v. Helwan Cement S.A.E.*,
9  No. 2:16-cv-01001-CAS(AFMx), 2016 WL 4072332, at *1 n.3 (C.D. Cal. July 27, 2016) (taking
10 judicial notice of Egyptian court orders).

11 Here, the Australian Federal Court decisions are decision made in a foreign court. Thus,
12 the Court may take judicial notice of **Exhibit B** and **Exhibit C**.

13 **IV.   CONCLUSION**

14 For the foregoing reasons, pursuant to FED. R. EVID. 201. Atari respectfully requests that
15 the Court take judicial notice of the above-referenced documents.

16 Dated:  April 29, 2020                             BROWNE GEORGE ROSS LLP
17                                                      Keith J. Wesley
                                                        Milin Chun
18                                                      Matthew L. Venezia

19                                                By:    */s/ Matthew L. Venezia*
                                                        Matthew L. Venezia
20                                                Attorneys for Plaintiff Atari Interactive, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2020, I electronically filed the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATARI INTERACTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST;
and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Zachary S. Davidson<br>ZUBER LAWLER &<br>  DEL DUCA LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>        zdavidson@zuberlawler.com<br><br>        Debora Sanfelippo<br>        dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |

_____
Andrea A. Augustine

1528313.1

-3-   Case No. 4:18-cv-03451-JST
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATARI INTERACTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT