**THIS EXHIBIT IS AN MP3 RECORDING**

**AND A FLASH DRIVE WITH THIS RECORDING**

**WILL BE MAILED TO THE JUDGE'S CHAMBERS ON APRIL 29, 2020**

# EXHIBIT A