1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Matthew L. Venezia (State Bar No. 313812)
3    mvenezia@bgrfirm.com
   Milin Chun (State Bar No. 262674)
4    mchun@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
5  Los Angeles, California 90067
   Telephone:     (310) 274-7100
6  Facsimile:     (310) 275-5697

7  Attorneys for Plaintiff
   Atari Interactive, Inc.

8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12  ATARI INTERACTIVE, INC.,              Case No. 4:18-cv-03451-JST
                                          [Related to Case Nos. 3:18-cv-03843-JST; 3:18-
13              Plaintiff,                 cv-04115; 4:18-cv-04949-JST; and 4:19-cv-
                                          00264-JST]
14         vs.

15  REDBUBBLE, INC.,                      **DECLARATION OF PHILLIP PALEY IN
                                          SUPPORT OF ATARI INTERACTIVE,
16              Defendant.                 INC.'S MOTION FOR SUMMARY
                                          JUDGMENT**
17
    AND RELATED ACTIONS
18                                        Judge:    Hon. Jon S. Tigar
                                          Date:     July 8, 2020
19                                        Time:     2:00 pm
                                          Crtrm.:   9
20

21

22

23

24

25

26

27

28

1526123.1

Case No. 4:18-cv-03451-JST
DECLARATION OF PHILLIP PALEY IN SUPPORT OF ATARI INTERACTIVE, INC.'S
MOTION FOR SUMMARY JUDGMENT

1

## DECLARATION OF PHILLIP PALEY

2   I, Phillip Paley, declare and state as follows:

3   1.  I am a paralegal for Browne George Ross LLP, counsel of record for Atari

4 Interactive, Inc. in this matter. I have firsthand, personal knowledge of the facts set forth below

5 and if called as a witness could and would competently testify thereto.

6   2.  On March 23, 2020, I accessed a product listing on the Redbubble website entitled

7 "Centipede Slim Fit T-Shirt." I captured a screenshot of the product listing. A true and correct

8 copy of that screenshot is attached hereto as "**Exhibit A**."

9   3.  On March 23, 2020, I accessed a product listing on the Redbubble website entitled

10 "Millipede Long Sleeve T-Shirt." I captured a screenshot of the product listing. A true and correct

11 copy of that screenshot is attached hereto as "**Exhibit B**."

12   4.  On March 23, 2020, I accessed a product listing on the Redbubble website entitled

13 "Maze Craze Classic T-Shirt." I captured a screenshot of the product listing. A true and correct

14 copy of that screenshot is attached hereto as "**Exhibit C**."

15   5.  On March 23, 2020, I accessed a product listing on the Redbubble website entitled

16 "Missile Command V-Neck T-Shirt." I captured a screenshot of the product listing. A true and

17 correct copy of that screenshot is attached hereto as "**Exhibit D**."

18   6.  On March 26, 2020, I accessed a product listing on the Redbubble website entitled

19 "Missile Command Case & Skin for Samsung Galaxy." I captured a screenshot of the product

20 listing. A true and correct copy of that screenshot is attached hereto as "**Exhibit E**."

21   7.  On April 24, 2020, I accessed a product listing on the Redbubble website entitled

22 "break out Slim Fit T-Shirt." I captured a screenshot of the product listing. A true and correct copy

23 of that screenshot is attached hereto as "**Exhibit F**."

24   8.  On April 7, 2020, I accessed Google Shopping and performed a search for "missile

25 command t-shirt." I captured a screenshot of the first page of the search results. A true and correct

26 copy of that screenshot is attached hereto as "**Exhibit G**."

27

28

9. On April 7, 2020, I accessed Google Shopping and performed a search for "swordquest t-shirt." I captured a screenshot of the first page of the search results. A true and correct copy of that screenshot is attached hereto as "**Exhibit H**."

Executed this 29th day of April 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Phillip Paley

DECLARATION OF PHILLIP PALEY IN SUPPORT OF ATARI INTERACTIVE, INC.'S
MOTION FOR SUMMARY JUDGMENT

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on this 29th day of April, 2020, I electronically filed the

3  foregoing **DECLARATION OF PHILLIP PALEY IN SUPPORT OF ATARI**

4  **INTERACTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the

5  Court using the CM/ECF system which will send notification of such filing to the following:

6                              **SERVICE LIST**

7              *Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST

8    [Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 19-cv-00264-JST]

9

10

11  Kenneth B. Wilson               Attorneys for Defendant
COASTSIDE LEGAL           Redbubble, Inc.

12  455 1st Avenue
Half Moon Bay, CA 94019

13  Tel:  (650)440-4211
Fax:  (650)440-4851

14  ken@coastsidelegal.com

15  Jonathan M. Masur           Attorneys for Defendant
Zachary S. Davidson          Redbubble, Inc.

16  ZUBER LAWLER &
    DEL DUCA LLP

17  2000 Broadway Street, Suite 154
Redwood City, California 94063

18  Telephone:  (650) 434-8538
Email: jmasur@zuberlawler.com

19           zdavidson@zuberlawler.com

20     Debora Sanfelippo
dsanfelippo@zuberlawler.com

21

22

23

24

25                         Andrea A. Augustine

26

27

28