1 BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
2   kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
3   mvenezia@bgrfirm.com
Milin Chun (State Bar No. 262674)
4   mchun@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
5 Los Angeles, California 90067
Telephone:   (310) 274-7100
6 Facsimile:    (310) 275-5697

7 Attorneys for Plaintiff
Atari Interactive, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ATARI INTERACTIVE, INC., | Case No. 4:18-cv-03451-JST |
|---|---|
| Plaintiff, | [*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*] |
| vs. | |
| REDBUBBLE, INC., | **DECLARATION OF TERRI WALTERS IN SUPPORT OF ATARI INTERACTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | |
| AND RELATED ACTIONS | Judge:  Hon. Jon S. Tigar<br>Date:   July 8, 2020<br>Time:   2:00 pm<br>Crtrm.:  9 |

1529167.1

Case No. 4:18-cv-03451-JST

DECLARATION OF TERRI WALTERS IN SUPPORT OF ATARI INTERACTIVE, INC.'S
MOTION FOR SUMMARY JUDGMENT

## **DECLARATION OF TERRI WALTERS**

I, Terri Walters, declare and state as follows:

1. I was previously employed as a paralegal for Browne George Ross LLP, counsel of record for Atari Interactive, Inc. in this matter. I was employed in that role during all of the events described herein. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. On September 26, 2019, I placed an order on Redbubble through the redbubble.com website. After placing my order, I was provided an order summary showing the details of my order. I captured a screenshot of that order summary. A true and correct copy of that screenshot is attached hereto as "**Exhibit A**."

3. Upon placing this order, I received shipping confirmation e-mails from Redbubble, confirming that my items were shipped. True and correct copies of two such e-mails, with my personal information redacted, are attached hereto as '**Exhibit B**."

4. My order arrived on or about October 7, 2019. When I received my order, I took pictures of the items as they arrived, and as I unpackaged the items. True and correct copies of photos taken during this process, with my personal information redacted, are attached hereto as "**Exhibit C**"

5. On October 25, 2019, I placed another order on Redbubble through the redbubble.com website. To do so, I clicked the "Add to cart" link on the individual items' product listing pages, then once the desired items were in my shopping cart, I checked out on the Redbubble website. This process included the entry of my personal and shipping information, in addition to my payment information.

6. Upon placing my order, I was provided with an order confirmation on the Redbubble website, that among other things, stated that my order was successful, provided that the next step would be that my order would be made and shipped, and confirmed what items I ordered. I captured a screenshot of this order confirmation. A true and correct copy of that screenshot, with my personal information redacted, is attached hereto as "**Exhibit D**."

7.     On October 26, 2019, I received an e-mail from Redbubble confirming my payment for the October 25, 2019 order had been processed. A true and correct copy of this e-mail, with my personal information redacted, is attached hereto as "**Exhibit E.**"

8.     I ultimately received each order purchased in the October 25, 2019 order, with the packages arriving in similar packaging as my earlier order, as captured in Exhibit C hereto.

9.     On December 4, 2019, I accessed a product listing on the Redbubble website entitled "Centipede Mural Slim Fit T-Shirt." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as "**Exhibit F.**"

10.    On December 4, 2019, I accessed a product listing on the Redbubble website entitled "Centipede Slim Fit T-Shirt." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as "**Exhibit G.**"

11.    On December 4, 2019, I accessed a product listing on the Redbubble website entitled "Old School Video Game 2 Slim Fit T-Shirt." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as "**Exhibit H.**"

12.    On December 5, 2019, I accessed a product listing on the Redbubble website entitled "OLD SKOOL GAMER Graphic T-Shirt." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as "**Exhibit I.**"

13.    On December 5, 2019, I accessed a product listing on the Redbubble website entitled "80's Video Game Mug." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as "**Exhibit J.**"

14.    On December 5, 2019, I accessed a product listing on the Redbubble website entitled "Pong Slim Fit T-Shirt." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as "**Exhibit K.**"

Executed this 27th day of April 2020, at Pacoima, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Terri Walters

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2020, I electronically filed the foregoing **DECLARATION OF TERRI WALTERS IN SUPPORT OF ATARI INTERACTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Zachary S. Davidson<br>ZUBER LAWLER &<br>  DEL DUCA LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone:    (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>          zdavidson@zuberlawler.com<br><br>         Debora Sanfelippo<br>         dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |

_____
Andrea A. Augustine