BROWNE GEORGE ROSS LLP
Keith J. Wesley
(State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia
(State Bar No. 313812)
  mvenezia@bgrfirm.com
Milin Chun
(State Bar No. 262674)
  mchun@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:   (310) 275-5697

COASTSIDE LEGAL
Kenneth B. Wilson (State Bar No. 130009)
  ken@coastsidelegal.com
455 1st Avenue
Half Moon Bay, California 94019
Telephone:  (650) 440-4211

ZUBER LAWLER & DEL DUCA LLP
Joshua M. Masur
(State Bar No. 203510)
  jmasur@zuberlawler.com
Zachary S. Davidson
(State Bar No. 287041)
  zdavidson@zuberlawler.com
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone:  (650) 866-5901
Facsimile:   (213) 596-5621

Attorneys for Plaintiff
Atari Interactive, Inc.

Attorneys for Defendant
Redbubble, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*]<br><br>**JOINT STIPULATION AMENDING THE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Filed Concurrently with [PROPOSED] ORDER AMENDING THE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>Judge:  Hon. Jon S. Tigar |

1     WHEREAS, on June 11, 2018, Plaintiff Atari Interactive, Inc. ("Atari") commenced the above-captioned action by filing its Complaint against Defendant Redbubble, Inc. ("Redbubble") (ECF No. 1);

    WHEREAS, on April 17, 2019, the Court entered a Scheduling Order requiring dispositive motions to be filed by May 1, 2020 (ECF No. 49);

    WHEREAS, pursuant to the Court's Standing Order, Atari and Redbubble met and conferred regarding a schedule for the filing of cross-motions for summary judgment;

    WHEREAS, Atari and Redbubble agreed to a briefing schedule on their cross-motions for summary judgment;

    WHEREAS, on April 10, 2020, the Court entered the parties' proposed briefing schedule, setting, *inter alia*, a July 8, 2020 hearing on the parties' cross-motions for summary judgment (ECF No. 62);

    WHEREAS, counsel for Atari and Redbubble are also in litigation in a pending case in the Central District of California, *Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.*, Case No. 2:19-cv-04618-RGK, which is set for a five- to eight-day jury trial beginning June 30, 2020, which is therefore anticipated to last at least through July 7, 2020, and which that court has not continued in light of the pandemic, leading to a likely conflict with the July 8, 2020 hearing date here;

    WHEREAS, pursuant to the briefing schedule, Atari filed its opening summary judgment brief on April 29, 2020 (ECF No. 64);

    WHEREAS, subsequent to the filing of Atari's opening brief, lead trial counsel for Redbubble experienced a death in the family; and

    WHEREAS, pursuant to Local Rule 6-2(a), the parties state that they have not previously sought to modify the case schedule, and that a one-week delay in the forthcoming briefing and hearing schedule on their cross-motions for summary judgment can be effected without any other effect on the case schedule;

    THEREFORE, in light of the potential conflict between the summary

judgment hearing in this case and the trial in the *Brandy Melville* case, and as a courtesy to Redbubble's lead trial counsel given the unforeseen personal circumstances, Atari and Redbubble stipulate and agree to the following amended briefing and hearing schedule on their cross-motions for summary judgment:

1. Redbubble shall file its opening/opposition brief on or before May 27, 2020, instead of May 20, 2020;

2. Atari shall file its opposition/reply brief on or before June 10, 2020, instead of June 3, 2020;

3. Redbubble shall file its reply brief on or before June 24, 2020, instead of June 17, 2020; and

4. The hearing shall be reset from July 8, 2020 to July 15, 2020 at 2:00 p.m., or as soon thereafter as it may be heard by the Court.

IT IS SO STIPULATED AND AGREED.

Dated:  May 15, 2020         BROWNE GEORGE ROSS LLP
                             Keith J. Wesley
                             Matthew L. Venezia
                             Milin Chun

                             By:     */s/ Matthew L. Venezia*

                             Attorneys for Plaintiff Atari Interactive, Inc.

Dated:  May 15, 2020         COASTSIDE LEGAL
                             Kenneth B. Wilson
                                 AND
                             ZUBER LAWLER & DEL DUCA LLP
                             Joshua M. Masur
                             Zachary S. Davidson

                             By:     */s/ Joshua M. Masur*

                             Attorneys for Defendant Redbubble, Inc.

-3-   Case No. 4:18-cv-03451-JST
AMENDED SCHEDULING STIPULATION AND [PROPOSED] ORDER

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Joshua M. Masur, am the ECF User whose identification and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 15, 2020          */s/ Joshua M. Masur*
                              Joshua M. Masur