1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC.,<br><br>          Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*]<br><br>**[PROPOSED] ORDER AMENDING THE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Jon S. Tigar |

Before the Court is the Joint Stipulation Amending the Briefing and Hearing Schedule on Cross-Motions for Summary Judgment, filed jointly by Plaintiff Atari Interactive, Inc. ("Atari") and Defendant Redbubble, Inc. ("Redbubble"). The Court hereby **GRANTS** the Joint Stipulation. The Court sets the following dates:

1. Redbubble shall file its opening/opposition brief on or before May 27, 2020.
2. Atari shall file its opposition/reply brief on or before June 10, 2020.
3. Redbubble shall file its reply brief on or before June 24, 2020.
4. The hearing shall be set for July 15, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED:  May  18 , 2020

_____
Honorable Jon S. Tigar
United States District Court Judge