1 | BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
2 |   kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
3 |   mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
4 | Los Angeles, California 90067
Telephone: (310) 274-7100
5 | Facsimile: (310) 275-5697

6 | Attorneys for Plaintiff
Atari Interactive, Inc.

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10 |

11 | ATARI INTERACTIVE, INC.,

12 |                 Plaintiff,

13 |         vs.

14 | REDBUBBLE, INC.,

15 |                 Defendant.

16 | AND RELATED ACTIONS

17 |

Case No. 4:18-cv-03451-JST
*[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST]*

**DECLARATION OF MATTHEW L. VENEZIA IN SUPPORT OF ATARI INTERACTIVE, INC.'S OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Judge:    Hon. Jon S. Tigar
Date:     July 15, 2020
Time:     2:00 p.m.
Crtrm.:   6 - 2nd Flr.

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1590798.1

Case No. 4:18-cv-03451-JST

DECLARATION OF MATTHEW L. VENEZIA IN SUPPORT OF ATARI INTERACTIVE, INC.'S OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

## <u>DECLARATION OF MATTHEW L. VENEZIA</u>

I, Matthew L. Venezia, declare and state as follows:

1.      I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Atari Interactive, Inc. ("Atari") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2.      On or about the beginning of December 2019, I coordinated a supplemental document production made on behalf of Atari. Documents were in fact produced to Redbubble, Inc. ("Redbubble") on or about December 5, 2019.

3.      One of the documents produced to Redbubble was a screenshot of a product listing from Redbubble's website, entitled "Centipede Slim Fit T-Shirt." This document was assigned bates numbers AT00005984-86. A true and correct copy of this document is attached hereto as "**Exhibit A**."

4.      On December 16, 2019, Redbubble took the deposition of Atari CEO Frederic Chesnais, who was designated as Atari's 30(b)(6) witness, in New York, NY. I defended this deposition, and thus have personal knowledge of the foregoing facts.

Executed this 10th day of June 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Matthew Venezia*

_____
Matthew L. Venezia

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June, 2020, I electronically filed the foregoing **DECLARATION OF MATTHEW L. VENEZIA IN SUPPORT OF ATARI INTERACTIVE, INC.'S OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## **SERVICE LIST**

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115;
4:18-cv-04949-JST; and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson | Attorneys for Defendant |
| COASTSIDE LEGAL | Redbubble, Inc. |
| 455 1st Avenue | |
| Half Moon Bay, CA 94019 | |
| Tel:    (650)440-4211 | |
| Fax:   (650)440-4851 | |
| ken@coastsidelegal.com | |
| | |
| Jonathan M. Masur | Attorneys for Defendant |
| Zachary S. Davidson | Redbubble, Inc. |
| ZUBER LAWLER & | |
|    DEL DUCA LLP | |
| 2000 Broadway Street, Suite 154 | |
| Redwood City, California 94063 | |
| Telephone: (650) 434-8538 | |
| Email: jmasur@zuberlawler.com | |
|          zdavidson@zuberlawler.com | |
| | |
| Debora Sanfelippo | |
| dsanfelippo@zuberlawler.com | |

_____
Andrea A. Augustine

DECLARATION OF MATTHEW L. VENEZIA IN SUPPORT OF ATARI INTERACTIVE, INC.'S OPPOSITION
TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT