# EXHIBIT A



15% off sitewide. Code 15OFF.

Sell your art Login Signup

REDBUBBLE Centipede

Clothing Stickers Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

## Centipede Slim Fit T-Shirt

Designed by **bubblemunki**

**$15.92**

S M L XL 2XL 3XL

**Print Location**

Front

Add to cart

View size guide

Delivery
Express by 10 December

Add to cart

View size guide

Delivery
Express by 10 December

Add to cart

View size guide

Delivery
Express by 10 December

Add to cart

View size guide

Delivery
Express by 10 December

Add to cart

View size guide

Delivery
Express by 10 December

Add to cart

View size guide

Delivery
Express by 10 December

Add to cart

View size guide

Delivery
Express by 10 December

Add to cart

### Available t-shirt styles

Classic T-Shirt
$17.36

Graphic T-Shirt
$28.22

Long Sleeve T-Shirt
$23.10

Long T-Shirt
$25.20

View this design on +45 products

### Features

- Slim fit, but if that's not your thing, order a size up
- Solid color t-shirts are 100% cotton; heather grey is 90% cotton, 10% polyester; charcoal heather is 52% cotton, 48% polyester
- 4.2 oz (145g), but if that's too light, try our heavier Classic T-Shirt
- Ethically sourced

### Reviews

★★★★★
★★★★
★★★
★★
★

+ Read all 150 reviews





View size guide

Delivery
Express by 10 December

Delivery
Express by 10 December
Standard between 10 - 12 December

Centipede
Designed by bubblemunki

bubblemunki
Cambridge, United Kingdom

Moon Patrol
$15.92

Tempest
$15.92

Asteroids
$15.92

Asteroids Deluxe
$15.92

Galaxian
$15.92

Classic Invaders
$15.92

View bubblemunki's shop

## Similar designs

Explore similar designs from over 700,000 independent artists.

Tempest by bubblemunki
$15.92

Cat Got Your Soul? by obinsun
$17.36

Asteroids by bubblemunki
$15.92

Scramble by bubblemunki
$15.92

Neon Sunrise by forge22
$17.36

CASTLEVANIA by idaspark
$19.97

Laika, space traveler by Celeste Ciafar...
$18.38

Beetles by Katerina Kirilova
$17.36

Centipede Mural by TheKalebFishStore
$17.39

Arcade Kong by bubblemunki
$15.92

Classic Invaders by bubblemunki
$15.92

Donkey Kong Arcade by ogfx
$18.38

T-Shirts Tags

arcade · game · sci fi · retro · video games

All Product Tags

arcade · game · sci fi · retro · video games

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
Submit a request

Report Content / Copyright infringement

10% off, promos, and the best indie art ever!

Your email address

USD$ - English    Mature content: Hidden

**Shop**
- Gift Guides
- Fan Art
- Blog
- Give Savings, Get Savings
- Student Discount
- Login
- Signup
- Bulk orders

**About**
- About Us
- Social Responsibility
- Partner Program
- Affiliates
- Sell your art
- Jobs
- Artist Blog

**Help**
- Delivery
- Returns
- Help Center
- Guidelines
- Copyright
- Investor Center
- Contact Us

**Social**
- Instagram
- Facebook
- Twitter
- Tumblr
- Pinterest

REDBUBBLE

User Agreement  Privacy Policy  Redbubble uses cookies: Cookie Policy

Download on the App Store

© Redbubble. All Rights Reserved

https://www.redbubble.com/shop/p/33136100.NL9AC.cluey-kookaburra?grid_pos=8&rbs=24716936-ef36-430e-92ec-dc64c5f547eb&ref=shop_grid&searchTerm=Centipede
Firefox 70.0.1.0
4:26:53 PM 12/4/2019
Windows 10 Enterprise 64-bit Build 17763