BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC.,<br><br>             Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*]<br><br>**DECLARATION OF FRANCISCO CUELLAR IN SUPPORT OF ATARI INTERACTIVE, INC.'S OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Jon S. Tigar<br>Date:    July 15, 2020<br>Time:    2:00 p.m.<br>Crtrm.:  6 - 2nd Flr. |

1590805.1

Case No. 4:18-cv-03451-JST

DECLARATION OF FRANCISCO CUELLAR IN SUPPORT OF ATARI INTERACTIVE, INC.'S OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF FRANCISCO CUELLAR

I, Francisco Cuellar, declare and state as follows:

1. I am the Office Services Manager for Browne George Ross LLP, counsel of record for Atari Interactive, Inc. in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. On May 29, 2020, I accessed Redbubble's website at redbubble.com and performed a search for "adventure dragon atari." That search yielded 20 results, and I captured a screenshot of those results. A true and correct copy of this screenshot is attached hereto as "**Exhibit A**."

3. On June 9, 2020, I accessed a product listing on Redbubble's website, entitled "Retro Arcade Missile Command Slim Fit T-Shirt." I captured a screenshot of the product listing. A true and correct copy of this screenshot is attached hereto as "**Exhibit B**."

4. On June 9, 2020, I accessed a product listing on Amazon's website, entitled "Ripple Junction Atari Asteroids Adult T-Shirt." I captured a screenshot of the product listing. A true and correct copy of this screenshot is attached hereto as "**Exhibit C**."

5. On June 9, 2020, I accessed a product listing on eBay's website, entitled "Atari Classic Logo T-Shirt." I captured a screenshot of the product listing. A true and correct copy of this screenshot is attached hereto as "**Exhibit D**."

Executed this 10th day of June, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Francisco Cuellar

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2020, I electronically filed the foregoing **DECLARATION OF FRANCISCO CUELLAR IN SUPPORT OF ATARI INTERACTIVE, INC.'S OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115;
4:18-cv-04949-JST; and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:    (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Zachary S. Davidson<br>ZUBER LAWLER &<br>   DEL DUCA LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>          zdavidson@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |
| Debora Sanfelippo<br>dsanfelippo@zuberlawler.com | |

_____
Andrea A. Augustine