# EXHIBIT B

Keep safe, be healthy, and stay creative. For the latest Product & Delivery updates, check these **FAQs.**  ✕

Sell your art    Login    Signup



Search designs and products

| Clothing | Stickers | Phone Cases | Wall Art | Home & Living | Kids & Babies | Accessories | Stationery | Gifts | Explore designs |





+ 17 colors

### Retro Arcade Missile Command Slim Fit T-Shirt

Designed by **Chris Vannx**

**$19.56**

**Size**

| S | M | L | XL | 2XL | 3XL |

**Print Location**

| Front | Back |

🛒 Add to cart

▭ View size guide

🇺🇸 Delivery
Express by 3 July
Standard between 10 - 17 July

## Available t-shirt styles


Classic T-Shirt
$19.56


Graphic T-Shirt
$27.75


Long Sleeve T-Shirt
$24.78

Baseball ¾ Sleeve T-Shirt
$24.78

View this design on +51 products  ›

## Features

- Slim fit, but if that's not your thing, order a size up
- Solid color t-shirts are 100% cotton; heather grey is 90% cotton, 10% polyester; charcoal heather is 52% cotton, 48% polyester
- 4.2 oz (145g), but if that's too light, try our heavier Classic T-Shirt
- Ethically sourced

## Reviews

★★★★★ ▬▬▬▬▬▬▬▬▬▬
★★★★☆ ▬▬▬
★★★☆☆ ▪
★★☆☆☆ ▪
★☆☆☆☆ ▪

+ Read all 150 reviews








### Retro Arcade Missile Command
Designed by **Chris Vannx**

Retro Arcade Missile Command style design.



**Chris Vannx**
2016

Follow

     

| Mame Addicts | Arcade Blueprint Schematic | Hennything Is Possible - Ro… | Lunar Module Schematic | Mame Addicts (Official) Old… | Voyager 1 Schematic |
|---|---|---|---|---|---|
| $19.56 | $19.56 | $19.56 | $19.56 | $19.56 | $19.56 |

View Chris Vannx's shop

## Similar designs
Explore similar designs from over 700,000 independent artists.

    

| Castlevania by idaspark | Metal Gear by idaspark | Machinarium by idaspark | Game Poster by idaspark | 50 Video Game Classics by j… | Retro Gamer - Classic Style … |
|---|---|---|---|---|---|
| $22.88 | $22.88 | $22.88 | $22.88 | $21.55 | $20.73 |

    

| Giana by idaspark | Take This by idaspark | The Last Ninja by idaspark | Zombies Ate My Neighbors … | ShowBiz Pizza - Make Eatin… | Rampage Arcade 80s by Re… |
|---|---|---|---|---|---|
| $22.88 | $22.88 | $22.88 | $22.88 | $24.87 | $18.24 |

### T-Shirts Tags
retro t-shirts  80s t-shirts  70s t-shirts  arcade t-shirts  arcades t-shirts  video games t-shirts  retro video games t-shirts  gaming t-shirts  missile t-shirts  command t-shirts  commander t-shirts  guns t-shirts  rockets t-shirts

### All Product Tags
retro  80s  70s  arcade  arcades  video games  retro video games  gaming  missile  command  commander  guns  rockets

### Other Products
retro stickers  retro phone cases  retro posters  retro sweatshirts & hoodies

"Retro Arcade Missile Command" T-shirt by thewisecarrot | Redbubble

| | | | |
|---|---|---|---|
| **Worldwide Shipping** | **Secure Payments** | **Free Return** | **Local Support** |
| Available as Standard or Express delivery | 100% Secure payment with 256-bit SSL Encryption | Exchange or money back guarantee for all orders | 24/7 Dedicated support |
| Learn more | Learn more | Learn more | Submit a request |

⚠ Report Content  /  Copyright infringement