KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 jmasur@zuberlaw.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 434-8538
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>REDBUBBLE, INC.,<br><br>       Defendant. | Case No. 4:18-cv-03451-JST<br><br>**SUPPLEMENTAL DECLARATION OF KENNETH B. WILSON IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S REPLY RE CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Jon S. Tigar<br>Date:    July 15, 2020<br>Time:    2:00 p.m.<br>Crtrm.:   6 |

1                              Case No. 4:18-cv-03451-JST
SUPPLEMENTAL DECLARATION OF KENNETH B. WILSON IN SUPPORT OF REDBUBBLE'S
REPLY RE CROSS-MOTION FOR SUMMARY JUDGMENT

2911-1004 / 1636983.1

## DECLARATION OF KENNETH B. WILSON

I, Kenneth B. Wilson, declare:

1. I am an attorney with the law firm of Coastside Legal, counsel of record for defendant Redbubble Inc. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Attached to this Declaration as Exhibit A is a true and correct copy of an email exchange between me and Atari's counsel which occurred from June 11, 2020 to June 18, 2020.

3. On June 24, 2020, I used the Redbubble upload tool to upload a photograph I had personally taken, and went through a portion of the process that a third-party seller goes through to list a product for sale on the Redbubble Marketplace. Attached to this Declaration as Exhibit B is a true and correct copy of a screenshot of a portion of the "Add New Work" page from that process. As this page reflects, through this screen (which was accessed by clicking the "Edit" button under "Large Print Clothing" toward the top of the screenshot), a third-party Seller can determine, among other things, where to position the Seller's design on the selected product mockup that will appear on the product listing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge and information.

Executed this 24th day of June, 2020 at Half Moon Bay, California.

                                  */s/ Kenneth B. Wilson*
                                  Kenneth B. Wilson