UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> REDBUBBLE, INC., <br><br> Defendant. | Case No. 18-cv-03451-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF Nos. 73, 75 |

Before the Court are the parties' cross-motions for summary judgment.  ECF Nos. 73, 75. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument.  The hearing currently scheduled for July 15, 2020, is hereby VACATED.

In addition, the Court sua sponte VACATES the pretrial conference and trial dates.  The Court will reset those dates, if necessary, following its rulings on the cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated:  July 8, 2020

_____
JON S. TIGAR
United States District Judge