BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REDBUBBLE, INC., <br><br> Defendant. <br><br> AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST <br> [*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*] <br><br> Hon. Jon S. Tigar <br><br> **DECLARATION OF PHILLIP PALEY IN SUPPORT OF ATARI INTERACTIVE, INC.'S SUPPLEMENTAL BRIEFING RE WILLFUL TRADEMARK INFRINGEMENT** <br><br> Date:     May 6, 2011 <br> Time:    2:00 p.m. <br> Location: Courtroom 6 |

1789202.1

DECLARATION OF FRANCISCO CUELLAR IN SUPPORT OF ATARI INTERACTIVE, INC.'S SURREPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF PHILLIP PALEY

I, Phillip Paley, declare as follows:

1. I am a paralegal for Browne George Ross O'Brien Annaguey & Ellis LLP, counsel of record for Atari Interactive, Inc. ("Atari") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. On February 1, 2021, I accessed www.redbubble.com, and certain product listing pages available thereon. I captured a screenshot of one such product listing page. A true and correct copy of that screenshot is attached hereto as "**Exhibit A**."

3. On March 25, 2021, I accessed www.redbubble.com, and certain product listing pages available thereon. I captured screenshots of product listing pages from Redbubble users "bubblemunki" and "timmehtees." True and correct copies of these screenshots are attached hereto as "**Exhibits B–C**."

4. On March 30, 2021, I also visited the Redbubble user page for "atariboxart", and captured a screenshot of the page. A true and correct copy of this screenshot is attached hereto as "**Exhibit D**."

Executed this 1st day of April 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Phillip Paley*
Phillip Paley

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2021, I electronically filed the foregoing **DECLARATION OF PHILLIP PALEY IN SUPPORT OF ATARI INTERACTIVE, INC.S SUPPLEMENTAL BRIEFING RE WILLFUL TRADEMARK INFRINGEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com<br>NO HARD COPIES – PAPERLESS OFFICE | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Zachary S. Davidson<br>ZUBER LAWLER &<br>  DEL DUCA LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>          zdavidson@zuberlawler.com<br><br>     Debora Sanfelippo<br>     dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |

_____
Andrea A. Augustine