UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>REDBUBBLE, INC.,<br><br>   Defendant. | Case No. 18-cv-03451-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 105 |

Before the Court is Defendant Redbubble, Inc.'s motion regarding damages. ECF No. 105. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for May 20, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 11, 2021



JON S. TIGAR
United States District Judge