UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ATARI INTERACTIVE, INC., | Case No. 4:18-cv-03451-JST |
|---|---|
| Plaintiff, | [*Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 4:19-cv-00264-JST*] |
| vs. | |
| REDBUBBLE, INC., | Judge:   Hon. Jon S. Tigar |
| Defendant. | |
| AND RELATED ACTIONS | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1 | Before the Court is the Joint Stipulation to Continue Case Management Conference, filed
2 | jointly by Plaintiff Atari Interactive, Inc. and Defendant Redbubble, Inc. The Court hereby
3 | **GRANTS** the Joint Stipulation. The Court hereby continues the Case Management Conference
4 | originally scheduled for June 18, 2021, at 1:30 p.m., to June 25, 2021, at 1:30 p.m.
5 | **IT IS SO ORDERED.**
6 | DATED: June ___, 2020

Honorable Jon S. Tigar
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2021, I electronically filed the foregoing **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SERVICE LIST

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST;
and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com<br>NO HARD COPIES – PAPERLESS OFFICE | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Debora Sanfelippo<br>ZUBER LAWLER LLP<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>           dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |

*/s/ Claudia Bonilla*

Claudia Bonilla

1838062.1

-2-                                 Case No. 4:18-cv-03451-JST
[PROPOSED] ORDER SETTING A BRIEFING AND HEARING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT