UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case No. 19-cv-00111-JST]*<br><br>Judge:   Hon. Jon S. Tigar<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1  Before the Court is the Joint Stipulation to Continue Case Management Conference, filed
2  jointly by Plaintiff Atari Interactive, Inc. and Defendant Redbubble, Inc. Good cause appearing,
3  the Court hereby **GRANTS** the Joint Stipulation.  The Court hereby continues the Case
4  Management Conference originally scheduled for July 2, 2021, at 1:30 p.m., to July 9, 2021, at
5  1:30 p.m.
6  **IT IS SO ORDERED.**
7  DATED:  June __28__, 2021

_____
Honorable Jon S. Tigar
United States District Court Judge