UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>REDBUBBLE, INC.,<br><br>    Defendant. | Case No. 18-cv-03451-JST<br><br>**ORDER REGARDING VOIR DIRE** |

Voir dire will be conducted in groups of approximately 20 prospective jurors. The Court anticipates needing two or three groups, depending on the number of challenges for cause and hardship requests. The Court will hear and decide challenges for cause at the end of each group. The Court will hear hardship requests at the end of each group but is not likely to grant or deny hardship requests until after the last group of voir dire has concluded. Peremptory challenges will be exercised after voir dire of the last group of prospective jurors has concluded and the Court has ruled on all hardship requests.

**IT IS SO ORDERED.**

Dated:  October 12, 2021

_____
JON S. TIGAR
United States District Judge