BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REDBUBBLE, INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case No. 4:19-cv-00111-JST*]<br><br>Hon. Jon S. Tigar<br><br>**PLAINTIFF ATARI INTERACTIVE, INC.'S STATEMENT REGARDING COVID-19 VACCINATION REQUIREMENTS**<br><br>Judge:　Hon. Jon S. Tigar<br>Date:　　October 25, 2021<br>Time:　　8:00 AM<br>Crtrm.:　6 |

1   Plaintiff Atari Interactive, Inc. does not object to the Court requiring that all in-person
2 participants in the upcoming jury trial, including jurors, attorneys, witnesses, and members of the
3 public, be vaccinated against SARS-CoV-2 (the "Coronavirus" or "COVID-19") in order to enter
4 the courtroom.

5 Dated: October 15, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
  Keith J. Wesley
  Matthew L. Venezia


By: _____/s/ *Matthew L. Venezia*_____
        Matthew L. Venezia
Attorneys for Plaintiff Atari Interactive, Inc.

**PROOF OF SERVICE**

**Atari Interactive, Inc. v. Redbubble Inc.
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa Street, Suite 2000, Los Angeles, CA 90017.

On October 15, 2021, I served true copies of the following document(s) described as **PLAINTIFF ATARI INTERACTIVE, INC.'S STATEMENT REGARDING COVID-19 VACCINATION REQUIREMENTS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2021, at Los Angeles, California.

Kathleen McCormick

# SERVICE LIST

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>**COASTSIDE LEGAL**<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com<br>NO HARD COPIES – PAPERLESS OFFICE | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Debora Sanfelippo<br>**ZUBER LAWLER LLP**<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>            dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |
| **DURIE TANGRI LLP**<br>Daralyn J. Durie<br>Joseph C. Gratz<br>Matthaeus Martino-Weinhardt<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:  415-362-6666<br>Facsimile:  415-236-6300<br>ddurie@durietangri.com<br>jgratz@durietangri.com<br>mweinhardt@durietangri.com | Attorneys for Defendant<br>Redbubble, Inc. |
| **DURIE TANGRI LLP**<br>Allyson R. Bennett<br>Moon Hee Lee<br>53 East 3rd Street<br>Los Angeles, CA 90013<br>Telephone:  213-992-4499<br>Facsimile:  415-236-6300<br>abennett@durietangri.com<br>mlee@durietangri.com | |