UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-03451-JST
Case Name: <u>Atari Interactive, Inc.v. Redbubble, Inc.</u>

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | George Laiolo<br>Christopher Arledge<br>Matthew Venezia | Daralyn Durie<br>Joseph Gratz<br>Allyson Bennett<br>Matthew Martino-Weinhardt |
| **TRIAL DATE:**<br>October 25, 2021<br>**TIME IN COURT:**<br>7 hours 30 minutes | **REPORTER:**<br>Raynee Mercado | **CLERK:**<br>Mauriona Lee |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is in session. Matters discussed outside of the presence of the jury.** | |
| | | 8:30 am | | | Potential juror list discussed. Parties agree to excuse the following jurors: 14, 16, 22, 23, 24, 30, 33, 35, 38, 47, 50, 51, 55, 58, 59. | |
| | | 8:43 am | | | Court is in recess. | |
| | | 9:15 am | | | Prospective jurors in group 1 present. The Court addresses the prospective jurors. | |
| | | 9:30 am | | | Jury Sworn. Voir dire begins. | |
| | | 10:50 am | | | Hardships heard from prospective juror group 1. | |
| | | 11:02 am | | | Matters discussed outside presence of jury. Juror 11 excused. | |
| | | 11:08 am | | | Court is in recess. | |
| | | 11:55 am | | | Court is reconvened. Prospective jurors in group 2 present. The Court addresses the prospective jurors. | |
| | | 12:07 pm | | | Jury sworn. Voir dire begins. | |
| | | 12:56 pm | | | Voir dire ends. Prospective jurors excused outside of hardship requests. | |
| | | 1:05 pm | | | Matters discussed outside presence of jury. | |
| | | 1:10 pm | | | Court is in recess. | |
| | | 1:50 pm | | | Court is reconvened. | |
| | | 1:55 pm | | | Prospective jurors in group 3 present. The Court addresses the prospective jurors. | |
| | | 2:45 pm | | | Voir dire ends. Prospective jurors excused outside of hardship requests. | |
| | | 3:03 pm | | | Matters discussed outside presence of jury. | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 3:25 pm |  |  | Jury selection completed. |  |
|  |  | 3:25 pm |  |  | The Court addresses the jury. |  |
|  |  | 3:30 pm |  |  | Court is in recess. Jury trial continued to October 26, 2021 at 8:00 a.m. |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |