# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc.v. Redbubble, Inc.

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | George Laiolo<br>Christopher Arledge<br>Matthew Venezia | Daralyn Durie<br>Joseph Gratz<br>Allyson Bennett<br>Matthew Martino-Weinhardt |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 26, 2021 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 37 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | **Court is in session. Matters discussed outside of the presence of the jury.** | |
| | | 8:11 am | | | **Court is in recess.** | |
| | | 8:33 am | | | **Court is in session. The Court addresses the parties regarding the absence of the jury.** | |
| | | 8:37 am | | | **Court is in recess for the day. Jury trial continued to October 27, 2021 at 8:00 a.m.** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1