UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc.v. Redbubble, Inc.

**AMENDED MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | George Laiolo<br>Christopher Arledge<br>Matthew Venezia | Daralyn Durie<br>Joseph Gratz<br>Allyson Bennett<br>Matthew Martino-Weinhardt |
| **TRIAL DATE:**<br>October 27, 2021<br>**TIME IN COURT:**<br>5 hours 33 minutes | **REPORTER:**<br>Raynee Mercado | **CLERK:**<br>Mauriona Lee |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is in session. Matters discussed outside of the presence of the jury.** | |
| | | 8:09 am | | | Court is in recess. | |
| | | 8:44 am | | | Court is in session. Juror number 5 is questioned regarding possible outside information gathered on the internet about the case. | |
| | | 8:59 am | | | Jury is present. The court addresses the jury. | |
| | | 9:07 am | | | The Court reads jury instructions. | |
| | | 9:25 am | | | Plaintiff's opening statement begins. | |
| | | 9:53 am | | | Plaintiff's opening statement ends. | |
| | | 9:55 am | | | Court is in recess. | |
| | | 10:17 am | | | Court is in session. Jury is present. | |
| | | 10:18 am | | | Defendant's opening statement begins. | |
| | | 10:40 am | | | Defendant's opening statement ends. | |
| | | 10:42 am | | | Witness **Arnaud Deshais** called via Zoom and Sworn for testimony. Direct examination by Mr. Arledge begins. | |
| 1068 | | 10:52 am | X | X | Redbubble website screen capture | |
| | | 11:21 am | | | Direct examination of **Arnaud Deshais** by Mr. Arledge ends. | |
| | | 11:22 am | | | Cross examination of **Arnaud Deshais** by Ms. Bennett begins. | |
| | | 11:37 am | | | Cross examination of **Arnaud Deshais** by Ms. Bennett ends. | |
| | | 11:37 am | | | Re-direct examination of **Arnaud Deshais** by Mr. Arledge begins. | |

1

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc. v. Redbubble, Inc.
Date: October 27, 2021
Courtroom Deputy: Mauriona Lee          - Court Reporter: Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:41 am | | | Re-direct examination of **Arnaud Deshais** by Mr. Arledge ends. | |
| | | 11:43 am | | | Court is in recess. | |
| | | 12:05 pm | | | Court is in session. Jury is present. | |
| | | 12:08 pm | | | Witness **Casandra Brown** called to the stand and Sworn for testimony. Direct examination by Mr. Venezia begins. | |
| 260 | | 12:15 pm | X | X | Atari Game Console | |
| 81 | | 12:18 pm | X | X | Trademark Certificate for Atari Logo | |
| 82 | | 12:19 pm | X | X | Trademark Certificate for Pong | |
| 83 | | 12:24 pm | X | X | Certificate of Registration for Atari's Greatest Hits | |
| 21 | | 12:25 pm | X | X | Screen capture of Copyright Catalog for Atari Games | |
| 259 | | 12:27 pm | X | X | Atari Flashback game console | |
| 89 | | 12:33 pm | X | | Press release announcing Atari Hotels | |
| 86 | | 12:38 pm | X | X | Atari Merchandising License Agreement | |
| 87 | | 12:40 pm | X | X | Amendment to Atari Merchandising License Agreement | |
| 88 | | 12:41 pm | X | X | Atari Merchandising License Agreement with Trevco | |
| 57 | | 12:43 pm | X | X | T-shirt | |
| 60 | | 12:45 pm | X | X | "Pong Legend" T-Shirt | |
| 64 | | 12:47 pm | X | X | Atari Logo t-shirt | |
| 75 | | 12:48 | X | X | Atari 1972 Logo t-shirt | |
| 244 | | 12:50 pm | X | X | T-shirt with Atari 2600 | |
| | | 12:52 pm | | | Sidebar begins. | |
| | | 12:54 pm | | | Sidebar ends. | |
| 100 | | 12:59 pm | X | X | Screen capture of redbubble webpage advertising graphic t-shirts | |
| 101 | | 1:00 pm | X | X | Screen capture of redbubble webpage advertising various products | |
| 102 | | 1:01 pm | X | X | Screen capture of redbubble webpage advertising various products | |
| | | 1:04 pm | | | Sidebar begins. | |
| | | 1:05 pm | | | Sidebar ends. | |

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc. v. Redbubble, Inc.
Date: October 27, 2021
Courtroom Deputy: Mauriona Lee      - Court Reporter: Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:06 pm | X | X | Stipulated exhibits read into the record: 267, 268, 270, 271, identified and admitted. | |
| 168 | | 1:15 pm | X | X | Screen capture of Redbubble webpage advertising Atari graphic t-shirt dated 8/10/2020 | |
| 171 | | 1:18 pm | X | X | Screen capture of Redbubble webpage advertising Atari graphic t-shirt dated 10/13/2020 | |
| 172 | | 1:21 pm | X | X | Screen capture of Redbubble webpage advertising Atari graphic t-shirt dated 10/13/2020 | |
| 196 | | 1:22 pm | X | X | Screen capture of Redbubble webpage advertising various Atari products dated 4/16/2020 | |
| | | 1:26 pm | | | Witness excused. Jurors admonished and excused for the day. | |
| | | 1:26 pm | | | Matters discussed outside the presence of the jury. | |
| | | 1:33 pm | | | Court is in recess for the day. Jury trial continued to October 28, 2021 at 8:00 a.m. | |

3

| | | | | | | |
|--|--|--|--|--|--|--|
| | | | | | | |
| | | | | | 4 | |
| | | | | | | |