# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc.v. Redbubble, Inc.

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | George Laiolo<br>Christopher Arledge<br>Matthew Venezia | Daralyn Durie<br>Joseph Gratz<br>Allyson Bennett<br>Matthew Martino-Weinhardt |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 28, 2021 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 5 hours | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is in session. Matters discussed outside of the presence of the jury.** | |
| | | 8:11 am | | | Court is in recess. | |
| | | 8:34 am | | | Court is reconvened. Jury is present. | |
| | | 8:35 am | | | Direct examination of witness **Casandra Brown** by Mr. Venezia resumes. | |
| | | 8:37 am | X | X | Stipulated exhibits read into the record: 66, 126, 128, 141, 144, 145, 147, 149, 160, 169, 197, 198, 199, 200, 201 and 273 identified and admitted. | |
| | | 8:37 am | | | Objection lodged to exhibit 202. | |
| | | 8:45 am | | | The Court addresses the jury. | |
| | | 9:02 am | | | Direct examination of witness **Casandra Brown** by Mr. Venezia ends. | |
| | | 9:02 am | | | Cross examination of witness **Casandra Brown** by Ms. Durie begins. | |
| | | 9:04 am | | | The Court addresses the jury. | |
| | | 9:07 am | | | Deposition testimony of **Casandra Brown** begins. | |
| | | 9:08 am | | | Deposition testimony of **Casandra Brown** ends. | |
| | | 9:20 am | | | Sidebar begins. | |
| | | 9:23 am | | | Sidebar ends. | |
| 274 | | 9:24 am | X | | Demonstrative Video of Redbubble website. | |
| TX103 | | 9:26am | X | X | Screen capture of Redbubble website featuring various products | |
| TX104 | | 9:26 am | X | X | Screen capture of Redbubble website featuring various products | |

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc. v. Redbubble, Inc.
Date: October 28, 2021
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
| TX105 | | 9:27 am | X | X | Screen capture of Redbubble website featuring various products | |
| | | 9:28 am | | | Deposition testimony of **Casandra Brown** begins. | |
| | | 9:29 am | | | Deposition testimony of **Casandra Brown** ends. | |
| TX571 | | 9:30 am | X | X | Email from Jeffrey Stewart to Redbubble dated 12/14/2011 | |
| TX572 | | 9:33 am | X | X | Email from Redbubble to Jeffrey Stewart date 12/14/2011 | |
| | | 9:43 am | | | Deposition testimony of **Casandra Brown** begins. | |
| | | 9:44 am | | | Deposition testimony of **Casandra Brown** ends. | |
| | | 9:46 am | | | Deposition testimony of **Casandra Brown** begins. | |
| | | 9:47 am | | | Deposition testimony of **Casandra Brown** ends. | |
| | | 10:05 am | | | Court is in recess. | |
| | | 10:24 am | | | Court is reconvened. Jury is present. | |
| | | 10:24 am | | | Cross examination of witness **Casandra Brown** by Ms. Durie resumes. | |
| | | 10:29 am | | | Cross examination of witness **Casandra Brown** by Ms. Durie ends. | |
| | | 10:29 am | | | Re-direct examination of witness **Casandra Brown** by Mr. Venezia begins. | |
| | | 10:30 am | | | Re-direct examination of witness **Casandra Brown** by Mr. Venezia ends. | |
| | | 10:30 am | | | Witness excused. | |
| | | 10:32 am | | | Witness **Christopher Lucero** called to the stand and sworn for testimony. Direct examination by Mr. Venezia begins. | |
| | | 10:46 am | | | Sidebar begins. | |
| | | 10:47 am | | | Sidebar ends. | |
| | | 10:48 am | | | The Court reads intstruction the jury. | |
| | | 10:48 am | | | Cross examination of witness **Christopher Lucero** by Ms. Durie begins. | |
| | | 10:49 am | | | Cross examination of witness **Christopher Lucero** by Ms. Durie ends. | |
| | | 10:49 am | | | Witness excused. | |
| | | 10:52 am | | | Witness **Jenny Greenhough** called to the stand and sworn for testimony. Direct examination by Mr. Arledge begins. | |

Case No: 18-cv-03451-JST
Case Name: <u>Atari Interactive, Inc. v. Redbubble, Inc.</u>
Date:<u> October 28, 2021</u>
Courtroom Deputy: <u>Mauriona Lee</u>            - Court Reporter:<u>      Raynee Mercado     </u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| | 674 | 11:07 am | X | X | Notice and Takedown Procedure – Reports and Complaints | |
| | | 11:15 am | | | Direct examination of witness **Jenny Greenhough** by Mr. Arledge ends. | |
| | | 11:15 am | | | Cross examination of witness **Jenny Greenhough** by Mr. Gratz begins. | |
| | 24 | 11:16 am | X | X | Email entitled "Re: Unauthorized use of Atari Owned Intellectual Property" | |
| | | 11:18 am | | | Cross examination of witness **Jenny Greenhough** by Mr. Gratz ends. | |
| | | 11:18 am | | | Re-direct examination of witness **Jenny Greenhough** by Mr. Arledge begins. | |
| | | 11:19 am | | | Re-direct examination of witness **Jenny Greenhough** by Mr. Arledge ends. | |
| | | 11:20 am | | | Witness excused. | |
| | | 11:20 am | | | Sidebar begins. | |
| | | 11:24 am | | | Sidebar ends. | |
| | | 11:28 am | | | Deposition testimony of witness **Frederic Chesnais** begins. | |
| | | 12:01 pm | | | Deposition testimony of witness **Frederic Chesnais** ends. | |
| | | 12:01 pm | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 12:05 pm | | | Court is in recess. | |
| | | 12:27 pm | | | Court is reconvened. | |
| | | 12:27 pm | X | X | Stipulated exhibits read into the record: 80-78, 80-133, 121-12, 121-15, identified and admitted. | |
| | | 12:30 pm | | | Jury is present. The Court addresses the jury. | |
| | | 12:33 pm | | | Witness **Timothy Lapetino** called to the stand and sworn for testimony. Direct examination by Mr. Arledge begins. | |
| | | 12:56 pm | | | Direct examination of witness **Timothy Lapetino** by Mr. Arledge ends. | |
| | | 12:57 pm | | | Jury admonished and excused for the day. | |
| | | 12:58 pm | | | Matters discussed outside the presence of the jury. | |
| | | 1:00 pm | | | Court is in recess. Jury trial continued to November 1, 2021 at 8:00 a.m. | |