UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-03451-JST
Case Name: <u>Atari Interactive, Inc.v. Redbubble, Inc.</u>

**MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | George Laiolo<br>Christopher Arledge<br>Matthew Venezia | Daralyn Durie<br>Matthew Martino-Weinhardt |
| **TRIAL DATE:**<br>November 1, 2021 | **REPORTER:**<br>Raynee Mercado | **CLERK:**<br>Mauriona Lee |
| **TIME IN COURT:**<br>5 hours 38 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is in session. Matters discussed outside of the presence of the jury.** | |
| | | 8:13 am | | | Court is in recess. | |
| | | 8:33 am | | | Court is reconvened. Jury is present. | |
| | | 8:35 am | | | Cross examination of witness **Tim Lapetino** by Ms. Durie begins. | |
| | | 8:41 am | | | Demonstrative DDX-2 shown to witness. | |
| | | 9:30 am | | | Cross examination of witness **Tim Lapetino** by Ms. Durie ends. | |
| | | 9:31 am | | | Re-direct examination of witness **Tim Lapetino** by Mr. Arledge begins. | |
| | | 9:31 am | | | Re-direct examination of witness **Tim Lapetino** by Mr. Arledge ends. | |
| | | 9:33 am | | | Witness **James Toy** called to the stand and sworn for testimony. Direct examination by Mr. Arledge begins. | |
| | | 9:58 am | | | Direct examination of witness **James Toy** by Mr. Arledge ends. | |
| | | 9:59 am | | | The court reads a jury instruction. Jury excused | |
| | | 10:00 am | | | Matters discussed outside the presence of the jury. | |
| | | 10:00 am | | | Court is in recess. | |
| | | 10:20 am | | | Court is reconvened. Jury is present. | |
| | | 10:20 am | | | Direct examination of witness **James Toy** by Mr. Arledge resumes. | |
| 142 | | 10:40 am | X | X | Redbubble order confirmation page | |
| 1016 | | 11:18 am | X | X | Messages between Redbubble customer service and customer | |

1

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc. v. Redbubble, Inc.
Date: November 1, 2021
Courtroom Deputy: Mauriona Lee    - Court Reporter:    Raynee Mercado

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1049 | | 11:28 am | X | X | Spreadsheet of Atari Removals from Redbubble website | |
| | | 11:45 am | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 11:51 am | | | Court is in recess. | |
| | | 12:06 pm | | | Court is reconvened. Jury is present. | |
| | | 12:06 pm | | | Direct examination of witness **James Toy** by Mr. Arledge resumes. | |
| 1060-1 | | 12:07 pm | X | X | Redbubble Annual Report 2019 | |
| 1058-1 | | 12:14 pm | X | X | Redbubble Annual Report 2018 | |
| | | 12:16 pm | | | Direct examination of witness **James Toy** by Mr. Arledge ends. | |
| | | 12:18 pm | | | Witness **Martin Hosking** called via Zoom and sworn for testimony. Direct examination by Mr. Martino-Weinhardt begins. | |
| | | 12:36 pm | | | Direct examination by Mr. Martino-Weinhardt ends. | |
| | | 12:36 pm | | | Cross examination of witness **Martin Hosking** by Mr. Arledge begins. | |
| | | 12:37 pm | | | Cross examination of witness **Martin Hosking** by Mr. Arledge ends. | |
| | | 12:38 pm | | | Cross examination of witness **James Toy** by Mr. Gratz begins. | |
| | 614 | 12:48 pm | X | X | Screen capture of Redbubble webpage dated 5/29/18 | |
| | 503 | 12:50 pm | X | X | Email to Redbubble - Subject line: "[Counter Notice] Pixel Art" Dated: 6/13/18 | |
| | 608 | 12:52 pm | X | X | Image titled CGA - Skyline White | |
| | 547 | 12:54 pm | X | X | Email to Redbubble – Subject line: "False Accusation of Copyright Infringement" Dated: 6/12/18 | |
| | 517 | 12:55 pm | X | X | Email to Redbubble – Subject line: "[dcma.support] Your work on Redbubble – XRAY1" Dated: 6/12/18 | |
| | 638 | 12:57 pm | X | X | Image titled – Ape Escape | |
| | 615 | 1:10 pm | X | X | Chart of Atari products removed from Redbubble | |
| | | 1:18 pm | | | Cross examination of witness **James Toy** by Mr. Gratz ends. | |

2

Case No: 18-cv-03451-JST
Case Name: Atari Interactive, Inc. v. Redbubble, Inc.
Date: November 1, 2021
Courtroom Deputy: Mauriona Lee          - Court Reporter:     Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:18 pm | | | Re-direct examination of witness **James Toy** by Mr. Arledge begins. | |
| | | 1:25 pm | | | Re-direct examination of witness **James Toy** by Mr. Arledge ends. | |
| | | 1:25 pm | | | Re-cross examination of witness **James Toy** by Mr. Gratz begins. | |
| | | 1:27 pm | | | Re-cross examination of witness **James Toy** by Mr. Gratz ends. | |
| | | 1:28 pm | | | Witness excused. | |
| | | 1:28 pm | | | Jury admonished and excused for the day. | |
| | | 1:30 pm | | | Matters discussed outside of the jury. | |
| | | 1:38 pm | | | Court in recess for the day. Jury trial continued to November 2, 2021 at 8:00 a.m. | |