DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
MATTHAEUS MARTINO-WEINHARDT (SBN 313103)
mweinhardt@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
MOON HEE LEE (SBN 318020)
mlee@durietangri.com
53 East 3rd Street
Los Angeles, CA 90013
Telephone:    213-992-4499
Facsimile:    415-236-6300

Attorneys for Defendant
REDBUBBLE, INC.

(*Additional counsel continued on following page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> REDBUBBLE, INC., <br><br> Defendant. | Case No. 4:18-cv-03451-JST <br><br> **JOINT STATEMENT RE: INSTRUCTION ON COMPILATION** <br><br> Date:   November 2, 2021 <br> Ctrm:   6 – 2nd Floor <br> Judge:  Honorable Jon S. Tigar |

1  COASTSIDE LEGAL
   KENNETH B. WILSON (SBN 130009)
2  ken@coastsidelegal.com
   455 1st Avenue
3  Half Moon Bay, CA 94019
   Telephone:    650-440-4211
4  Facsimile: 650-440-4851

5  ZUBER LAWLER LLP
   JOSHUA M. MASUR (SBN 203510)
6  jmasur@zuberlawler.com
   2000 Broadway Street, Suite 154
7  Redwood City, CA 94063
   Telephone:    213-596-5620
8  Facsimile:    213-596-5621

9  Attorneys for Defendant
   REDBUBBLE, INC.

The parties have agreed on the following language for insertion as a new special instruction to be inserted after Instruction No. 17.35:

> For the purposes of statutory damages, all the parts of a compilation or derivative work constitute one work.[1] A "compilation" is a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship.[2] The term "compilation" includes a work, such as a periodical issue, anthology, or encyclopedia, in which a number of contributions, constituting separate and independent works in themselves, are assembled into a collective whole.[3] In deciding whether a group of materials should be considered a compilation for purposes of statutory damages, you may consider whether each of the different parts has an independent economic value and is, in itself, viable, which weighs against a finding that the group of materials is a compilation for purposes of statutory damages.[4] You may also consider whether the group of materials was registered with the Copyright Office together as a single work, which weighs in favor of a finding that the group of materials is a compilation for purposes of statutory damages.[5]

---

[1] 17 U.S.C. § 504(c)(1) ("For the purposes of this subsection, all the parts of a compilation or derivative work constitute one work.").

[2] 17 U.S.C. § 101, definition of "compilation" ("A 'compilation' is a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship.").

[3] 17 U.S.C. § 101, definition of "compilation" ("The term 'compilation' includes collective works."); 17 U.S.C. § 101, definition of "collective work" ("A 'collective work' is a work, such as a periodical issue, anthology, or encyclopedia, in which a number of contributions, constituting separate and independent works in themselves, are assembled into a collective whole.").

[4] *Columbia Pictures Television, Inc. v. Krypton Broad. of Birmingham, Inc.*, 259 F.3d 1186, 1193 (9th Cir. 2001) (considering "whether each episode 'has an independent economic value and is, in itself, viable.'").

[5] *VHT, Inc. v. Zillow Grp., Inc.*, 918 F.3d 723, 748 (9th Cir. 2019) ("Though the registration label is not controlling, it may be considered by the court when assessing whether a work is a compilation.").

| | |
|---|---|
| Dated:  November 2, 2021 | BROWNE GEORGE ROSS<br>O'BRIEN ANNAGUEY & ELLIS LLP |
| | By: _____/s/ Matthew L. Venezia_____<br>Matthew L. Venezia |
| | Attorney for Plaintiff<br>ATARI INTERACTIVE, INC. |
| Dated:  November 2, 2021 | DURIE TANGRI LLP |
| | By: _____/s/ Joseph C. Gratz_____<br>JOSEPH C. GRATZ |
| | Attorney for Defendant<br>REDBUBBLE, INC. |

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joseph C. Gratz, attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated:  November 2, 2021 | _____/s/ Joseph C. Gratz_____<br>JOSEPH C. GRATZ |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

>*/s/ Joseph C. Gratz*
> JOSEPH C. GRATZ