BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Christopher W. Arledge (State Bar No. 200767)
  carledge@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC.,<br><br>          Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case No. 19-cv-00111-JST*]<br><br>Hon. Jon S. Tigar<br><br>**EXHIBIT 300 PLAINTIFF ATARI INTERACTIVE INC. AND DEFENDANT REDBUBBLE, INC.'S JOINT STIPULATIONS OF FACT**<br><br>Judge:  Hon. Jon S. Tigar<br>Date:   November 3, 2021<br>Time:   8:00 a.m.<br>Crtrm.:  6 |

Plaintiff Atari Interactive, Inc. ("Atari") and Defendant Redbubble, Inc. ("Redbubble") stipulate to the following facts for the purposes of trial:

(1) Atari is the owner of the federally registered trademarks numbered USPTO Reg. No. 4,214,210 (Exhibit 81) and USPTO Reg. No. 4,324,638 (Exhibit 82) (the "Registered Trademarks");

(2) Atari is not pursuing any trademark or counterfeiting claims related to any trademarks other than the Registered Trademarks;

(3) Atari is the owner of the copyright registration numbered USCO Reg. No. PA 1-805-830 (Exhibit 83);

(4) The intellectual property of the original corporate Atari entity—Atari, Inc.—that is the subject of the Plaintiff Atari's claims has been effectively transferred, through a series of assignments, to Plaintiff Atari.

Dated: November 2, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Christopher W. Arledge
   Matthew L. Venezia
   George B. A. Laiolo

By:    /s/ *Matthew L. Venezia*
      Matthew L. Venezia
Attorneys for Plaintiff Atari Interactive, Inc.

Dated: November 2, 2021

DURI TANGRI LLP
   Joseph C. Gratz
   Allyson Bennett

By:    /s/ *Allyson Bennett*
      Joseph C. Gratz
Attorneys for Defendant Redbubble, Inc.

**ATTORNEY ATTESTATION**

I, George Laiolo, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: /s/ *George Laiolo*_____

George Laiolo