UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-03451-JST
Case Name: <u>Atari Interactive, Inc.v. Redbubble, Inc.</u>

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | George Laiolo<br>Christopher Arledge<br>Matthew Venezia | Daralyn Durie<br>Joseph Gratz<br>Allyson Bennett<br>Matthew Martino-Weinhardt |
| **TRIAL DATE:**<br>November 3, 2021<br>**TIME IN COURT:**<br>5 hours 30 minutes | **REPORTER:**<br>Raynee Mercado | **CLERK:**<br>Mauriona Lee |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8:00 am** | | | **Court is in session. Matters discussed outside of the presence of the jury.** | |
| | | 8:05 am | | | Court is in recess. | |
| | | 8:12 am | | | Court is in session. Matters discussed outside of the presence of the jury. Time limit of 90 minutes set for closing arguments. | |
| | | 8:15 am | | | Court is in recess. | |
| | | 8:45 am | | | Court is reconvened. Jury is present. | |
| | | 8:50 am | | | The Court reads jury instructions to the jury. | |
| 300 | | 8:52 am | X | X | Stipulated exhibit read into record and identified. | |
| | | 9:34 am | | | Sidebar begins. | |
| | | 9:34 am | | | Sidebar ends. | |
| | | 9:55 am | | | Jury excused. Court is in recess. | |
| | | 10:10 am | | | Court is reconvened. Jury is present. | |
| | | 10:12 am | | | Plaintiff's closing argument begins. | |
| | | 11:09 am | | | Plaintiff's closing argument ends. | |
| | | 11:10 am | | | Court is in recess. | |
| | | 11:29 am | | | Court is reconvened. Jury is present. | |
| | | 11:29 am | | | Defendant's closing argument begins. | |
| | | 12:30 pm | | | Defendant's closing argument ends. | |
| | | 12:30 pm | | | Court is in recess. | |
| | | 12:48 pm | | | Court is reconvened. Jury is present. | |
| | | 12:48pm | | | Plaintiff's rebuttal closing argument begins. | |

1

Case No: 18-cv-03451-JST
Case Name: <u>Atari Interactive, Inc. v. Redbubble, Inc.</u>
Date: <u>November 3, 2021</u>
Courtroom Deputy: <u>Mauriona Lee</u>  - Court Reporter: <u>Raynee Mercado</u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:00 pm | | | Plaintiff's rebuttal closing argument ends. | |
| | | 1:01 pm | | | The Court addresses the jury. | |
| | | 1:02 pm | | | The jury is excused to deliberate. Matters discussed outside the presence of the jury. | |
| | | 1:08 pm | | | Court is in recess. | |
| | | 1:30 pm | | | Jury excused. Court is in recess for the day. Jury trial continued to November 4, 2021 at 8:00 a.m. | |

2