# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-03451-JST
Case Name: <u>Atari Interactive, Inc.v. Redbubble, Inc.</u>

## MINUTE ORDER, TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jon S. Tigar | George Laiolo<br>Christopher Arledge<br>Matthew Venezia | Daralyn Durie<br>Joseph Gratz<br>Matthew Martino-Weinhardt |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| November 4, 2021 | Raynee Mercado | Mauriona Lee |
| **TIME IN COURT:** | | |
| 2 hours 41 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 am | | | The jury resumes deliberations. Court is in recess. | |
| | | 10:54 am | | | Court is reconvened. | |
| | | 10:57 am | | | Jury present. | |
| | | 10:57 am | | | Foreperson hands verdict to court. | |
| | | 10:58 am | | | Verdict read. | |
| | | 10:59 am | | | The Court addresses the jury. | |
| | | 11:07 am | | | Jury discharged and excused. | |
| | | 11:11 am | | | Court is in recess. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |