# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT of CALIFORNIA

Case Number: **18-3451**

Case Name: **Atari Interactive, Inc v Redbubble, Inc**

## NOTE FROM THE JURY

Note number: **01 / 01**

Date: **WED  03 NOV 2021**

Time: **1:30**

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

① Schedule — 1:30 TODAY WED
— 8:30 – 1:30 THURS
8:30 – 1:30 FRI

② FLOOR PERSON → CHRIS BREHEISEN
BREHEISEN

_Chris Breheisen_
Presiding Juror