DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
MATTHAEUS MARTINO-WEINHARDT (SBN 313103)
mweinhardt@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
MOON HEE LEE (SBN 318020)
mlee@durietangri.com
53 East 3rd Street
Los Angeles, CA 90013
Telephone:    213-992-4499
Facsimile:     415-236-6300

Attorneys for Defendant
REDBUBBLE, INC.

(*Additional counsel continued on following page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>REDBUBBLE, INC.,<br><br>　　　　　　　Defendant. | Case No. 4:18-cv-03451-JST<br><br>~~JOINT PROPOSED FORM OF~~ JUDGMENT<br><br>Ctrm:  6 – 2nd Floor<br>Judge: Honorable Jon S. Tigar |

1  COASTSIDE LEGAL
   KENNETH B. WILSON (SBN 130009)
2  ken@coastsidelegal.com
   455 1st Avenue
3  Half Moon Bay, CA 94019
   Telephone:    650-440-4211
4  Facsimile: 650-440-4851

5  ZUBER LAWLER LLP
   JOSHUA M. MASUR (SBN 203510)
6  jmasur@zuberlawler.com
   2000 Broadway Street, Suite 154
7  Redwood City, CA 94063
   Telephone:    213-596-5620
8  Facsimile:    213-596-5621

9  Attorneys for Defendant
   REDBUBBLE, INC.

This action came before the Court for a jury trial from October 25, 2021 to November 3, 2021. On November 4, 2021, the jury returned its verdict in favor of Defendant Redbubble, Inc. and against Plaintiff Atari Interactive, Inc. In accordance with that verdict, as well as the Court's prior orders, and the parties' pretrial stipulation, ECF No. 164, the Court orders and adjudges:

1. Defendant Redbubble, Inc. did not counterfeit the Atari Fuji mark, USPTO Reg. No. 4,214,210, directly or vicariously.
2. Defendant Redbubble, Inc. did not counterfeit the Pong mark, USPTO Reg. No. 4,324,683, directly or vicariously.
3. Defendant Redbubble, Inc. did not infringe the Atari Fuji mark, USPTO Reg. No. 4,214,210, directly or vicariously.
4. Defendant Redbubble, Inc. did not infringe the Pong mark, USPTO Reg. No. 4,324,683, directly or vicariously.
5. Defendant Redbubble, Inc. did not infringe any copyright owned by Plaintiff Atari Interactive, Inc. in the graphics or artwork associated with *Adventure*, *Asteroids*, *Breakout*, *Centipede*, *Missile Command*, *Pong*, or *Yar's Revenge*.
6. All remaining claims in Plaintiff Atari Interactive, Inc.'s Complaint (ECF No. 1) are dismissed with prejudice.
7. Costs are to be awarded to Defendant Redbubble, Inc., subject to the guidelines set forth in L.R. 54.
8. The Clerk is ordered to close this case.

DATED:   November 18  , 2021

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

Jointly proposed by:

Dated: November 18, 2021

DURIE TANGRI LLP

By: ____*/s/ Matthaeus Martino-Weinhardt*____
MATTHAEUS MARTINO-WEINHARDT

Attorney for Defendant
REDBUBBLE, INC.

Dated: November 18, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP

By: ____*/s/ George Laiolo*____
George Laiolo

Attorney for Plaintiff
ATARI INTERACTIVE, INC.

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Matthaeus Martino-Weinhardt, attest that concurrence in the filing of this document has been obtained.

Dated: November 18, 2021

____*/s/ Matthaeus Martino-Weinhardt*____
MATTHAEUS MARTINO-WEINHARDT