DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
MATTHAEUS MARTINO-WEINHARDT (SBN 313103)
mweinhardt@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
MOON HEE LEE (SBN 318020)
mlee@durietangri.com
53 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

Attorneys for Defendant
REDBUBBLE, INC.

(*Additional counsel continued on following page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> REDBUBBLE, INC., <br><br> Defendant. | Case No. 4:18-cv-03451-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES** <br><br> Ctrm: 6 – 2nd Floor <br> Judge: Honorable Jon S. Tigar |

COASTSIDE LEGAL
KENNETH B. WILSON (SBN 130009)
ken@coastsidelegal.com
455 1st Avenue
Half Moon Bay, CA 94019
Telephone:   650-440-4211
Facsimile: 650-440-4851

ZUBER LAWLER LLP
JOSHUA M. MASUR (SBN 203510)
jmasur@zuberlawler.com
2000 Broadway Street, Suite 154
Redwood City, CA 94063
Telephone:   213-596-5620
Facsimile:   213-596-5621

Attorneys for Defendant
REDBUBBLE, INC.

The parties, through their undersigned counsel, hereby stipulate as follows:

1. Defendant Redbubble, Inc.'s bill of costs and any motion for attorney's fees will be due December 20, 2021 (instead of December 2, 2021).

2. Plaintiff Atari Interactive, Inc.'s objections to Redbubble's bill of costs and opposition to any motion for attorney's fees will be due January 17, 2022 (instead of January 3, 2022).

3. This stipulation does not affect any other dates.

**IT IS SO STIPULATED**.

Dated:  November 22, 2021                           DURIE TANGRI LLP

                                                    By:       /s/ *Matthaeus Martino-Weinhardt*
                                                              MATTHAEUS MARTINO-WEINHARDT

                                                    Attorney for Defendant
                                                    REDBUBBLE, INC.

Dated:  November 22, 2021                           BROWNE GEORGE ROSS
                                                    O'BRIEN ANNAGUEY & ELLIS LLP

                                                    By:       */s/ George Laiolo*
                                                              GEORGE LAIOLO

                                                    Attorney for Plaintiff
                                                    ATARI INTERACTIVE, INC.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Matthaeus Martino-Weinhardt, attest that concurrence in the filing of this document has been obtained.

Dated:  November 22, 2021                                     */s/ Matthaeus Martino-Weinhardt*
                                                              MATTHAEUS MARTINO-WEINHARDT

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE