ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Christopher W. Arledge (State Bar No. 200767)
  carledge@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ATARI INTERACTIVE, INC., | Case No. 4:18-cv-03451-JST |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND OPPOSITION AND REPLY DEADLINES REGARDING REDBUBBLE, INC'S BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES** |
| vs. | |
| REDBUBBLE, INC., | |
| Defendant. | Ctrm:   6 – 2nd Floor<br>Judge:  Hon. Jon S. Tigar |

The parties, through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff Atari Interactive, Inc.'s objections to Defendant Redbubble, Inc.'s ("Redbubble") bill of costs and opposition to its motion for attorneys' fees will be due January 18, 2022 (instead of January 17, 2022).
2. The deadline for Redbubble's replies in support of its Bill of Costs and Motion for Attorneys' Fees will also be extended by one day (to January 25, 2022).

**IT IS SO STIPULATED.**

Dated: January 11, 2022  ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP
    Christopher W. Arledge
    Matthew L. Venezia
    George B. A. Laiolo

By:   */s/ George B. A. Laiolo*
    George B. A. Laiolo
Attorneys for Plaintiff Atari Interactive, Inc.

Dated: January 11, 2022  DURIE TANGRI LLP
    Matthaeus Martino-Weinhardt
    Allyson Bennett

By:   */s/ Allyson R. Bennett*
    Allyson R. Bennett
Attorneys for Defendant Redbubble, Inc.

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, George B. A. Laiolo, attest that concurrence in the filing of this document has been obtained.

Dated: January 11, 2022   */s/ George B. A. Laiolo*
    George B. A. Laiolo

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 12, 2022

_____
Hon. Jon S. Tigar
United States District Court Judge