ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REDBUBBLE, INC.,<br><br>　　　　Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case No. 4:19-cv-00111-JST*]<br><br>**DECLARATION OF MATTHEW L. VENEZIA IN SUPPORT OF PLAINTIFF ATARI INTERACTIVE, INC.'S OPPOSITION TO REDBUBBLE, INC.'S MOTION FOR ATTORNEYS' FEES**<br><br>Judge:　Hon. Jon S. Tigar<br>Date:　 March 3, 2022<br>Time:　 2:00 p.m.<br>Crtrm.:　6, 2nd Floor |

## DECLARATION OF MATTHEW L. VENEZIA

I, Matthew L. Venezia, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a Partner with Ellis George Cipollone O'Brien Annaguey LLP, counsel of record for Plaintiff Atari Interactive, Inc. in this matter. I have firsthand, personal knowledge of the facts stated herein, and if called to testify in a court of law I could and would competently do so.

2. In addition to this case, our firm represents Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") in the case of *Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.*, No. 2:19-cv-04618-RGK (JPRx), in the United States District Court for the Central District of California. I am generally familiar with this case, and have reviewed the briefing on Brandy Melville's request for attorneys' fees, and the ruling thereon.

3. I specifically reviewed Defendant Redbubble, Inc.'s ("Redbubble") Opposition to Plaintiff Brandy Melville's Motion for Permanent Injunction, Attorneys' Fees, and Pre-Judgment Interest. A true and correct copy of Redbubble's Opposition in that case is attached to this Declaration as **Ex. A**.

4. The Court in the Brandy Melville case ultimately denied Brandy Melville's request for attorneys' fees. A true and correct copy of said order is attached to this Declaration as **Ex. B**.

5. I have reviewed the "Year in Review" section of the Redbubble Annual Report, which was downloaded into PDF form from the following URL on January 13, 2021: https://shareholders.redbubble.com/annualreport/2021/2-3/ . A true and correct PDF copy of the content displayed at that URL is attached to this Declaration as **Ex. C**.

Executed this 18th day of January 2022, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Matthew Venezia*
_____
Matthew L. Venezia