DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
MATTHAEUS MARTINO-WEINHARDT (SBN 313103)
mweinhardt@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
MOON HEE LEE (SBN 318020)
mlee@durietangri.com
53 East 3rd Street
Los Angeles, CA 90013
Telephone:    213-992-4499

Attorneys for Defendant
REDBUBBLE, INC.

(*Additional counsel continued on following page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REDBUBBLE, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 4:18-cv-03451-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES**<br><br>Ctrm:  6 – 2nd Floor<br>Judge:  Honorable Jon S. Tigar |

1  COASTSIDE LEGAL
   KENNETH B. WILSON (SBN 130009)
2  ken@coastsidelegal.com
   455 1st Avenue
3  Half Moon Bay, CA 94019
   Telephone:    650-440-4211
4
   ZUBER LAWLER LLP
5  JOSHUA M. MASUR (SBN 203510)
   jmasur@zuberlawler.com
6  2000 Broadway Street, Suite 154
   Redwood City, CA 94063
7  Telephone:    213-596-5620

8  Attorneys for Defendant
   REDBUBBLE, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties, through their undersigned counsel, hereby stipulate as follows:

1. Defendant Redbubble, Inc.'s replies in support of its Bill of Costs and Motion for Attorney's Fees will be due January 28, 2022 (instead of January 25, 2022).

2. This stipulation does not affect any other dates.

**IT IS SO STIPULATED**.

Dated:  January 21, 2022                           DURIE TANGRI LLP

                                                  By:        */s/ Matthaeus Martino-Weinhardt*
                                                          MATTHAEUS MARTINO-WEINHARDT

                                                  Attorney for Defendant
                                                  REDBUBBLE, INC.

Dated:  January 21, 2022                           ELLIS GEROGE CIPOLLONE
                                                    O'BRIEN ANNAGUEY LLP

                                                  By:              */s/ George Laiolo*
                                                                GEORGE LAIOLO

                                                  Attorney for Plaintiff
                                                  ATARI INTERACTIVE, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Matthaeus Martino-Weinhardt, attest that concurrence in the filing of this document has been obtained.

Dated:  January 21, 2022                           */s/ Matthaeus Martino-Weinhardt*
                                                   MATTHAEUS MARTINO-WEINHARDT

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2022

                                      THE HONORABLE JON S. TIGAR
                                      UNITED STATES DISTRICT COURT JUDGE