1  ELLIS GEORGE CIPOLLONE
   O'BRIEN ANNAGUEY LLP
2  Keith J. Wesley (State Bar No. 229276)
     kwesley@egcfirm.com
3  Christopher W. Arledge (State Bar No. 200767)
     carledge@egcfirm.com
4  Matthew L. Venezia (State Bar No. 313812)
     mvenezia@egcfirm.com
5  George B. A. Laiolo (State Bar No. 329850)
     glaiolo@egcfirm.com
6  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
7  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
8
   Attorneys for Plaintiff
9  Atari Interactive, Inc.

10                    UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| 12 | ATARI INTERACTIVE, INC., | Case No. 4:18-cv-03451-JST |
|----|---|---|
| 13 | Plaintiff, | [*Related to Case No. 4:19-cv-00111-JST*] |
| 14 | vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF ATARI INTERACTIVE, INC.'S MOTION TO RE-TAX COSTS AWARDED TO DEFENDANT REDBUBBLE, INC. BY THE CLERK** |
| 15 | REDBUBBLE, INC., | |
| 16 | Defendant. | |
| 17 | AND RELATED ACTIONS | Date:  March 17, 2022<br>Time:  2:00 p.m.<br>Crtrm.: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |
| 18 | | |

1  Upon consideration of Plaintiff Atari Interactive, Inc.'s Motion to Re-Tax Costs Awarded
2 to Redbubble, Inc. by the Clerk, any opposition and reply thereto, oral argument, and other
3 materials of record in this action, it is hereby ORDERED that said motion is GRANTED. The
4 Court hereby STRIKES Redbubble, Inc.'s requested costs related to visual aids in their entirety.

Dated:  February ___, 2022

Hon. Jon S. Tigar
United States District Court Judge