ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Christopher W. Arledge (State Bar No. 200767)
  carledge@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Atari Interactive, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>    Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>[*Related to Case No. 4:19-cv-00111-JST*]<br><br>Hon. Jon S. Tigar<br><br>**ATARI AND REDBUBBLE'S STIPULATION REGARDING TAXABLE COSTS**<br><br>Filed Concurrently with Proposed Order<br><br>Judge:  Hon. Jon S. Tigar<br>Date:   May 9, 2022<br>Time:  5:00<br>Crtrm.: 6 |

Plaintiff Atari Interactive, Inc. ("Atari") and Defendant Redbubble, Inc. ("Redbubble"), having met and conferred regarding the amount of compensable costs in accordance with this Court's Order (ECF No. 291), jointly stipulate as follows:

Atari and Redbubble agree that the Court should tax $27,500.00 as compensable costs for Point Multimedia, LLC's work on visual aids.

Dated: May 9, 2022

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
   Keith J. Wesley
   Christopher W. Arledge
   Matthew L. Venezia
   George B. A. Laiolo

By:    /s/ *George B. A. Laiolo*
      George B. A. Laiolo
Attorneys for Plaintiff Atari Interactive, Inc.

Dated: May 9, 2022

DURIE TANGRI LLP
   Matthaeus Martino-Weinhardt
   Joseph Gratz

By:    /s/ *Joseph Gratz*
      Joseph Gratz
Attorneys for Defendant Redbubble, Inc.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joseph Gratz, Counsel for Redbubble, attest that concurrence in the filing of this document has been obtained.

Dated: May 9, 2022            /s/ *Joseph Gratz*
                                            Joseph Gratz