UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC.,<br><br>  Defendant.<br><br>AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST<br>*[Related to Case No. 19-cv-00111-JST]*<br><br>Judge:   Hon. Jon S. Tigar<br><br><br>**[PROPOSED] ORDER RE-TAXING COSTS AWARDED TO DEFENDANT REDBUBBLE, INC.** |

Before the Court is the parties' stipulation regarding the compensable costs to be awarded to Defendant Redbubble, Inc. Good cause appearing, the Court hereby re-taxes costs for Point Multimedia, LLC's work on visual aids in the amount of $27,500.00.

**IT IS SO ORDERED.**

DATED:  May _____, 2022

_____
Honorable Jon S. Tigar
United States District Court Judge