UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REDBUBBLE, INC., <br><br> Defendant. <br><br> AND RELATED ACTIONS | Case No. 4:18-cv-03451-JST <br> [*Related to Case No. 19-cv-00111-JST]* <br><br> Judge: Hon. Jon S. Tigar <br><br><br> [PROPOSED] **ORDER RE-TAXING COSTS AWARDED TO DEFENDANT REDBUBBLE, INC.** |

1   Before the Court is the parties' stipulation regarding the compensable costs to be awarded
2   to Defendant Redbubble, Inc. Good cause appearing, the Court hereby re-taxes costs for Point
3   Multimedia, LLC's work on visual aids in the amount of $27,500.00.
4   **IT IS SO ORDERED.**
5   DATED:  May __12__, 2022

_____
Honorable Jon S. Tigar
United States District Court Judge