UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Northern District of California

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 4:18-cv-03451-JST

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/11/2018

Date of judgment or order you are appealing: 09/12/2022

Docket entry number of judgment or order you are appealing: 295

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Redbubble, Inc.

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 21-17062

Your mailing address (if pro se):

Durie Tangri LLP, Attn: Joseph C. Gratz (SBN 240676)

217 Leidesdorff St

City: San Francisco   State: CA   Zip Code: 94111

Prisoner Inmate or A Number (if applicable):

Signature  /s/ JCG   Date  Oct 11, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022