# Attachment 1

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Redbubble, Inc.

Name(s) of counsel (if any):
Joseph C. Gratz; Allyson R. Bennett; Matthaeus Martino-Weinhardt (Durie Tangri LLP)

Address: 217 Leidesdorff, San Francisco, CA 94111

Telephone number(s): 415-362-6666

Email(s): jgratz@durietangri.com; abennett@durietangri.com; mweinhardt@durietangri.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Atari Interactive, Inc.

Name(s) of counsel (if any):
Keith J. Wesley; Christopher W. Arledge; Matthew L. Venezia; George B. A. Laiolo (Ellis George Cipollone O'Brien Annaguey LLP)

Address: 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067

Telephone number(s): 310-274-7100

Email(s): kwesley@egcfirm.com; carledge@egcfirm.com; mvenezia@egcfirm.com; glaiolo@egcfirm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

| Redbubble, Inc. (cont.) |

Name(s) of counsel (if any):

| Kenneth B. Wilson |

Address: Coastside Legal, 455 1st Ave, Half Moon Bay, CA 94109

Telephone number(s): 650-440-4211

Email(s): ken@coastsidelegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

| Atari Interactive, Inc. (cont.) |

Name(s) of counsel (if any):

| Christopher Landau (Ellis George Cipollone O'Brien Annaguey LLP) |

Address: 1155 F St. NW, Suite 750, Washington DC 20004

Telephone number(s): 202-249-6900

Email(s): clandau@egcfirm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                2                                           New 12/01/2018