UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 01 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>REDBUBBLE, INC.,<br><br>   Defendant - Appellee. | No. 21-17062<br><br>D.C. No. 4:18-cv-03451-JST<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered July 24, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT